```
1  Celia M. Ruiz (SBN 87671)
   Janice L. Sperow (SBN 129617)
2  Forrest E. Fang (SBN 122805)
   RUIZ & SPEROW, LLP
3  2200 Powell Street, Suite 350
   Emeryville, CA 94608
4  Telephone: 510 594-7980
5  Fax: 510 594-7988
   Email: ffang@ruizlaw.com
6
7  Attorneys for Defendants CITY OF OAKLAND and
   DEANNA SANTANA
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| DARYELLE LAWANNA PRESTON, | Case No.: 3:14-cv-2022 NC |
|---|---|
| Plaintiff, | Date: August 6, 2014 |
| v. | Dept: Courtroom A, 15th Floor (SF) |
| | Time: 10:00 a.m. |
| CITY OF OAKLAND; DEANNA SANTANA, in her individual capacity; and DOES 1 through 10, inclusive, | Trial: Not Set |
| | **STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER (CIVIL L.R. 6-2)** |
| Defendants. | |

Plaintiff DARYELLE LAWANNA PRESTON and defendants CITY OF OAKLAND and DEANNA SANTANA (collectively the "Parties") hereby enter into this Stipulated Request For an Order Changing Time, pursuant to Local Rule 6-2, as follows:

WHEREAS, on May 9, 2014, defendants filed a motion to dismiss plaintiff's Verified Complaint, asserting therein that the Complaint failed to state claims upon which relief could be granted;

**STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER (CIVIL L.R. 6-2)**

WHEREAS, defendants' motion has been fully briefed by the parties and the parties are awaiting a decision from the Court on the motion;

WHEREAS the Court's May 5, 2014 Order Setting Initial Case Management Conference and ADR Deadlines (Document 5) requires the parties to meet and confer on initial disclosures, early settlement, ADR process and a discovery plan by July 16, 2014 and further requires that the parties file an ADR Certification and an ADR Stipulation or Notice by that date;

WHEREAS the Court's May 5, 2014 Order further requires the parties to file a Rule 26(f) Report and a Case Management Statement and make initial disclosures or objections by July 30, 2014;

WHEREAS the Court's May 5, 2014 Order sets the Initial Case Management Conference on August 6, 2014;

WHEREAS, because defendant's motion to dismiss is still pending, it is unclear which defendants and/or claims remain in the case and that the case is therefore not at issue;

WHEREAS, the outcome of the pending motion to dismiss could affect the scope of claims and issues that would be the subject of the parties' meet and confer and their initial disclosures, as well as their ADR decisions;

THEREFORE, the parties hereby stipulate and request that the date of the Initial Case Management Conference be changed and continued by three weeks, from August 6, 2014 to August 27, 2014, and that the meet and confer, Rule 26 and ADR deadlines set forth in the Court's May 5, 2014 Order Setting Initial Case Management Conference be extended by three weeks, from July 16, 2014 and July 30, 2014 to August 6, 2014 and August 20, 2014, respectively.

IT IS SO STIPULATED.

Dated: July 10, 2014            By://ss//Forrest E. Fang
                                Forrest E. Fang
                                RUIZ & SPEROW, LLP
                                Attorneys for Defendants

Dated: July 10, 2014            By://s//Sonya Z. Mehta
                                Sonya Z. Mehta
                                SIEGEL & YEE
                                Attorneys for Plaintiff

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  Dated:  July  11, 2014             _____
3                                      Nathanael Cousins
                                       Magistrate Judge of the District Court

**GRANTED**
Judge Nathanael M. Cousins

*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA* (seal)

---

**STIPULATED REQUEST FOR ORDER CHANGING TIME AND [~~PROPOSED~~] ORDER (CIVIL L.R. 6-2)**