Celia M. Ruiz (SBN 87671)
Janice L. Sperow (SBN 129617)
Forrest E. Fang (SBN 122805)
RUIZ & SPEROW, LLP
2200 Powell Street, Suite 350
Emeryville, CA 94608
Telephone: 510 594-7980
Fax: 510 594-7988
Email: ffang@ruizlaw.com

Attorneys for Defendants CITY OF OAKLAND and
DEANNA SANTANA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DARYELLE LAWANNA PRESTON,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF OAKLAND; DEANNA SANTANA, in her individual capacity; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.:  3:14-cv-2022 NC<br><br>Date:  N/A<br>Dept:  Courtroom A, 15th Floor (SF)<br>Time:  N/A<br>Trial:  Not Set<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**<br><br>[Local Rule 11-5] |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND  [PROPOSED] ORDER**

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD AND TO THE CLERK OF THE COURT:**

PLEASE TAKE NOTICE that pursuant to Civil Local Rule 11-5 and with the consent of their clients the City of Oakland and Deanna Santana, Celia M. Ruiz, Janice L. Sperow and Forrest E. Fang from the law firm of Ruiz & Sperow, LLP, 2200 Powell Street, Ste. 350, Emeryville, CA 94608 are withdrawing as counsel of record for Defendants City of Oakland and Deanna Santana in this matter.

Celia M. Ruiz, Janice L. Sperow and Forrest E. Fang will be replaced as counsel of record for the City of Oakland and Ms. Santana by James Hodgkins (SBN 142561), Maria Bee (SBN 167716) and Otis McGee, Jr. (SBN 71885) of the Office of the City Attorney for the City of Oakland.

The City of Oakland and Deanna Santana consent to this withdrawal of their counsel and to the substitution of the Office of the City Attorney for the City of Oakland as their counsel of record in this matter as set forth above.

It is hereby requested that, effective immediately, all further pleadings, notices, and correspondence be directed to Mr. Hodgkins' attention at the address below.

> James Hodgkins
> Maria Bee
> Otis McGee, Jr.
> City of Oakland
> Office of the City Attorney
> 1 Frank H. Ogawa Plaza 6th Floor
> Oakland, CA 94612
> Telephone: (415) 238-3601
> Facsimile:  (415) 238-6500
> jhodgkins@oaklandcityattorney.org
> omcgeejr@oaklandcityattorney.org
> mbee@oaklandcityattorney.org

<u>Substitution Based on Consent</u>

Defendants the City of Oakland and Deanna Santana respectfully submit that the proposed substitution of counsel is in the interest of justice and is not made for purposes of delay or any other improper purpose.  The undersigned consent to the above substitution of counsel.

1

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND ~~[PROPOSED]~~ ORDER

| | | |
|---|---|---|
| 1 | Dated: August 1, 2014 | By: /s/Deanna Santana |
| 2 | | Deanna Santana |
| 3 | Dated: August 1, 2014 | CITY OF OAKLAND |
| 4 | | |
| 5 | | By: /s/James Hodgkins |
| | | James Hodgkins |
| 6 | | |
| 7 | Dated: August 1, 2014 | OFFICE OF THE CITY ATTORNEY, CITY OF OAKLAND |
| 8 | | By: /s/James Hodgkins |
| 9 | | James Hodgkins |
| 10 | | Attorneys for Defendants |
| | | City of Oakland and Deanna Santana |

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Dated: August 5, 2014      RUIZ & SPEROW, LLP

By: /s/Forrest E. Fang
Forrest E. Fang

Former Attorneys for Defendants
City of Oakland and Deanna Santana

IT IS SO ORDERED.

Dated: __August 8__, 2014

Hon. Nathanael Cousins
Magistrate Judge, Northern District

**GRANTED**
Judge Nathanael M. Cousins

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2200 Powell Street, Suite 350, Emeryville, California 94608. On August, 5 2014, I caused the following document(s) to be served by the method indicated below:

- **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**

xx☐  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Emeryville, California addressed as set forth below.  I am readily familiar with the firm's practice of collection and processing of correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐  by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below.

☐  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐  by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

☐  by transmitting via email to the person(s) at the email address(es) listed below.

Sonya Z. Mehta
Siegel & Yee
499 14th St., Suite 300
Oakland, CA 94612

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on August 5, 2014, at Emeryville, California.

              /s/Allison Gossard
                Allison Gossard