# EXHIBIT A



**From:** Preston, Darryelle LaWanna
**Sent:** Tuesday, September 17, 2013 3:43 PM
**To:** 'Dan Siegel'
**Cc:** Lawana Preston
**Subject:** Salary ordinance for Employee Relations staff
**Importance:** High

Good afternoon,

Attached is a Salary Ordinance Amendment for the Employee Relations classification that reports to me. This item is on the consent calendar of the City Council Agenda tonight. The City Administrator is not providing the 2% wage increase to employees that report to me, all other city employees received the 2 % wage increase, including Council. Once again my staff is being treated differently.

Additionally, I have attached the next item on the consent calendar to change the title and update the salary for the Investment Supervisor, a position that reports to the Personnel Director. You will see the salary is amended to reflect the wage increase. Katano is African American, Deanna uses to attack me publicly and privately. She has a fear of being accused of being racist.

I have to do something today about this or my employees will be made to suffer.

Please advise



-----Original Message-----
From: Preston, Darryelle LaWanna
Sent: Tuesday, September 10, 2013 12:32 PM
To: Dansiegel@gmail.com
Subject: FW: Scanned image from MX-M350N

Dan,

I went thru some old files and discovered the attached statement I sent to Deanna and a statement from Sonia regarding the incident in question. You can call me on my cell at 510 439-7058 if you have any questions.

-----Original Message-----
From: sharpscan@oaklandnet.com [mailto:sharpscan@oaklandnet.com]
Sent: Tuesday, September 10, 2013 2:20 PM
To: Preston, Darryelle LaWanna
Subject: Scanned image from MX-M350N


DEVICE NAME: Not Set
DEVICE MODEL: MX-M350N
LOCATION: Not Set

FILE FORMAT: PDF MMR(G4)
RESOLUTION: 300dpi x 300dpi

Attached file is scanned image in PDF format.
Use Acrobat(R)Reader4.0 or later version, or Adobe(R)Reader(TM) of Adobe Systems Incorporated to view the document.
Acrobat(R)Reader4.0 or later version, or Adobe(R)Reader(TM) can be downloaded from the following URL:
Adobe, the Adobe logo, Acrobat, the Adobe PDF logo, and Reader are registered trademarks or trademarks of Adobe Systems Incorporated in the United States and other countries.

http://www.adobe.com/