# EXHIBIT C

LP 13-14

Wednesday, August 27, 2014 at 11:21:20 PM Pacific Daylight Time

Subject: ██████████████████████

Date:    Wednesday, September 14, 2011 at 9:43:03 AM Pacific Daylight Time

From:    Santana, Deanna

To:      DPreston@oaklandnet.com

**From:** Parker, Barbara
**Sent:** Wednesday, September 14, 2011 3:42 AM
**To:** Santana, Deanna
**Subject:** ████████████████████



Sent from my Verizon Wireless 4GLTE smartphone

# LP 16-17

Wednesday, August 27, 2014 at 11:38:12 PM Pacific Daylight Time

**Subject:** ████████████████████

**Date:** Friday, September 16, 2011 at 11:08:50 AM Pacific Daylight Time

**From:** Moreno, Doryanna

**To:** Preston, Darryelle LaWanna, Casden, Caryl L., Appleyard, Ian, DSantana@oaklandnet.com

**CC:** Parker, Barbara

████████████████████████████████████████

**From:** Preston, Darryelle LaWanna
**Sent:** Friday, September 16, 2011 8:21 AM
**To:** Casden, Caryl L.; Moreno, Doryanna; Appleyard, Ian; 'DSantana@oaklandnet.com'
**Cc:** Parker, Barbara
**Subject:** ████████████████

████████████████████████████████████████

**From:** Casden, Caryl L.
**To:** Moreno, Doryanna; Appleyard, Ian
**Cc:** Parker, Barbara; Preston, Darryelle LaWanna
**Sent:** Fri Sep 16 07:31:21 2011
**Subject:** ████████████████

████████████████████████████████████████

**From:** Moreno, Doryanna
**Sent:** Thursday, September 15, 2011 5:20 PM
**To:** Casden, Caryl L.; Appleyard, Ian
**Cc:** Parker, Barbara; Preston, Darryelle LaWanna
**Subject:** ████████████████

████████████████████████████████████████

*Doryanna Moreno*
Chief Assistant City Attorney
City Attorney's Office
1 Frank H. Ogawa Plaza, 6th Floor
Oakland, CA 94612
(510) 238-3492
(510) 238-6500 *(fax)*

**From:** Appleyard, Ian
**Sent:** Thursday, September 15, 2011 3:09 PM

**To:** Moreno, Doryanna
**Cc:** Preston, Darryelle LaWanna
**Subject:** ▮▮▮▮▮▮▮▮▮▮



*IAN APPLEYARD* | Principal HR Analyst
City of Oakland
Department of Human Resources Management
**Employee Relations**

510.238.6891 | 510.238.4482 (fax)

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachments. Do not share this email with anyone.

LP 50-58

Thursday, September 4, 2014 at 10:38:27 PM Pacific Daylight Time

**Subject:** ███████████████████████████████████
**Date:** Monday, November 14, 2011 at 4:55:45 PM Pacific Standard Time
**From:** Santana, Deanna
**To:** Preston, Darryelle LaWanna
**CC:** Parker, Barbara, Gourdine, Andrea, Johnson, Scott, Orologas, Alexandra

███████████████████████████████████████████████████████

Deanna J. Santana
Sent from my iPad
Excuse brevity and typos

On Nov 14, 2011, at 1:05 PM, "Preston, Darryelle LaWanna" <DPreston@oaklandnet.com> wrote:



**From:** Parker, Barbara
**Sent:** Monday, November 14, 2011 7:43 AM
**To:** Gourdine, Andrea
**Cc:** Santana, Deanna; Preston, Darryelle LaWanna; Johnson, Scott; Orologas, Alexandra
**Subject:** ████████████████████████████████████



Sent from my iPhone

On Nov 14, 2011, at 12:46 AM, "Gourdine, Andrea" <AGourdine@oaklandnet.com>
wrote:



**From:** Parker, Barbara
**To:** Gourdine, Andrea
**Cc:** Parker, Barbara; Santana, Deanna; Preston, Darryelle LaWanna; Johnson, Scott;
Orologas, Alexandra
**Sent:** Sun Nov 13 23:51:47 2011
**Subject:**



Sent from my iPhone

On Nov 13, 2011, at 11:09 PM, "Gourdine, Andrea"
<<u>AGourdine@oaklandnet.com</u>> wrote:



**From:** Parker, Barbara
**Sent:** Sun 11/13/2011 7:38 PM
**To:** Santana, Deanna
**Cc:** Parker, Barbara; Gourdine, Andrea; Preston, Darryelle LaWanna;
Johnson, Scott; Orologas, Alexandra
**Subject:** ████████████████████████

████████████████████████████████████████





Sent from my iPhone

On Nov 13, 2011, at 4:55 PM, "Santana, Deanna"
<DJSantana@oaklandnet.com> wrote:

**From:** Santana, Deanna
**To:** Parker, Barbara; Gourdine, Andrea; Preston, Darryelle
LaWanna (DPreston@oaklandnet.com)
<DPreston@oaklandnet.com>; Johnson, Scott
**Sent:** Fri Nov 11 13:38:22 2011
**Subject:**







**DEANNA J. SANTANA**
**City Administrator**
City of Oakland

1 Frank H. Ogawa Plaza, 3rd Floor
Oakland, CA 94612
Phone: (510) 238-3302
Email: DJSantana@oaklandnet.com

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender by return electronic mail and delete all copies of this communication.

**Mission Statement:**
*The City of Oakland is committed to the delivery of effective, courteous, and responsive services. Citizens and employees are treated with fairness, dignity and respect.*

LP 93

Friday, September 5, 2014 at 1:24:31 AM Pacific Daylight Time

**Subject:** ████████████████████████████████████████
**Date:** Monday, February 20, 2012 at 1:01:47 PM Pacific Standard Time
**From:** Santana, Deanna
**To:** Blackwell, Fred, DPreston@oaklandnet.com, Landreth, Sabrina, Barnes, Deborah, Orologas, Alexandra, Parker, Barbara, Moreno, Doryanna

███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████

**From:** Santana, Deanna
**Sent:** Monday, February 20, 2012 10:21 AM
**To:** Blackwell, Fred; Preston, Darryelle LaWanna (DPreston@oaklandnet.com); Landreth, Sabrina; Barnes, Deborah; Orologas, Alexandra; Parker, Barbara; Moreno, Doryanna
**Subject:** ████████████████████████████
**Importance:** High

███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████

**LP 94-95**

Friday, September 5, 2014 at 1:25:42 AM Pacific Daylight Time

**Subject:** ███████████████████████████████████

**Date:** Monday, February 20, 2012 at 1:52:38 PM Pacific Standard Time

**From:** Santana, Deanna

**To:** Parker, Barbara

**CC:** Blackwell, Fred, Preston, Darryelle LaWanna, Landreth, Sabrina, Barnes, Deborah, Orologas, Alexandra, Moreno, Doryanna

███████████████████████████████████████████████████████

**From:** Parker, Barbara
**Sent:** Monday, February 20, 2012 12:24 PM
**To:** Santana, Deanna
**Cc:** Blackwell, Fred; Preston, Darryelle LaWanna; Landreth, Sabrina; Barnes, Deborah; Orologas, Alexandra; Moreno, Doryanna
**Subject:** ████████████████████████████████

████████████████████████████████████████████████████████

Barbara J. Parker

As if it harmed me, giving others the same rights and privileges that I possess; as if it were not indispensable to my own rights that others possess the same.

On Feb 20, 2012, at 10:13 AM, "Santana, Deanna" <DJSantana@oaklandnet.com> wrote:

████████████████████████████████████████████████████████

LP 96

Friday, September 5, 2014 at 1:37:00 AM Pacific Daylight Time

| | |
|---|---|
| **Subject:** | ███████████████████████████████████ |
| **Date:** | Monday, February 20, 2012 at 7:54:13 PM Pacific Standard Time |
| **From:** | Parker, Barbara |
| **To:** | Moreno, Doryanna, Santana, Deanna, Blackwell, Fred, Preston, Darryelle LaWanna |

LP 230-231



**From:** Parker, Barbara
**Sent:** Wednesday, October 24, 2012 11:04 AM
**To:** Santana, Deanna; Jordan, Howard; Preston, Darryelle LaWanna; Appleyard, Ian; Hall, Randolph
**Subject:**

Barbara J Parker
Oakland City Attorney
510-703-5718

As if it harmed me giving others the same rights and privileges that I possess; as if it were not indispensable to my own rights that others possess the same.

Begin forwarded message:

**From:** "Santana, Deanna" <DJSantana@oaklandnet.com>
**Date:** October 23, 2012, 3:32:11 PM PDT
**To:** "Parker, Barbara" <BParker@oaklandcityattorney.org>, "Hall, Randolph"
<RHall@oaklandcityattorney.org>, "Preston, Darryelle LaWanna"
<DPreston@oaklandnet.com>, "Appleyard, Ian" <IAppleyard@oaklandnet.com>, "Jordan,
Howard" <opdchief@oaklandnet.com>

1

**Subject:** 

**From:** Parker, Barbara
**Sent:** Monday, October 22, 2012 6:03 PM
**To:** Reid, Larry; Brunner, Jane; Kernighan, Pat; Nadel, Nancy; Schaaf, Libby; De La Fuente, Ignacio; Brooks, Desley; Kaplan, Rebecca
**Cc:** Santana, Deanna; Fierro, Rocio; Hall, Randolph; 'Paul B. Mello'; 'gfox@bfesf.com'
**Subject:**

2

LP 266-267

Friday, October 17, 2014 at 12:41:10 AM Pacific Daylight Time

**Subject:** ████████████████████████████████████████

**Date:** Monday, May 27, 2013 at 9:51:08 AM Pacific Daylight Time

**From:** Santana, Deanna

**To:** Preston, Darryelle LaWanna

**CC:** Johnson, Scott, Orologas, Alexandra



On May 27, 2013, at 9:11 AM, "Preston, Darryelle LaWanna" <DPreston@oaklandnet.com> wrote:

Sent from my iPhone

On May 26, 2013, at 7:54 AM, "Santana, Deanna" <DJSantana@oaklandnet.com> wrote:

Deanna
Sent from my iPhone
Excuse brevity and typos

On May 26, 2013, at 7:18 AM, "Parker, Barbara" <BParker@oaklandcityattorney.org> wrote:



Regards,

Barbara J Parker
Oakland City Attorney
510-703-5718

As if it harmed me giving others the same rights and privileges that I possess; as if it were not
indispensable to my own rights that others possess the same.

LP 268-270

Friday, October 17, 2014 at 12:57:02 AM Pacific Daylight Time

| | |
|---|---|
| **Subject:** | <span style="background:black"> </span> |
| **Date:** | Thursday, June 6, 2013 at 9:47:44 PM Pacific Daylight Time |
| **From:** | Parker, Barbara |
| **To:** | Preston, Darryelle LaWanna |
| **CC:** | Hudson, Yvonne, Johnson, Scott, Santana, Deanna |



Barbara J Parker
Oakland City Attorney
510-703-5718

As if it harmed me giving others the same rights and privileges that I possess; as if it were not indispensable to my own rights that others possess the same.

On Jun 6, 2013, at 2:43 PM, "Preston, Darryelle LaWanna" <DPreston@oaklandnet.com> wrote:

**From:** Comeaux, Debbie
**Sent:** Monday, June 18, 2012 9:55 AM
**To:** Aguilar, Hatzune; Albano, Claudia; Campbell-Washington, Anne; Harmon, Reygan; Piper, Susan; Chan, Jasmine; Eve-Fisher, Saundra D.; Kessler, Kathy; Lujan, Albert; Marcus, Nancy; Orologas, Alexandra; Sanchez, Arturo M; Schuerholz, Keith; Todd, Amber; McCullough, Artisha; Preston,

Darryelle LaWanna; Dizon, Godofredo; Munson, Mike; Smith, Shomari; Washington, Will
**Cc:** Holman, Sharon; Kasaine, Katano; Landreth, Sabrina; Preston, Darryelle LaWanna; Johnson, Scott; Campbell-Washington, Anne; Woo, Winnie; Dillard, Ellen
**Subject:** ████████████████████████████████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

*Debbie Comeaux*
*City of Oakland*
*City Administrator's Office-Budget*
*One Frank H Ogawa Plaza, 3rd Floor*
*Oakland, CA 94612*
*Work – 510-238-7662*
*Fax – 510-238-2223*

<image001.jpg>

---

**From:** Holman, Sharon
**Sent:** Monday, June 18, 2012 8:37 AM
**To:** Comeaux, Debbie
**Cc:** Kasalne, Katano; Landreth, Sabrina
**Subject:** ████████████████████████████████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████



*Scott P. Johnson*
Scott P. Johnson
Assistant City Administrator
Phone: 510-238-6906
Address: One Frank H. Ogawa Plaza / Floor: 3rd/City of Oakland, CA  94612-2093
E-Mail: S.Johnson@oaklandnet.com
Internet: http://www2.oaklandnet.com/


*Sharon Holman-Curry*
City of Oakland, FMA Agency
Treasury Division, Payroll Section
(510) 238-6735
(510) 238-6400 fax
sholman@oaklandnet.com

# LP 283-285

From: "Preston, Darryelle LaWanna" <DPreston@oaklandnet.com>
Subject: ███████████████████████████
Date: July 3, 2013 6:32:08 PM PDT
To: <lawanapreston@comcast.net>

**From:** Preston, Darryelle LaWanna
**Sent:** Wednesday, July 03, 2013 5:14 PM
**To:** Parker, Barbara; Moreno, Doryanna
**Cc:** Smith, Jamie
**Subject:** ██████████████████████████████
**Importance:** High



**From:** Preston, Darryelle LaWanna
**Sent:** Wednesday, July 03, 2013 5:10 PM
**To:** Parker, Barbara; Moreno, Doryanna
**Cc:** Smith, Jamie
**Subject:** ███████████████████████████████
**Importance:** High



LP 284



LP 285

LP 290-291

From: "Preston, Darryelle LaWanna" <DPreston@oaklandnet.com>
Subject: ███████████████████████████████████████

Date: July 3, 2013 6:32:29 PM PDT
To: <lawanapreston@comcast.net>


**From:** Preston, Darryelle LaWanna
**Sent:** Wednesday, July 03, 2013 5:16 PM
**To:** Santana, Deanna; Moreno, Doryanna
**Cc:** Parker, Barbara; Hall, Randolph
**Subject:** ████████████████

████████████████████████████████████████

**From:** Santana, Deanna
**Sent:** Wednesday, July 03, 2013 4:29 PM
**To:** Moreno, Doryanna
**Cc:** Preston, Darryelle LaWanna; Parker, Barbara; Hall, Randolph
**Subject:** ████████████████

████████████████████████████████████████

Deanna J. Santana
Sent from my iPhone
Excuse typos and brevity


    On Jul 3, 2013, at 4:17 PM, "Moreno, Doryanna"
    <DMoreno@oaklandcityattorney.org> wrote:

████████████████████████████████████████



***Doryanna Moreno***
Chief Assistant City Attorney
City Attorney's Office
1 Frank H. Ogawa Plaza, 6th Floor
Oakland, CA 94612
(510) 238-3492
(510) 238-6500 *(fax)*

**LP 292**



**From:** Charles Sakai [csakai@publiclawgroup.com]
**Sent:** Thursday, July 11, 2013 12:28 PM
**To:** Santana, Deanna; Whent, Sean
**Cc:** Preston, Darryelle LaWanna; Leslie Ruiz
**Subject:**
**Attachments:**

Charles Sakai | Managing Partner
Renne Sloan Holtzman Sakai LLP | Public Law Group™
350 Sansome Street, Suite 300 | San Francisco, CA 94104
t: 415-678-3808 | c: 415-299-0856 | www.publiclawgroup.com

Confidentiality Notice: This transmittal is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this transmittal is not the intended recipient or the employee or agent responsible for delivering the transmittal to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

LP 292



| | |
|---|---|
| **From:** | Charles Sakai [csakai@publiclawgroup.com] |
| **Sent:** | Thursday, July 11, 2013 12:28 PM |
| **To:** | Santana, Deanna; Whent, Sean |
| **Cc:** | Preston, Darryelle LaWanna; Leslie Ruiz |
| **Subject:** | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| **Attachments:** | 2013-07-09 OPOA Sideletter on Background v1.docx |

**Charles Sakai  |  Managing Partner**
**Renne Sloan Holtzman Sakai LLP  |  Public Law Group™**
350 Sansome Street, Suite 300 | San Francisco, CA 94104
t: 415-678-3808 | c: 415-299-0856 | www.publiclawgroup.com

Confidentiality Notice: This transmittal is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this transmittal is not the intended recipient or the employee or agent responsible for delivering the transmittal to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

LP 292

LP 302

**From:** Santana, Deanna
**Sent:** Monday, July 22, 2013 12:13 PM
**To:** Charles Sakai; Whent, Sean
**Cc:** Leslie Ruiz
**Subject:**

**From:** Charles Sakai [mailto:csakai@publiclawgroup.com]
**Sent:** Monday, July 22, 2013 10:47 AM
**To:** Santana, Deanna; Whent, Sean
Leslie Ruiz
**Subject:**

Charles Sakai | Managing Partner
Renne Sloan Holtzman Sakai LLP | Public Law Group™
350 Sansome Street, Suite 300 | San Francisco, CA 94104
t: 415-678-3808 | c: 415-299-0856 | www.publiclawgroup.com

Confidentiality Notice: This transmittal is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this transmittal is not the intended recipient or the employee or agent responsible for delivering the transmittal to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

LP  302

LP 309-310

**Preston, Darryelle LaWanna**

| | |
|---|---|
| **From:** | Santana, Deanna |
| **Sent:** | Monday, July 29, 2013 7:52 PM |
| **To:** | Preston, Darryelle LaWanna |
| **Cc:** | Parker, Barbara; Orologas, Alexandra |
| **Subject:** | |



Sent from my iPhone

On Jul 29, 2013, at 6:00 PM, "Preston, Darryelle LaWanna" <DPreston@oaklandnet.com> wrote:



1

LP 309

**From:** Santana, Deanna
**Sent:** Monday, July 29, 2013 4:28 PM
**To:** Preston, Darryelle LaWanna
**Cc:** Parker, Barbara; Orologas, Alexandra
**Subject:** ███████████████████████████████████

███████████████████████████████████████████████████████████████████████████

Sent from my iPad

On Jul 29, 2013, at 4:22 PM, "Preston, Darryelle LaWanna" <DPreston@oaklandnet.com> wrote:



Sent from my iPad

On Jul 29, 2013, at 3:46 PM, "Preston, Darryelle LaWanna"
<DPreston@oaklandnet.com> wrote:



2

LP 310

LP 322-323

From: "Preston, Darryelle LaWanna" <DPreston@oaklandnet.com>
Subject: ███████████████████
Date: September 5, 2013 11:10:49 AM PDT
To: "Lawana Preston" <lawanapreston@comcast.net>

**From:** Santana, Deanna
**Sent:** Tuesday, August 06, 2013 10:53 AM
**To:** Preston, Darryelle LaWanna
**Cc:** Jonathan Holtzman
**Subject:** ████████████████████████████████



Deanna
Sent from my iPhone
Excuse brevity and typos

On Aug 6, 2013, at 9:52 AM, "Preston, Darryelle LaWanna"
<DPreston@oaklandnet.com> wrote:



LP 323

LP 324-325

**Date:** Tuesday, August 13, 2013 at 6:43:59 PM Pacific Daylight Time
**From:** Moreno, Doryanna
**To:** Preston, Darryelle LaWanna
**CC:** Parker, Barbara, Anderson, Winnie

**From:** Preston, Darryelle LaWanna
**Sent:** Tuesday, August 13, 2013 11:39 AM
**To:** Moreno, Doryanna
**Cc:** Parker, Barbara
**Subject:** 
**Importance:** High



**From:** Anderson, Winnie
**Sent:** Friday, July 26, 2013 10:04 AM
**To:** Moreno, Doryanna
**Subject:** 
**Importance:** High



Sincerely,
Winnie Anderson, MPA
Employee Relations
510-238-6759
wanderson@oaklandnet.com

**From:** Anderson, Winnie
**Sent:** Thursday, June 20, 2013 9:04 AM
**To:** Moreno, Doryanna
**Subject:** 
**Importance:** High

LP 324

Winnie Anderson, MPA
Employee Relations
510-238-6759
wanderson@oaklandnet.com

**From:** Anderson, Winnie
**Sent:** Friday, June 07, 2013 1:47 PM
**To:** Moreno, Doryanna
**Subject:** ███████████████████

████████████████████████████████████████████
████████████████████████████████████████████

Sincerely,
Winnie Anderson, MPA
Employee Relations
510-238-6759
wanderson@oaklandnet.com

**From:** Moreno, Doryanna
**Sent:** Tuesday, May 28, 2013 8:25 PM
**To:** Anderson, Winnie
**Subject:** ████████████████

████████████████████████████████████████████
████████████████████████████████████████████

LP 334-339

Sunday, September 21, 2014 at 10:52:47 PM Pacific Daylight Time

| | |
|---|---|
| **Subject:** | ████████████████████████████████████████ |
| **Date:** | Thursday, August 15, 2013 at 4:17:15 PM Pacific Daylight Time |
| **From:** | Kasaine, Katano |
| **To:** | Casden, Caryl L. |
| **CC:** | Preston, Darryelle LaWanna |

████████████████████████████████████████████████

katano

**From:** Casden, Caryl L.
**Sent:** Thursday, August 15, 2013 3:37 PM
**To:** Kasaine, Katano
**Cc:** Preston, Darryelle LaWanna
**Subject:** ████████████████████████████



Caryl L. Casden . Deputy City Attorney
City of Oakland . 1 Frank Ogawa Plaza, 6th Floor
Oakland, CA  94612 . 510.238.6802 (direct)
510.238.6500 (fax) . ccasden@oaklandcityattorney.org

**From:** Casden, Caryl L.
**Sent:** Wednesday, July 18, 2012 12:55 PM
**To:** Kasaine, Katano
**Cc:** Martinez, Carmen (Library Director); X03647_ In re_ Entitlement Grievance E_mail <{F109565}.imanage@oca-svr-dms1.oca.oakland.local>
**Subject:** █████████████████████████████

LP 334

**From:** Casden, Caryl L. [mailto:CCasden@oaklandcityattorney.org]
**Sent:** Tuesday, May 08, 2012 8:56 AM
**To:** Martinez, Maria (Burciaga)
**Cc:** Kasaine, Katano; {F109565}.imanage@oca-svr-dms1.oca.oakland.local
**Subject:**

**From:** Casden, Caryl L. [mailto:CCasden@oaklandcityattorney.org]
**Sent:** Thursday, April 12, 2012 3:58 PM
**To:** Martinez, Maria (Burciaga); Kasaine, Katano
**Cc:** {F109565}.imanage@oca-svr-dms1.oca.oakland.local
**Subject:**

**From:** Martinez, Maria (Burciaga)
**Sent:** Thursday, April 12, 2012 3:57 PM
**To:** Kasaine, Katano; Casden, Caryl L.
**Cc:** 'X03647_ In re_ Entitlement Grievance E_mail <{F109565}.imanage@oca-svr-dms1.oca.oakland.local>'
**Subject:**
**Importance:** High

Maria Isabel Martinez
Accountant III
City of Oakland
Finance & Management Agency
Payroll Division
(510) 238-3906
mmartinez@oaklandnet.com

**From:** Kasaine, Katano

**Sent:** Thursday, April 12, 2012 3:53 PM
**To:** Casden, Caryl L.
**Cc:** Martinez, Maria (Burciaga); 'X03647_ In re_ Entitlement Grievance E_mail <{F109565}.imanage@oca-svr-dms1.oca.oakland.local>'
**Subject:** ███████████████████████████████████████████████

███████████████████████████████████████████████

**From:** Casden, Caryl L.
**Sent:** Thursday, April 12, 2012 3:43 PM
**To:** Kasaine, Katano
**Cc:** Martinez, Maria (Burciaga); X03647_ In re_ Entitlement Grievance E_mail <{F109565}.imanage@oca-svr-dms1.oca.oakland.local>
**Subject:** ███████████████████████████████████████████████
**Importance:** High

████████████████████████████████████████████████████████

**From:** Kasaine, Katano
**Sent:** Wednesday, April 11, 2012 7:10 PM
**To:** Casden, Caryl L.
**Subject:** ████████████████████████████████████████████
**Importance:** High

████████████████████████████████████████████████████████

████████████████████████████████████████████████████

**From:** Kasaine, Katano
**Sent:** Wednesday, April 11, 2012 2:45 PM
**To:** Martinez, Maria (Burciaga); Holman, Sharon
**Subject:**

████████████████████████████████████████████████████

Sent from my iPhone

Begin forwarded message:

**From:** "Casden, Caryl L." <CCasden@oaklandcityattorney.org>
**Date:** April 11, 2012 1:56:59 PM PDT
**To:** "Kasaine, Katano" <KKasaine@oaklandnet.com>
**Cc:** <{F109565}.imanage@oca-svr-dms1.oca.oakland.local>
**Subject:**

████████████████████████████████████████████████████

-----Original Message-----
From: Kerianne Steele [mailto:ksteele@unioncounsel.net]
Sent: Wednesday, April 11, 2012 1:55 PM
To: Casden, Caryl L.
Subject:

████████████████████████████████████████████████████

-----Original Message-----
From: Casden, Caryl L. [mailto:CCasden@oaklandcityattorney.org]
Sent: Friday, April 06, 2012 3:14 PM
To: Kerianne Steele
Cc: {F109565}.imanage@oca-svr-dms1.oca.oakland.local
Subject:

████████████████████████████████████████████████████

-----Original Message-----
From: Kerianne Steele [mailto:ksteele@unioncounsel.net]
Sent: Tuesday, April 03, 2012 5:10 PM
To: Casden, Caryl L.
Subject:

Kerianne

-----Original Message-----
From: Casden, Caryl L. [mailto:CCasden@oaklandcityattorney.org]
Sent: Monday, March 05, 2012 3:55 PM
To: Kerianne Steele
Cc: {F109565}.imanage@oca-svr-dms1.oca.oakland.local
Subject:

Caryl

Caryl L. Casden . Deputy City Attorney
City of Oakland . 1 Frank Ogawa Plaza, 6th Floor Oakland, CA 94612 . 510.238.6802
(direct)

510.238.6500 (fax) . ccasden@oaklandcityattorney.org

This e-mail message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized review, use, disclosure or
distribution is prohibited. If you are not the intended recipient, please contact the sender by
reply e-mail and destroy all copies of the original message and any attachments.

Please consider the environment before printing this email

[v1.02]

LP 390-391

Sunday, September 21, 2014 at 9:28:25 PM Pacific Daylight Time

**Subject:** ████████████████████████████

**Date:** Tuesday, September 17, 2013 at 9:40:22 PM Pacific Daylight Time

**From:** Preston, Darryelle LaWanna

**To:** Santana, Deanna

**CC:** Parker, Barbara

████████████████████████████████████████████████

Sent from my iPhone

On Sep 12, 2013, at 5:31 PM, "Santana, Deanna" <DJSantana@oaklandnet.com> wrote:

████████████████████████████████████████████████

**From:** Preston, Darryelle LaWanna
**Sent:** Thursday, September 12, 2013 5:28 PM
**To:** Santana, Deanna
**Subject:** ████████████████████████████████
**Importance:** High

████████████████████████████████████████████████

LP 390

LP 407-408

Sunday, September 21, 2014 at 9:19:03 PM Pacific Daylight Time

| | |
|---|---|
| **Subject:** | ███████████████████████████████████ |
| **Date:** | Wednesday, September 18, 2013 at 7:53:48 PM Pacific Daylight Time |
| **From:** | Santana, Deanna |
| **To:** | Preston, Darryelle LaWanna |
| **CC:** | Parker, Barbara |

███████████████████████████████████████

Deanna J. Santana
Sent from my iPhone
Excuse typos and brevity

On Sep 18, 2013, at 12:40 AM, "Preston, Darryelle LaWanna" <DPreston@oaklandnet.com> wrote:

███████████████████████████████████████

Sent from my iPhone

On Sep 12, 2013, at 5:31 PM, "Santana, Deanna" <DJSantana@oaklandnet.com> wrote:

███████████████████████████████████████

**From:** Preston, Darryelle LaWanna
**Sent:** Thursday, September 12, 2013 5:28 PM
**To:** Santana, Deanna
**Subject:** ████████████████████████████
**Importance:** High

███████████████████████████████████████



LP 409-412

From: "Preston, Darryelle LaWanna" <DPreston@oaklandnet.com>
Subject: █████████████████
Date: September 19, 2013 1:18:06 PM PDT
To: "Lawana Preston" <lawanapreston@comcast.net>

 **From:** Preston, Darryelle LaWanna
**Sent:** Thursday, September 19, 2013 1:18 PM
**To:** Parker, Barbara; Moreno, Doryanna
**Cc:** Santana, Deanna
**Subject:** ████████████████████████



**From:** Preston, Darryelle LaWanna
**Sent:** Thursday, September 05, 2013 3:03 PM
**To:** Santana, Deanna; Kasaine, Katano; Hom, Donna
**Cc:** Orologas, Alexandra; Sanchez, Arturo M
**Subject:** ████████████████████████



**From:** Santana, Deanna
**Sent:** Thursday, September 05, 2013 1:59 PM
**To:** Preston, Darryelle LaWanna; Kasaine, Katano; Hom, Donna

**Cc:** Orologas, Alexandra; Sanchez, Arturo M
**Subject:** ███████████████████████████████████████

███████████████████████████████████████████████

**From:** Joe Keffer [mailto:joe.keffer@seiu1021.org]
**Sent:** Thursday, September 05, 2013 1:52 PM
**To:** Preston, Darryelle LaWanna; Santana, Deanna; Quan, Jean
**Cc:** Joe Keffer; Seneca Scott; Deborah Edgerly; Dwight McElroy; Jason; Leon Sykes; Marcus Brown; Mike Pandolfo (wuvwine@yahoo.com); Paul Schiesser; Preston Pinkney; Sharon Vaughn; Steve Lavoie
**Subject:** ██████████████████████████████







LP 421-422

Preston, Darryelle LaWanna

| From: | Parker, Barbara |
| Sent: | Thursday, September 26, 2013 9:25 AM |
| To: | Preston, Darryelle LaWanna |
| Subject: | |



1

LP 421



*Barbara J. Parker*
*City Attorney*
*Oakland City Attorney's Office*
*One Frank H. Ogawa Plaza, Seventh Floor*
*Oakland, California  94612*
*Phone:  (510) 238-3815*
*Fax:      (510) 238-6500*
*email:    bjparker@oaklandcityattorney.org*

2

LP  422