UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYELLE LAWANNA PRESTON,<br><br>            Plaintiff,<br><br>    v.<br><br>CITY OF OAKLAND; DEANNA SANTANA, in her individual capacity; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 14-cv-02022 NC<br><br>**ORDER REGARDING THE DEPOSITIONS OF PRESTON AND SANTANA**<br><br>Re: Dkt. No. 42 |

The parties' stipulated request to extend the time for the depositions of plaintiff Lawanna Preston and defendant Deanna Santana, Dkt. No. 42 at 4, is GRANTED AS MODIFIED. The depositions will not be limited to 1 day of 7 hours but may not exceed 10 hours each. Any request to further extend this time must be supported by a particularized showing of good cause.

IT IS SO ORDERED.

Date: January 26, 2015

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 14-cv-02022 NC
ORDER REGARDING DEPOSITIONS