```
DAN SIEGEL, SBN 56400
SONYA Z. MEHTA, SBN 294411
SIEGEL & YEE
499 14th Street, Suite 300
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
DARYELLE LAWANNA PRESTON
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYELLE LAWANNA PRESTON,<br><br>   Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND; DEANNA SANTANA, in her individual capacity,<br><br>   Defendants. | Case No. 3:14-CV-02022 NC<br><br>**STIPULATION REGARDING PLAINTIFF'S ALLEGED EMOTIONAL DISTRESS**<br><br>**Trial Date: September 14, 2015** |

Plaintiff Daryelle Lawanna Preston ("Plaintiff") hereby agrees to stipulate as follows:

1. Plaintiff stipulates that she is not making a claim for a specific mental or psychiatric injury or disorder, or for unusually severe emotional distress. Plaintiff further stipulates that she is not making a claim for mental and emotional distress over and above that usually associated with the alleged treatment of Plaintiff at issue in this case. This stipulation may be read to the jury.

2. Plaintiff at trial will not call any treating psychotherapist or other expert, regarding her alleged emotional distress damages. Plaintiff will call up to two

---

1. third-party witnesses at trial to testify in support of her alleged emotional distress claims, and she must identify to defendants those witnesses by February 4, 2015, and must make those witnesses available for deposition. Plaintiff may also testify as to her own damages.

3. Based upon Plaintiff's representations and agreements herein, the Court will deny Defendants' motion to compel an independent mental examination of Plaintiff.

Dated: February 3, 2015

                                          SIEGEL & YEE

                                          By: /s/ Sonya Z. Mehta
                                               SONYA Z. MEHTA

                                          Attorneys for Plaintiff
                                          Daryelle LaWanna Preston

Dated: February 3, 2015



IT IS SO ORDERED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

*Preston v. City of Oakland, et al.*, No. 3:14-CV-02022 NC
Plaintiff's Stipulation Regarding Plaintiff's Emotional Distress