DAN SIEGEL, SBN 56400
SONYA Z. MEHTA, SBN 294411
SIEGEL & YEE
499 14th Street, Suite 300
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
DARYELLE LAWANNA PRESTON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYELLE LAWANNA PRESTON,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND; DEANNA SANTANA, in her individual capacity; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 3:14-CV-02022 NC<br><br>**EXHIBIT G TO DOCUMENT NO. 86, THE DECLARATION OF SONYA MEHTA IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT: VIDEO FILE STORED ON CD**<br><br>Judge: Hon. Nathanael Cousins<br><br>**Case Filed: March 17, 2014**<br>**Trial Date: September 14, 2015** |

## Manual Filing Notification

This filing was not e-filed for the following reason(s):

_____    Unable to Scan Documents

_____    Physical Object (please describe):

---

*Preston v. City of Oakland, et al.*, No. 3:14-CV-02022 NC
Exhibit G to Document No. 86, Declaration of Sonya Mehta in Opposition to Motion for Summary Judgment - 1

1    __ X __   Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

3    _____   Item Under Seal in Criminal Case

   _____   Conformance with the Judicial Conference Privacy Policy (General Order 53)

   _____   Other (please describe):

Dated: June 10, 2015

                                                                                 __/s/ Sonya Z. Mehta_____