DAN SIEGEL, SBN 56400
SONYA Z. MEHTA, SBN 294411
SIEGEL & YEE
499 14th Street, Suite 300
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
DARYELLE LAWANNA PRESTON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYELLE LAWANNA PRESTON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND; DEANNA SANTANA, in her individual capacity; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 3:14-CV-02022 NC<br><br>**AMENDED EXHIBIT G TO DOCUMENT NO. 86, THE DECLARATION OF SONYA MEHTA IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT: REFORMATED VIDEO FILE STORED ON CD**<br><br>Judge: Hon. Nathanael Cousins<br><br>**Case Filed: March 17, 2014**<br>**Trial Date: September 14, 2015** |

## Manual Filing Notification

This filing was not e-filed for the following reason(s):

\_\_\_\_\_   Unable to Scan Documents

\_\_\_\_\_   Physical Object (please describe):

__X__   Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

*Preston v. City of Oakland, et al.*, No. 3:14-CV-02022 NC
Amended Exhibit G to Document No. 86, Declaration of Sonya Mehta in Opposition to Motion for Summary Judgment - 1

1 _____   Item Under Seal in Criminal Case

2 _____   Conformance with the Judicial Conference Privacy Policy (General Order 53)

_____   Other (please describe):


Dated: July 9, 2015

　　　　　　　　　　　　　　　　　　　　　　　/s/ *Sonya Z. Mehta*

---

*Preston v. City of Oakland, et al.*, No. 3:14-CV-02022 NC
Amended Exhibit G to Document No. 86, Declaration of Sonya Mehta in Opposition to Motion for Summary Judgment - 2