Camille Hamilton Pating (SBN: 122890)
cpating@meyersnave.com
Geoffrey Spellberg (SBN: 121079)
gspellberg@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile:  (510) 444-1108

Barbara J. Parker, City Attorney (SBN: 069722)
Otis McGee Jr., Chief Assistant City Attorney (SBN: 71885)
Maria Bee, Supervising Attorney (SBN 167716)
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510)238-6135
Facsimile:  (510)238-6500

Attorneys for Defendants
CITY OF OAKLAND AND DEANNA SANTANA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DARYELLE LAWANNA PRESTON, | Case No. 3:14-cv-2022 NC |
| Plaintiff, | **ORDER REGARDING WITHDRAWAL AS COUNSEL OF RECORD** |
| v. | |
| CITY OF OAKLAND; DEANNA SANTANA, in her individual capacity; and DOES 1 through 10, inclusive, | Trial Date: September 14, 2015 |
| Defendant. | |

The request of Camille Hamilton Pating, Geoffrey Spellberg, and Jayne W. Williams, Meyers Nave Riback Silver and Wilson, to be relieved as Counsel of Record For Defendants City of Oakland and Deanna Santana is GRANTED.

Case No.: 3:14-cv-2022 NC

ORDER REGARDING NOTICE OF WITHDRAWAL OF COUNSEL

1     **IT IS SO ORDERED.**

2   Dated: July 15, 2015

4                        THE HONORABLE NATHANAEL M. COUSINS

*GRANTED — Judge Nathanael M. Cousins*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28