# Darryelle Preston v. City of Oakland, et al.

## United States District Court
## Northern District of California
## Case No. C14-02022 NC

## Joint Trial Readiness Binder

# ATTACHMENT A

DAN SIEGEL (SBN 56400)
SONYA Z. MEHTA (SBN 294411)
SIEGEL & YEE
499 14th Street, Suite 300
Oakland, California  94612
Telephone:     (510) 839-1200
Facsimile:     (510) 444-6698

Attorneys for Plaintiff
DARYELLE LAWANNA PRESTON

BARBARA J. PARKER (SBN 069722)
OTIS McGEE, JR. (SBN 071885)
MARIA BEE (SBN 167716)
JENNIFER N. LOGUE (SBN 241910)
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California  94612
Telephone:     (510) 238-3589
Facsimile:     (510) 238-6500
29892:1647767

LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (SBN 0088666)
SUSAN T. KUMAGAI (SBN 127667)
AFRICA E. DAVIDSON (SBN 225680)
101 Mission Street, Suite 600
San Francisco, California  94105
Telephone:     (415) 357-4600
Facsimile:     (415) 357-4605

Attorneys for Defendants
CITY OF OAKLAND and DEANNA SANTANA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYELLE LAWANNA PRESTON<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND; DEANNA SANTANA, in her individual capacity; and DOES 1-10, inclusive<br><br>Defendants. | Case No. C14-02022 NC<br><br>**TRIAL STIPULATIONS**<br><br>Date:          August 19, 2015<br>Time:          11:00 a.m.<br>Courtroom:   D<br>Judge:         Hon. Nathaniel Cousins,<br>                    Magistrate Judge<br><br>Action Filed:  March 17, 2014<br>Trial Date:  September 14, 2015 |

1    Plaintiff Daryelle Lawanna Preston ("Plaintiff") and Defendants City of Oakland (the

2    "City") and Deanna Santana ("Santana") (collectively, the "Parties") hereby agree to the

3    following stipulations for trial:

4    1.  With the exception of Plaintiff, Deanna Santana and the City's representative, witnesses

5        are barred from the courtroom until summoned to testify and until such time as they have

6        been excused.

7

8

9

10   DATED:  August 12, 2015                    SIEGEL & YEE

11                                              /s/ Dan Siegel
                                                DAN SIEGEL
12                                              Attorneys for Plaintiff
                                                DARYELLE LAWANNA PRESTON

13

14   DATED:  August 12, 2015                    LAFAYETTE & KUMAGAI LLP

15                                              /s/ Gary T. Lafayette
                                                GARY T. LAFAYETTE
16                                              Attorneys for Defendants
                                                CITY OF OAKLAND and DEANNA SANTANA

17

18

19

20

21

22

23

24

25

26

27

28

---

**TRIAL STIPULATIONS (Case No. C14-02022 NC)**                                    2

# ATTACHMENT B

1  LAFAYETTE & KUMAGAI LLP
   GARY T. LAFAYETTE (State Bar No. 88666)
2  Email: glafayette@lkclaw.com
   SUSAN T. KUMAGAI (State Bar No. 127667)
3  Email: skumagai@lkclaw.com
   AFRICA E. DAVIDSON (State Bar No. 225680)
4  Email: adavidson@lkclaw.com
   101 Mission Street, Suite 600
5  San Francisco, California 94105
   Telephone: (415) 357-4600
6  Facsimile: (415) 357-4605

7  *Attorneys for Defendants*
   CITY OF OAKLAND and DEANNA SANTANA
8

9            UNITED STATES DISTRICT COURT

10       FOR THE NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12

13  DARYELLE LAWANNA PRESTON,              Case No.  3:14-cv-02022 NC

14              Plaintiff,                 Complaint Filed: 3/7/2014

15  v.                                     **DEFENDANT'S TRIAL WITNESS
                                           LIST**
16  CITY OF OAKLAND; DEANNA
    SANTANA, in her individual capacity; and  Final Pretrial Conference Date:
17  DOES 1 through 10, inclusive,          August 19, 2015
                                           Time:  11:00 a.m.
18              Defendants.                Courtroom: D (San Francisco)
                                           Magistrate Judge: Nathanael M. Cousins
19

20

21         Defendants City of Oakland (the "City") and Deanna Santana ("Santana"), in accordance

22  with the Court's Pretrial Preparation Order dated July 20, 2015, submit the following Trial

23  Witness List in connection with the above captioned matter.

24  ///

25  ///

26  ///

27

28
                                                                                  1

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
101 MISSION STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

| No. | Witness | Subject of Testimony | Time Estimate for Direct Examination | Time Estimate for Cross Examination |
|-----|---------|----------------------|-------------------------------------|-------------------------------------|
| 1 | Winnie Anderson | Plaintiff's alleged protected acts; union negotiations and agreements; plaintiff's work with unions | 30 minutes | 15 minutes |
| 2 | Fred Blackwell | Plaintiff's alleged protected acts; the Rainbow Teen Center Report and City Council meeting on March 6, 2012 | 10 minutes | 10 minutes |
| 3 | Barry Donelan | Plaintiff's alleged protected acts; plaintiff's job performance; union negotiations; plaintiff's work with unions | 5 minutes | 5 minutes |
| 4 | Trinette Gist-Skinner | Plaintiff's alleged protected acts; facts regarding negotiations with Local 55 and tentative agreements | 20 minutes | 10 minutes |
| 5 | Andrea Gourdine | Legitimate business reasons for termination; conduct during investigations | 10 minutes | 10 minutes |
| 6 | Donna Hom | Union negotiations; Local 55 tentative agreements | 10 minutes | 5 minutes |
| 7 | Scott Johnson | Plaintiff's job performance | 10 minutes | 10 minutes |
| 8 | Howard Jordan | Plaintiff's alleged protected acts; plaintiff's work with unions | 10 minutes | 5 minutes |
| 9 | Katano Kasaine | Plaintiff's alleged protected acts; SEIU negotiations and grievance | 40 minutes | 20 minutes |

**DEFENDANT'S TRIAL WITNESS LIST (Case No. 3:14-cv-02022 NC)**

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
101 MISSION STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

| No. | Witness | Subject of Testimony | Time Estimate for Direct Examination | Time Estimate for Cross Examination |
|---|---|---|---|---|
| 10 | Sonia Lara | Plaintiff's alleged protected acts; union negotiations, agreements and grievance; plaintiff's work with unions; investigations | 30 minutes | 15 minutes |
| 11 | John Lois | Investigation findings relating to plaintiff's conduct during investigation | 10 minutes | 10 minutes |
| 12 | Dwight McElroy | Union negotiations; SEIU grievance; plaintiff's work with unions | 5 minutes | 5 minutes |
| 13 | Alexandra Orologas | Legitimate business reasons for termination; process for agenda to City Council; plaintiff's dissemination of confidential information; plaintiff's conduct relating to City Council meetings | 10 minutes | 10 minutes |
| 14 | Barbara Parker | Rainbow Teen Center Report; SEIU grievance; Local 55 tentative agreements | 5 minutes | 20 minutes |
| 15 | Lawanna Preston | Alleged protected acts; job description; job performance; legitimate business reasons for termination | 1 hour | 1 hour |
| 16 | Jean Quan | Legitimate business reasons for termination; causation | 10 minutes | 5 minutes |
| 17 | Teresa DeLoach Reed | Local 55 negotiations and tentative agreements | 10 minutes | 10 minutes |

LAFAYETTE & KUMAGAI LLP

| No. | Witness | Subject of Testimony | Time Estimate for Direct Examination | Time Estimate for Cross Examination |
|---|---|---|---|---|
| 18 | Dan Robertson | Plaintiff's alleged protected acts; plaintiff's job performance; union negotiations | 5 minutes | 5 minutes |
| 19 | Courtney Ruby | Violations by Desley Brooks relating to Rainbow Teen Center | 10 minutes | 10 minutes |
| 20 | Arturo Sanchez | Plaintiff's termination | 5 minutes | 5 minutes |
| 21 | Deanna Santana | Legitimate business reasons for termination; plaintiff's alleged protected acts; dissemination of confidential information; causation | 1 hour | ½ hour |
| 22 | Amber Todd | Plaintiff's alleged protected acts; plaintiff's job performance | 5 minutes | 5 minutes |
| 23 | Kip Walsh | Drafting and signing of Rainbow Teen Center Report | 10 minutes | 5 minutes |

Respectfully Submitted,

DATED:  August 12, 2015          LAFAYETTE & KUMAGAI LLP


/s/ Gary T. Lafayette_____
GARY T. LAFAYETTE
Attorneys for Defendants
CITY OF OAKLAND and DEANNA SANTANA

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
101 MISSION STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

DEFENDANT'S TRIAL WITNESS LIST (Case No. 3:14-cv-02022 NC)

# ATTACHMENT C

1  DAN SIEGEL, SBN 56400
   SONYA Z. MEHTA, SBN 294411
2  SIEGEL & YEE
   499 14th Street, Suite 300
3  Oakland, California 94612
   Telephone: (510) 839-1200
4  Facsimile: (510) 444-6698
5
6  Attorneys for Plaintiff
   DARYELLE LAWANNA PRESTON
7
8
9            UNITED STATES DISTRICT COURT
10          NORTHERN DISTRICT OF CALIFORNIA
11
12
13 DARYELLE LAWANNA PRESTON,          ) Case No. 3:14-CV-02022 NC
                                      )
14          Plaintiff,                ) **PLAINTIFF'S WITNESS LIST**
                                      )
15 vs.                               ) Pretrial Conference: August 19, 2015
                                      ) Time:
16                                    ) Judge: Hon. Nathanael Cousins
17 CITY OF OAKLAND; DEANNA            )
   SANTANA, in her individual capacity; and )
18 DOES 1 through 10, inclusive,      ) Trial Date: September 14, 2015
                                      )
19          Defendants.              )
                                      )
20                                    )
21
22      The following is plaintiff's witness list:
23
24
25
| NO | WITNESS | TESTIMONY | TIME |
|----|---------|-----------|------|
| 1. | Winnie Anderson | Local 55 tentative agreements, and SEIU grievance. | Direct: 20 mins. Cross: |
26
27
28

*Preston v. City of Oakland, et al.*, No. 3:14-CV-02022 NC
Plaintiff's Witness List – 1

| | | | |
|---|---|---|---|
| 2. | Fred Blackwell | Rainbow Teen Center, discussion at City Council, union relationship with Santana and Preston. | Direct: 20 mins.<br>Cross: |
| 3. | Desley Brooks | Rainbow Teen Center, SEIU grievance, City Council meetings. | Direct: 45 mins.<br>Cross: |
| 4. | Barry Donelan | Preston's work with police union. | Direct: 15 mins.<br>Cross: |
| 5. | TC Everett | Oakland policy on access to employee emails, computer reliability. | Direct: 15 mins.<br>Cross: |
| 6. | Lamont Ewell | Preston's performance, emotional distress, Santana's performance. | Direct: 20 mins.<br>Cross: |
| 7. | Chuck Garcia | Preston's work with Firefighters Union. | Direct: 15 mins.<br>Cross: |
| 8. | Yvonne Hudson | Disparaging phone call to Preston's current employer. | Direct: 10 mins.<br>Cross: |
| 9. | Katano Kasaine | SEIU grievance, aftermath of termination. | Direct: 30 mins.<br>Cross: |
| 10 | Joe Keffer | SEIU grievance. | Direct: 15 mins.<br>Cross: |
| 11 | Sonia Lara | Preston's job performance, SEIU grievance. | Direct: 15 mins.<br>Cross: |
| 12 | Dwight McElroy | SEIU grievance. | Direct: 15 mins.<br>Cross: |

| | | | |
|---|---|---|---|
| 13 | Otis McGee | Reasons for Preston's termination, investigation of Preston, Preston telephone call to Santana. | Direct: 30 mins. Cross: |
| 14 | Emily Morrison | Preston's current employer, receipt of disparaging phone call from City Attorney employee. | Direct: 10 mins. Cross: |
| 15 | Barbara Parker | Reasons for Preston's termination, SEIU grievance, Local 55 tentative agreement, Rainbow Teen Center. | Direct: 30mins. Cross: |
| 16 | Lawanna Preston | Plaintiff. | Direct: 1 hour Cross: |
| 17 | Jean Quan | Reasons for Preston's termination. | Direct: 15 mins. Cross: |
| 18 | Teresa Reed | Local 55 tentative agreement. | Direct: 20 mins. Cross: |
| 19 | Dan Robertson | Preston's work with Firefighters Union. | Direct: 15 mins. Cross: |
| 20 | Deanna Santana | Retaliation against Preston. | Direct: 1 hour. Cross: |
| 21 | Latonda Simmons | City Council meetings, Rainbow Teen Center. | Direct: 20 mins. Cross: |
| 22 | Sandre Swanson | Reasons for Preston's termination, Preston's performance. | Direct: 20 mins. Cross: |

| 23 Cheryl Thompson | Emotional distress. | Direct: 20 mins. |
| | | Cross: |

Dated: June 30, 2015


                                        SIEGEL & YEE


                                        By: /s/ Sonya Z. Mehta
                                             Sonya Z. Mehta

                                        Attorneys for Plaintiff
                                        Daryelle LaWanna Preston

# ATTACHMENT D

1  LAFAYETTE & KUMAGAI LLP
   GARY T. LAFAYETTE (State Bar No. 88666)
2  Email: glafayette@lkclaw.com
   SUSAN T. KUMAGAI (State Bar No. 127667)
3  Email: skumagai@lkclaw.com
   AFRICA E. DAVIDSON (State Bar No. 225680)
4  Email: adavidson@lkclaw.com
   101 Mission Street, Suite 600
5  San Francisco, California 94105
   Telephone: (415) 357-4600
6  Facsimile: (415) 357-4605

7  *Attorneys for Defendants*
   CITY OF OAKLAND and DEANNA SANTANA
8

9               UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13  DARYELLE LAWANNA PRESTON,          Case No.  3:14-cv-2022 NC

14              Plaintiff,              Complaint Filed: 3/7/2014

15  v.                                 **DEFENDANT'S TRIAL EXPERT
                                       WITNESS LIST**
16  CITY OF OAKLAND; DEANNA
    SANTANA, in her individual capacity; and   Final Pretrial Conference Date:
17  DOES 1 through 10, inclusive,      August 19, 2015
                                       Time:  11:00 a.m.
18              Defendants.            Courtroom:  D (San Francisco)
                                       Magistrate Judge: Nathanael M. Cousins
19

20

21         Defendants City of Oakland (the "City") and Deanna Santana ("Santana") in accordance

22  with the Court's Pretrial Preparation Order dated July 20, 2015, submit the following Expert

23  Witness List in connection with the above captioned matter.

24         1.      Mark Cohen
                   Cohen/Volk
25                 1155 Alpine Road
                   Walnut Creek, CA 94596
26                 Tel:  (925) 299-1200

27  Attached as Exhibit A is a copy of the report and curriculum vitae.

28
                                                                                        1

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
101 MISSION STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

1    Mr. Cohen will testify about plaintiff's alleged economic loss and mitigation.  He will

2  testify that plaintiff's alleged economic past loss does not exceed $48,906 and her future

3  economic loss will not exceed $105,553.00, for a total economic loss not to exceed $154,459.00.

4

5                                                Respectfully Submitted,

6
    DATED:  August 5, 2015                         LAFAYETTE & KUMAGAI LLP
7

8                                                /s/ Africa E. Davidson
                                                 AFRICA E. DAVIDSON
9                                                Attorneys for Defendants
                                                 CITY OF OAKLAND and DEANNA SANTANA
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                                                              2

**DEFENDANT'S TRIAL EXPERT WITNESS LIST (Case No.  3:14-cv-2022 NC)**

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
101 MISSION STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

# EXHIBIT A

C O H E N | V O L K

E C O N O M I C   C O N S U L T I N G   G R O U P

1155 ALPINE ROAD
WALNUT CREEK, CA 94596
T 925.299.1200
F 925.482.0824
WWW.COHENVOLK.COM

April 1 2015

Ms. Maria Bee
Office of the City Attorney
One Frank H. Ogawa Plaza, 6th Fl.
Oakland, CA 94612

Re:  **Preston v. City of Oakland**

Dear Ms. Bee:

As Chief Economist of Cohen | Volk Economic Consulting Group, I have been retained to evaluate the economic losses to Ms. Preston in the above-captioned case. This evaluation includes an evaluation of Ms. Preston's lost earnings, attempts to mitigate her loss, her employability and her mitigation earning capacity. I have also been retained to comment upon work product and testimony of plaintiff retained economic loss and mitigation experts.

In order to complete the assignment, I have reviewed the following documents:

1. Plaintiff's Response to City of Oakland's Special Interrogatories, Set 1;
2. Plaintiff's payroll records 2008 to 2013 at the City of Oakland;
3. Plaintiff's 2012 W-2 Statement;
4. Defendant Responses to Ms. Preston's Supplemental Interrogatories, Set 1;
5. Miscellaneous personnel records for Ms. Preston at the City of Oakland;
6. Ms. Preston's rough deposition transcript.
7. City of Oakland's MOU with the Confidential Management Employees Association, 7/1/13-7/1/15.

In forming my opinions I have also relied upon data provided by the City and County of San Francisco, the City of Berkeley, the California Public Employees Retirement Benefit System and the City of Oakland on their web sites. Additionally, I have spoken with Katano Kasaine, Treasurer, City of Oakland.

Evaluation of Income and Benefits without Termination from the City of Oakland:

Ms. Preston was hired July 23, 2007 as a Human Resources Manager. She was terminated October 3, 2013. Since her termination, the City of Oakland has had a 1% cost of living adjustment in July of 2014. I have calculated Ms. Preston's earnings and benefits without termination based on her average annual income, adjusted to current pay rates from October 2013 to the date of valuation.

Future income and benefits without termination are calculated using the rate of pay at the date of valuation, and discounting this income stream to present cash value using a net discount rate. The net discount rate is the difference between interest rates and wage growth rates historically in the U.S. The income and benefits are calculated to the end of a normal worklife expectancy based on

SOUTHERN CALIFORNIA OFFICE: 5743 SMITHWAY STREET, SUITE 106 · LOS ANGELES CA 90040 · T 323. 722.8047

Maria Bee
April 1, 2015
Page 2

the experience rates of the California Public Employees Retirement System, the system that Ms. Preston was a part of when employed for the City of Oakland.

Pension benefits are calculated in accordance with the City of Oakland agreement with the California Public Employees Retirement System. These benefits are calculated to the end of a normal life expectancy. These benefits are also reduced to present cash value.

Evaluation of Mitigation Earning Capacity:

According to records received, Ms. Preston started with the City and County of San Francisco in 2014. She began at a rate of $119,000 per year, and in January of 2015, her salary was raised to $138,000 according to answers to interrogatories.

The attached analysis asserts that in the future Ms. Preston will increase through the ranks of the pay scale such that after 5 years employment with the City and County of San Francisco, she will be earning the equivalent of the pay rate that she would have had had she remained employed with the City of Oakland. Ms. Preston required less than 5 years of employment to reach her last position at the City of Oakland. Once obtaining that position, her earning increases were equivalent to the increases in the general cost of living.

Future mitigation income and benefits are calculated using the rate of pay at the date of valuation, and discounting this income stream to present cash value using a net discount rate. The net discount rate is the difference between interest rates and wage growth rates historically in the U.S. Mitigation income is calculated to the same date as earnings and benefits without termination.

Pension benefits are calculated in accordance with the City of Oakland agreement with the California Public Employees Retirement System and based on the service that she earned to the date of termination. These benefits are calculated to the end of a normal life expectancy. Pension benefits at the City and County of San Francisco are calculated in accordance with the San Francisco Employees Retirement System. These benefits are calculated to the end of a normal life expectancy. These benefits are also reduced to present cash value.

Conclusion

Please note that this report is preliminary. As additional information becomes available, I may augment or change my opinions. Additionally, please note that at this juncture, I have not received any economic loss analysis prepared on behalf of Ms. Preston. As such, I cannot comment upon such analysis at this point in time.

I have attached my CV, rate sheet and a list of testimonies in the past four years.
If you have any questions, please do not hesitate to call me.

Sincerely,

Mark Cohen
Chief Economist

Attachments

# COHEN | VOLK

ECONOMIC CONSULTING GROUP

1155 ALPINE ROAD
WALNUT CREEK, CA 94596
T 925.299.1200
F 925.482.0824
WWW.COHENVOLX.COM

PRELIMINARY ECONOMIC LOSS REPORT

Preston v. City of Oakland

April 1, 2015

SOUTHERN CALIFORNIA OFFICE: 5743 SMITHWAY STREET, SUITE 106 · LOS ANGELES CA 90040 · T 323. 722.8047

## Table 1

### Summary of Economic Loss

I. Past Period:

| | | |
|---|---|---|
| Earnings and Benefits without Termination, Table 4: | $ | 303,303 |
| Mitigation Earning Capacity, Table 5: | $ | (199,777) |
| Mitigation PERS Pension Benefits, Table 6: | $ | (54,620) |
| **Past Economic Loss:** | $ | **48,906** |

II. Future Period:

| | | |
|---|---|---|
| Earnings and Benefits without Termination, Table 6: | $ | 641,672 |
| Pension Benefits without Termination, Table 7: | $ | 820,085 |
| Mitigation Earning Capacity, Table 8: | $ | (595,547) |
| Mitigation PERS Pension Benefits, Table 10: | $ | (500,525) |
| Mitigation SFERS Pension Benefits, Table 9: | $ | (260,133) |
| **Future Economic Loss:** | $ | **105,553** |

III. Past and Future Periods:

| | | |
|---|---|---|
| **Total Economic Loss:** | $ | **154,459** |

## Table 2

### Actuarial Data

| | | |
|---|---|---|
| Date of Birth: | 8/1/58 | |
| Date of Termination: | 10/3/13 | |
| Date of Valuation: | 9/15/15 | |
| Age at Date of Loss: | 55.17 | years |
| Time Elapsed Between Date of Loss and Valuation: | 1.95 | years |
| Age at Date of Valuation: | 57.12 | years |
| Worklife Expectancy at Date of Valuation (1): | 4.31 | years |
| Life Expectancy at Date of Valuation (2): | 26.90 | years |

---

1 - Based on CalPERS 2013 Actuarial Report for active female members.

2 - Based on all females. Life Tables; Vital Statistics of the United States.

## Table 3

### Average Annual Earnings

| Year | Actual Earnings (1) | Adjustment (2) | Adjusted Earnings |
|------|---------------------|----------------|-------------------|
| 2009 | $ 151,768 | 1.1516 | $ 174,783 |
| 2010 | $ 146,113 | 1.1017 | $ 160,977 |
| 2011 | $ 151,308 | 1.0675 | $ 161,517 |
| 2012 | $ 166,750 | 1.0392 | $ 173,291 |
| 10/3/2013 | $ 126,467 | 1.0123 | $ 128,027 |

Average Annual Earnings 2009 - 10/3/13 (2013 dollars):      $ 168,022

---

1 - Historical annual earnings per City of Oakland payroll.

2 - Adjustments to 2013 dollars based on actual changes in wages, per City of Oakland payroll.

## Table 4

### Past Earnings and Benefits without Termination

| Dates | Period | Annual Earnings (1) | Period Loss |
|---|---|---|---|
| 10/3/13  -  6/30/14 | 0.74 | $ 168,022 | $ 124,337 |
| 7/1/14  -  9/14/15 | 1.21 | $ 169,703 | $ 205,340 |
| Past Earnings and Benefits without Termination: | | | $ 329,677 |
| Fringe Benefits (2): | | | $ (26,374) |
| **Past Earnings and Benefits without Termination:** | | | **$ 303,303** |

1 - See Table 3, "Average Annual Earnings." Effective 7/1/14, 1.0% increase, per "Agreement Between City of Oakland and Confidential Management Employees Association Unit U31, July 1, 2013 to June 30, 2015."

2 - Fringe benefits based on employee contribution to PERS retirement, equal to 8.0% of earnings. Information per City of Oakland, Retirement Benefit Information.

### Table 5

#### Past Mitigation Earning Capacity

| Dates | Period | Annual Earnings (1) | Period Earnings |
|-------|--------|---------------------|-----------------|
| 1/21/14 - 12/31/14 | 0.94 | $ 119,000 | $ 111,860 |
| 1/1/15 - 9/14/15 | 0.70 | $ 138,000 | $ 96,600 |
| Past Mitigation Earnings: | | | $ 208,460 |
| Plus Mitigation Fringe Benefits (2): | | | $ (8,683) |
| **Past Mitigation Earning Capacity:** | | | $ 199,777 |

---

1 - Earnings in 2014 and 2015 per Ms. Preston's Supplemental Response to Interrogatory No. 11.

2 - Fringe benefits include employer contribution to Social Security and employee contribution to SFERS retirement. Employer contribution to Social Security equal to 6.2% of earnings, up to the maximum allowed, per Social Security Administration. Employee contribution to SFERS retirement equal to 7.5% of earnings, increasing to 11.5% of earnings effective 7/1/14. Information per SFERS website.

### Table 6

**Past PERS Mitigation Pension Benefits**

| Dates | Period | Annual Benefits (1) | | Period Earnings | |
|---|---|---|---|---|---|
| 10/3/13  -  4/30/15 | 1.57 | $ | 28,068 | $ | 44,067 |
| 5/1/15   -   9/14/15 | 0.37 | $ | 28,523 | $ | 10,553 |
| **Past PERS Mitigation Pension Benefits:** | | | | **$** | **54,620** |

---

1 - PERS mitigation pension benefits equal to $2,339 per month, per PERS on-line calculator.  COLA, which begins the second full year of retirement, is equal to 1.62%, effective 5/1/15, per "The COLA Fact Sheet."

### Table 7

**Future Earnings and Benefits without Termination**

| Dates | Period | Annual Earnings (1) | Present Cash Value (2) |
|---|---|---|---|
| 9/15/15  -   1/5/20 | 4.31 | $   169,703 | $   697,470 |

| | | |
|---|---|---|
| Future Earnings and Benefits without Termination: | | $   697,470 |
| Fringe Benefits (3): | | $   (55,798) |
| **Future Earnings and Benefits without Termination:** | | **$   641,672** |

1 - See Table 4, "Past Earnings and Benefits without Termination."

2 - 2.25% net discount rate.

3 - See Table 4, "Past Earnings and Benefits without Termination."

## Table 8

### Future Pension Benefits without Termination

| Dates | | Period | Annual Benefits (1) | | Present Cash Value (2) | |
|---|---|---|---|---|---|---|
| 9/15/15 | - 1/5/20 | 4.31 | $ | - | $ | - |
| 1/6/20 | - 8/10/42 | 22.59 | $ | 57,468 | $ | 820,085 |
| **Future Pension Benefits without Termination:** | | | | | **$** | **820,085** |

1 - Pension benefits equal to $4,789 per month, per CalPERS on-line calculator.

2 - 2.25% net discount rate through 1/5/20, 3.5% net discount rate thereafter.

### Table 9

### Future Mitigation Earning Capacity

| Dates | Period | Annual Earnings (1) | Present Cash Value (2) |
|---|---|---|---|
| 9/15/15  -  1/20/16 | 0.35 | $  138,000 | $  48,114 |
| 1/21/16  -  1/20/17 | 1.00 | $  145,926 | $  143,201 |
| 1/21/17  -  1/20/18 | 1.00 | $  153,851 | $  147,656 |
| 1/21/18  -  1/20/19 | 1.00 | $  161,777 | $  151,846 |
| 1/21/19  -  1/5/20 | 0.95 | $  169,703 | $  148,073 |

Future Mitigation Earnings:        $  638,890

Plus Mitigation Fringe Benefits (3):        $  (43,343)

**Future Mitigation Earning Capacity:**        $  595,547

---

1 - See Table 5, "Past Mitigation Earning Capacity."  Earnings increase annually through 1/21/19, five years of mitigation employment, to reach $169,703 per year.

2 - 2.25% net discount rate.

3 - See Table 5, "Past Mitigation Earning Capacity."

### Table 10

**Future PERS Mitigation Pension Benefits**

| Dates | Period | Annual Earnings (1) | Present Cash Value (2) |
|---|---|---|---|
| 9/15/15 - 8/10/42 | 26.90 | $ 28,523 | $ 500,525 |

Future PERS Mitigation Pension Benefits:      $ 500,525

---

1 - See Table 6, "Past PERS Mitigation Pension Benefits."

2 - 3.5% net discount rate.

## Table 11

### Future SFERS Mitigation Pension Benefits

| Dates | Period | Annual Benefits (1) | Present Cash Value (2) |
|---|---|---|---|
| 9/15/15  -   1/4/20 | 4.30 | $          - | $          - |
| 1/5/20   -   8/10/42 | 22.60 | $    18,220 | $    260,133 |

**Future SFERS Mitigation Pension Benefits:**      **$    260,133**

1 - SFERS mitigation pension equal to $1,518 per month, per SFERS formula.

2 - 2.25% net discount rate through 1/5/20, 3.5% net discount rate thereafter.

# COHEN | VOLK

ECONOMIC CONSULTING GROUP

1155 ALPINE ROAD
WALNUT CREEK, CA 94596
T 925.299.1200
F 925.482.0824
WWW.COHENVOLK.COM

## MARK COHEN

## CURRICULUM VITAE

### FINANCIAL, STATISTICAL & REHABILITATION ECONOMIST

COHEN VOLK ECONOMIC CONSULTING GROUP, Walnut Creek, CA, 1995 to Present.
Principal, Chief Economist. Valuation of businesses and economic losses in business, personal injury, wrongful death, labor and marital litigation. Preparation of statistical analyses, vocational, labor and job market consultation and studies. Development and placement of structured settlement alternatives.

BAY AREA PSYCHOTHERAPY TRAINING INSTITUTE, Lafayette, CA, 1994 to 2001.
Member, Board of Directors. Consultation in the business development and management of this non-profit training institute.

THE UDINSKY GROUP, Berkeley, CA, 1984 to 1995.
Vice President. Valuation of businesses and economic losses in business, personal injury, wrongful death, labor and marital litigation. Preparation of statistical analyses, labor and job market consultation and studies. Development and placement of structured settlement alternatives.

### TEACHING EXPERIENCE

DOMINICAN UNIVERSITY, San Rafael, CA, 1992 to 1998.
Adjunct Professor of Graduate Level International Finance, Monetary Systems and Investments, M.B.A. Program; Undergraduate Level International Finance and Investments, Business School Program.

EUROPEAN BUSINESS SCHOOL, Brussels, Belgium, 1991.
Adjunct Professor of Undergraduate Level Money and Banking, Statistics, and Management.

### EDUCATION

UNIVERSITY OF CALIFORNIA AT BERKELEY. Bachelors of Science, Business Administration, 1982. Emphasis in Finance.

BOSTON UNIVERSITY. Masters of Science, Management, 1991. Emphasis in International Finance. Graduated first in class.

EDUCATION CONTINUED

ST. MARY'S COLLEGE. Masters of Arts, Counseling, 1998. Emphasis in Vocational Rehabilitation and Career Counseling.

LINDENWOOD COLLEGE: (1) Principles of Business Valuation, (2) Business Valuation Theory and Methodology, (3) Business Valuation: Selected Advanced Topics.

PUBLICATIONS AND INVITED PRESENTATIONS

"Income and Net Worth Analysis for Punitive Damages Testimony," presented to the American Rehabilitation Economics Association Reno, Nevada, June 2014.

"Economic Issues For Vocational Experts To Consider in Vocational Analysis," presented to the California Association of Rehabilitation and Re-Employment Professionals, Oakland, November 2002.

"Estimating Economic Loss To Injured Self Employed Workers," presented to the American Rehabilitation Economics Associations (AREA), Reno, May 1998.

"Methodologies to Improve Economic and Vocational Analysis in Personal Injury Litigation," with Thomas Yankowski, M.S., C.V.E., Litigation Economics Digest, National Association of Forensic Economics, Missouri. Volume II, Issue No. 2, Summer 1997. Also published in Vocational Evaluation and Work Adjustment Journal, The Professional Journal of The Vocational Evaluation and Work Adjustment Association, Volume 31, No. ¾, Fall/Winter 1998.

"Vocational Evaluation and Economic Analysis in Personal Injury and Wrongful Termination Cases," with Thomas Yankowski, M.S., C.V.E., presented to the National Association of Rehabilitation Professional in the Private Sector; San Francisco, April 1995.

"The Economics of Employment Discharge and Your Case," with Jerald H. Udinsky, Ph.D., A.S.A., The Lawyer's Brief, Business Laws, Inc., Ohio. Volume 20, Issue No. 5, March 15, 1990.

"Estimation of Future Medical and Rehabilitation Care Costs: Issues and Questions for The Attention of Rehabilitation Professionals," presented to the Registered Nurses Professionals Association, Santa Clara Valley Medical Center, January 1990.

LICENSES, CERTIFICATIONS AND ASSOCIATIONS

Certified Earnings Analyst, American Rehabilitation Economics Association.
American Society of Appraisers, Business Valuation.
California State Licensed Life Insurance Agent.
American Economics Association.
Western Economic Association.
National Association of Forensic Economics.

COHEN | VOLK

ECONOMIC CONSULTING GROUP

1155 ALPINE ROAD
WALNUT CREEK, CA 94596
T 925.299.1200
F 925.482.0824
WWW.COHENVOLK.COM

## RATE SCHEDULE

### Effective 1/1/15

$360 per hour for review, consultation, analysis and travel

$610 per hour, one-hour minimum, for deposition and trial testimony

SOUTHERN CALIFORNIA OFFICE: 5743 SMITHWAY STREET, SUITE 106 · LOS ANGELES CA 90040   T 323.722.8047

# MARK COHEN
## LIST OF TESTIMONIES

| Date | Name | Memo |
|------|------|------|
| 2007 | Seitz v. New Holland | Deposition testimony. |
| 2007 | Kuchta v. Neopost, Inc. | Deposition testimony. |
| 2007 | James v. Phillips Services Corp. | Deposition testimony. |
| 2007 | Singh v. Winchell's Donut Houses | Trial testimony. |
| 2007 | O'Neill v. City of Palo Alto | Deposition testimony. |
| 2007 | Piper v. Peralta Community College Dist. | Trial testimony. |
| 2007 | Merritt v. Modesto Disposal Service | Deposition testimony. |
| 2007 | Tripodi v. Rider | Deposition testimony. |
| 2007 | Housley v. CCSF and CHP | Deposition testimony. |
| 2007 | Pilare v. Matson | Deposition testimony. |
| 2007 | Pilare v. Matson | Trial testimony. |
| 2007 | West v. Kmart | Deposition testimony. |
| 2007 | Zottoli v. Erasmus | Deposition testimony. |
| 2007 | Nakamori v. DMC San Pablo | Deposition testimony. |
| 2007 | Ivance v. Asbestos Defendants | Trial testimony. |
| 2007 | Kuchta v. Neopost, Inc. | Trial testimony. |
| 2007 | Franklin v. Alameda County Sheriff's Dept. | Deposition testimony. |
| 2007 | Little v. RMC | Deposition testimony. |
| 2007 | Bloom v. Kaiser | Deposition testimony. |
| 2007 | Caro v. Enviro-Commercial Sweeping | Deposition testimony. |
| 2007 | Barajas v. Ramos | Deposition testimony. |
| 2007 | Loustalot v. Regents | Deposition testimony. |
| 2007 | Lopez v. Bimbo Bakeries | Deposition testimony. |
| 2007 | Lopez v. Bimbo Bakeries | Trial testimony. |
| 2007 | Silong v. USA | Deposition testimony. |
| 2007 | Bauto v. Best Collateral | Deposition testimony. |
| 2007 | Bauto v. Best Collateral | Trial testimony. |
| 2007 | Watkins v. Davis | Deposition testimony. |
| 2007 | Watkins v. Davis | Trial testimony. |
| 2007 | Erickson v. Torres | Deposition testimony. |
| 2007 | Erickson v. Torres | Trial testimony. |
| 2007 | Freed v. USA | Deposition testimony. |
| 2007 | Day v. Mt. Diablo Hospital | Deposition testimony. |
| 2007 | Day v. Mt. Diablo Hospital | Trial testimony. |
| 2007 | USA v. Union Pacific | Deposition testimony. |
| 2007 | Smith, Joe Alan v. Spears | Deposition testimony. |
| 2007 | Smith, Joe Alan v. Spears | Trial testimony. |
| 2007 | Hoang v. UWMC | Deposition testimony. |
| 2007 | Hoang v. UWMC | Trial testimony. |
| 2007 | Chang & Chen v. Charles Schwab | Deposition testimony. |
| 2007 | Khosravi v. Ball | Deposition testimony. |
| 2007 | Khosravi v. Ball | Trial testimony. |
| 2007 | Beals-Martin v. Connell's Glass | Deposition testimony. |
| 2007 | Shilaimon v. Ray | Deposition testimony. |
| 2007 | Price, Colleen v. Cordova | Deposition testimony. |
| 2007 | Moore v. Avon | Deposition testimony. |
| 2007 | Bartlett v. Reiger | Deposition testimony. |
| 2007 | Bartlett v. Reiger | Trial testimony. |
| 2007 | Salvador v. Aero Speed Mail | Deposition testimony. |
| 2007 | Dougherty v. Sears | Deposition testimony. |

## MARK COHEN
### LIST OF TESTIMONIES

| Date | Name | Memo |
|------|------|------|
| 2007 | Wing v. Horizon Lines | Deposition testimony. |
| 2007 | Huong Que v. Pro Enterprise | Deposition testimony. |
| 2007 | Thomas, Audrey v. San Leandro Hospital | Deposition testimony. |
| 2008 | Cole v. Joe's Trucking | Deposition testimony. |
| 2008 | Ewing v. USA | Deposition testimony. |
| 2008 | Williams, Billy v. Kaiser | Deposition testimony. |
| 2008 | Williams, Billy v. Kaiser | Arbitration testimony. |
| 2008 | Moss v. LOTA USA | Deposition testimony. |
| 2008 | Moss v. LOTA USA | Arbitration testimony. |
| 2008 | Abdelrahim v. Guardsmark | Trial testimony. |
| 2008 | Starr v. Rados, Inc. | Deposition testimony. |
| 2008 | Bavaro v. Curtis | Deposition testimony. |
| 2008 | Dalman v. Kaiser | Deposition testimony. |
| 2008 | Melchor v. Kaiser | Deposition testimony. |
| 2008 | Melchor v. Kaiser | Arbitration testimony. |
| 2008 | Day v. Mt. Diablo Hospital | Deposition testimony. |
| 2008 | Barnett v. Balciunas | Deposition testimony. |
| 2008 | Iten v. Guardsmark | Trial testimony. |
| 2008 | Perez v. Walmart | Deposition testimony. |
| 2008 | Dahl v. Jennaro | Deposition testimony. |
| 2008 | Lawlor v. Olsen | Trial testimony. |
| 2008 | Bush v. Allianz Life Insurance Co. | Deposition testimony. |
| 2008 | Cano v. Barcelo Enterprises | Deposition testimony. |
| 2008 | Gentry v. State Farm | Deposition testimony. |
| 2008 | Gentry v. State Farm | Arbitration testimony. |
| 2008 | Evans v. Benicia Housing Authority | Deposition testimony. |
| 2008 | Ewing v. USA | Trial testimony. |
| 2008 | Hernandez v. USA | Deposition testimony. |
| 2008 | Altamini v. Kaiser | Deposition testimony. |
| 2008 | Altamini v. Kaiser | Arbitration testimony. |
| 2008 | Dept. of Fair Employment v. Standards of Excellence | Deposition testimony. |
| 2009 | Perez v. Walmart | Trial testimony. |
| 2009 | Bolo v. Cisco Systems | Deposition testimony. |
| 2009 | Bolo v. Cisco Systems | Arbitration testimony. |
| 2009 | Kiser v. Ralph Lauren | Deposition testimony. |
| 2009 | Gove v. Kaiser | Deposition testimony. |
| 2009 | Dept. of Fair Employment v. Standards of Excellence | Trial testimony. |
| 2009 | Walton v. Amoroso | Deposition testimony. |
| 2009 | Sutton v. Krones | Deposition testimony. |
| 2009 | Roth v. Division I All Services | Deposition testimony. |
| 2009 | Ureta v. ABS-CBN International | Trial testimony. |
| 2009 | Lawrence v. Hartnell College | Deposition testimony. |
| 2009 | Gutherie v. City of Mill Valley | Trial testimony. |
| 2009 | Miller v. State of California | Trial testimony. |
| 2009 | Stanley v. Kaiser | Deposition testimony. |
| 2009 | Stanley v. Kaiser | Arbitration testimony. |
| 2009 | Nikolayew v. R House | Deposition testimony. |
| 2009 | Sacramento Hotel Partners v. Swinterton, et al. | Deposition testimony. |
| 2009 | Kaznowski v. Biesen-Bradley | Deposition testimony. |
| 2009 | Ehlert v. Stutsman & Ken Fowler Motors | Deposition testimony. |

## MARK COHEN
### LIST OF TESTIMONIES

| Date | Name | Memo |
|------|------|------|
| 2009 | McElroy v. Lane | Deposition testimony. |
| 2009 | Dobson v. Garcia | Deposition testimony. |
| 2009 | Grunwald v. Kaiser | Deposition testimony. |
| 2009 | Picchi v. West Star | Deposition testimony. |
| 2009 | Pappas v. ABC School District | Deposition testimony. |
| 2009 | Ballesteros v. United Road Service | Trial testimony. |
| 2009 | DeAnza Interiors v. Hsu | Deposition testimony. |
| 2010 | DeAnza Interiors v. Hsu | Deposition testimony. |
| 2010 | Howard v. Washington Township | Trial testimony. |
| 2010 | Kleinberg v. Corte Madera | Deposition testimony. |
| 2010 | Moran v. Quest Communications | Trial testimony. |
| 2010 | Masters v. Roberts | Deposition testimony. |
| 2010 | Masters v. Roberts | Trial testimony. |
| 2010 | Nikolayew v. R House | Trial testimony. |
| 2010 | Tilley v. Muir Orthopedics | Deposition testimony. |
| 2010 | Tilley v. Muir Orthopedics | Trial testimony. |
| 2010 | Mendez v. Mercy Hospital | Deposition testimony. |
| 2010 | Kierans v. Acupuncture & Integrative Medical | Deposition testimony. |
| 2010 | Oswalt v. Salinas Valley Memorial | Deposition testimony. |
| 2010 | Fox v. Good Samaritan Hospitals | Deposition testimony. |
| 2010 | Mendez v. Mercy Hospital | Deposition testimony. |
| 2010 | Masters v. Roberts | Trial testimony. |
| 2010 | Lui v. CCSF | Deposition testimony. |
| 2010 | Wences v. Congress, M.D. | Deposition testimony. |
| 2010 | O'Neal v. Baclow Auto Repair | Trial testimony. |
| 2010 | Aguilar v. CTB-McGraw Hill | Trial testimony. |
| 2010 | O'Connell v. UC Regents | Deposition testimony. |
| 2010 | Pierre v. Cox | Deposition testimony. |
| 2010 | Adge v. Sutter Memorial | Deposition testimony. |
| 2010 | Klaas v. Valley Care Health Systems | Deposition testimony. |
| 2010 | Hernandez v. CCC | Deposition testimony. |
| 2010 | Kim v. Interdent | Deposition testimony. |
| 2010 | Klaas v. Valley Care Health Systems | Trial testimony. |
| 2010 | Shen v. City of San Ramon | Deposition testimony. |
| 2010 | Pierre v. Cox | Trial testimony. |
| 2010 | Ballesteros v. United Road Service | Deposition testimony. |
| 2010 | Harper v. Adesa | Deposition testimony. |
| 2010 | Albert v. Denny Plumbing Company | Deposition testimony. |
| 2010 | Flair v. Adaptec | Deposition testimony. |
| 2010 | Ballesteros v. United Road Service | Trial testimony. |
| 2010 | Aranda v. Centex Homes | Trial testimony. |
| 2010 | Hernandez v. CCC | Trial testimony. |
| 2010 | Impey v. Office Depot | Deposition testimony. |
| 2010 | Dawe v. Corrections USA | Trial testimony. |
| 2010 | Winter v. Jervis | Deposition testimony. |
| 2010 | Lui v. CCSF | Trial testimony. |
| 2010 | Holt v. Doctors Medical Center | Deposition testimony. |
| 2010 | Gilmore-Green v. Kaiser | Deposition testimony. |
| 2010 | Loustalot v. Regents | Trial testimony. |
| 2010 | Taylor v. Rupley | Deposition testimony. |

## MARK COHEN
### LIST OF TESTIMONIES

| Date | Name | Memo |
|------|------|------|
| 2010 | Adams v. Safway | Deposition testimony. |
| 2010 | Pederson v. Fox Investment | Deposition testimony. |
| 2010 | Beauperthuy v. 24 Hour Fitness | Deposition testimony. |
| 2011 | Jacobs v. Medical Anesthesia Consultants | Arbitration testimony. |
| 2011 | Flair v. Adaptec | Trial testimony. |
| 2011 | Avakoff v. County of Santa Clara | Deposition testimony. |
| 2011 | Vanderheiden v. City of Alameda | Deposition testimony. |
| 2011 | McFadden v. Kaiser | Arbitration testimony. |
| 2011 | Thompson v. UC Regents | Arbitration testimony. |
| 2011 | Alvarez v. John Hopkins | Deposition testimony. |
| 2011 | Vanderheiden v. City of Alameda | Trial testimony. |
| 2011 | Hutson v. Raffle & Bar-K | Deposition testimony. |
| 2011 | Hutson v. Raffle & Bar-K | Trial testimony. |
| 2011 | Winter v. Jervis | Trial testimony. |
| 2011 | Lopez v. United Road Service | Trial testimony. |
| 2011 | Weiss v. Oroville Hospital | Deposition testimony. |
| 2011 | Neves v. Rounds Logging | Deposition testimony. |
| 2011 | Patino v. CHW | Deposition testimony. |
| 2011 | Khan v. Kaiser | Arbitration testimony. |
| 2011 | Clark v. Palo Alto Foundation | Deposition testimony. |
| 2011 | Savage v. State of California | Deposition testimony. |
| 2011 | Savage v. State of California | Trial testimony. |
| 2011 | Abdell Ali v. Stanford | Trial testimony. |
| 2011 | Lewis v. City of Benicia | Deposition testimony. |
| 2011 | Lewis v. City of Benicia | Trial testimony. |
| 2011 | Corbo v. Vascor | Deposition testimony. |
| 2011 | Corbo v. Vascor | Trial testimony. |
| 2011 | Nichols v. AC Transit | Deposition testimony. |
| 2011 | Impey v. Office Depot | Trial testimony. |
| 2011 | McElroy v. Lane | Trial testimony. |
| 2011 | Benson v. Newton | Deposition testimony. |
| 2011 | Uffer v. County of San Bernardino | Deposition testimony. |
| 2011 | Cole v. Joe's Trucking | Trial testimony. |
| 2011 | Stewart v. Kusumoto | Deposition testimony. |
| 2011 | Stewart v. Kusumoto | Trial testimony. |
| 2011 | Specialized Bicylces v. Volagi | Deposition testimony. |
| 2012 | Specialized Bicylces v. Volagi | Trial testimony. |
| 2012 | Hall v. Rugg | Deposition testimony. |
| 2012 | Duenas v. AC Transit | Deposition testimony. |
| 2012 | Brandt v. Freimuth | Deposition testimony. |
| 2012 | Reyes v. Lions Raisins | Deposition testimony. |
| 2012 | Reyes v. Lions Raisins | Trial testimony. |
| 2012 | Savemart v. Valley Pallet, et al. | Deposition testimony. |
| 2012 | Booker v. City of Richmond | Trial testimony. |
| 2012 | 7 Dawn LLC v. Groundwell Construction | Deposition testimony. |
| 2012 | Dagnino v. Nurstech | Deposition testimony. |
| 2012 | Ike v. Ford Motor Company, et al. | Deposition testimony. |
| 2012 | Ross v. Redd | Deposition testimony. |
| 2012 | Ross v. Redd | Trial testimony. |
| 2012 | Myers v. Topflight | Trial testimony. |

## MARK COHEN
### LIST OF TESTIMONIES

| Date | Name | Memo |
|------|------|------|
| 2012 | Kammerer v. Alimak | Deposition testimony. |
| 2012 | Kammerer v. Alimak | Trial testimony. |
| 2012 | Smith v. Rafael Lumber | Deposition testimony. |
| 2012 | Smith v. Rafael Lumber | Trial testimony. |
| 2012 | Chevalier v. Kaiser | Deposition testimony. |
| 2012 | Chevalier v. Kaiser | Trial testimony. |
| 2012 | Benson v. Newton | Trial testimony. |
| 2012 | King v. SAM, Inc. | Deposition testimony. |
| 2012 | Castillo v. Lodgeworks | Deposition testimony. |
| 2012 | Bookhamer v. Sunbeam | Deposition testimony. |
| 2012 | Colfer v. Segue Construction | Deposition testimony. |
| 2012 | Colfer v. Segue Construction | Trial testimony. |
| 2013 | Arkay v. Akal Development Co. | Deposition testimony. |
| 2013 | EK Pneuma v. Great China | Trial testimony. |
| 2013 | Towfighi v. Associated Constructors | Deposition testimony. |
| 2013 | Arkay v. Akal Development Co. | Trial testimony. |
| 2013 | Savemart v. Valley Pallet, et al. | Trial testimony. |
| 2013 | Jolly v. Larsen & Tourbo Infotech | Deposition testimony. |
| 2013 | Ehrlich v. Zlot, et al. | Deposition testimony. |
| 2013 | Cabrera v. Taylor Fresh Foods | Deposition testimony. |
| 2013 | Cabrera v. Taylor Fresh Foods | Trial testimony. |
| 2013 | Dereschuk v. Dereschuk | Deposition testimony. |
| 2013 | Dereschuk v. Dereschuk | Trial testimony. |
| 2013 | Singh v. Merlo, et al. | Deposition testimony. |
| 2013 | Kramer v. Dr. Pepper-Snapple | Trial testimony. |
| 2013 | Ehrlich v. Zlot, et al. | Trial testimony. |
| 2013 | Mathis v. J.S. Trucking, et al. | Deposition testimony. |
| 2013 | Adame v. Alcoa | Deposition testimony. |
| 2013 | Kidwell v. Ward | Deposition testimony. |
| 2013 | Smith v. Solanki | Deposition testimony. |
| 2013 | Longenecker v. Lawrence | Deposition testimony. |
| 2013 | Toma v. Singh | Deposition testimony. |
| 2013 | Seidman v. Allstate | Deposition testimony. |
| 2013 | Seidman v. Allstate | Arbitration testimony. |
| 2013 | Toma v. Singh | Trial testimony. |
| 2013 | Mangel v. State of California | Deposition testimony. |
| 2013 | Singh v. Merlo, et al. | Trial testimony. |
| 2013 | Calderon v. Shell | Deposition testimony. |
| 2013 | Longenecker v. Lawrence | Trial testimony. |
| 2013 | Peterson v. Metzger | Arbitration testimony. |
| 2013 | Salim v. Sunnyvale Acura | Deposition testimony. |
| 2013 | Fischler v. Roman Catholic Bishop | Trial testimony. |
| 2013 | Wigmore v. Kaiser | Deposition testimony. |
| 2013 | Wigmore v. Kaiser | Arbitration testimony. |
| 2013 | Salim v. Sunnyvale Acura | Deposition testimony. |
| 2013 | Salim v. Sunnyvale Acura | Trial testimony. |
| 2013 | Phoenician HOA v. Phoenician LLC | Deposition testimony. |
| 2014 | Hugger v. Hugger | Arbitration testimony. |
| 2014 | Duncan v. Airline Coach Service, Inc. | Deposition testimony. |
| 2014 | Estate of Fitzgerald v. CA State Auto Assn. | Deposition testimony. |

## MARK COHEN
### LIST OF TESTIMONIES

| Date | Name | Memo |
|------|------|------|
| 2014 | Morello v. Amco Insurance Co. | Deposition testimony. |
| 2014 | Deeik v. Klingman | Deposition testimony. |
| 2014 | Delara v. Sears & Roebuck | Trial testimony. |
| 2014 | McVeigh v. Recology | Deposition testimony. |
| 2014 | McVeigh v. Recology | Trial testimony. |
| 2014 | Cunningham v. Geico | Deposition testimony. |
| 2014 | Sorrento Pavillions v. East West Bank | Deposition testimony. |
| 2014 | Socratic Technologies v. Peerless Insight | Deposition testimony. |
| 2014 | Telesys Communications v. In Room Video | Deposition testimony. |
| 2014 | Harrison v. Taggard | Deposition testimony. |
| 2014 | Bird v. Dodson | Deposition testimony. |
| 2014 | Bisi v. Tong | Trial testimony. |
| 2014 | Mocettini v. Kenworth Truck Co. | Deposition testimony. |
| 2014 | Ivanov v. Stryker Corp. | Deposition testimony. |
| 2014 | Del La Renta v. GEICO | Deposition testimony. |
| 2014 | Horwath v. Kaiser | Arbitration testimony. |
| 2014 | Schauf v. Matson Navigation | Deposition testimony. |
| 2015 | Prickett v. Bonnier Corp., et al. | Trial testimony. |
| 2015 | Mocettini v. Kenworth Truck Co. | Trial testimony. |
| 2015 | Ayala-Salamat v. JIT Transportation | Deposition testimony. |

# ATTACHMENT E

1   DAN SIEGEL, SBN 56400
    SONYA Z. MEHTA, SBN 294411
2   SIEGEL & YEE
3   499 14th Street, Suite 300
    Oakland, California 94612
4   Telephone: (510) 839-1200
    Facsimile: (510) 444-6698
5
6   Attorneys for Plaintiff
    DARYELLE LAWANNA PRESTON
7

8

9                 **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11

12

13  DARYELLE LAWANNA PRESTON,          )   Case No. 3:14-CV-02022 NC
                                       )
14              Plaintiff,             )   **PLAINTIFF'S EXPERT WITNESS**
                                       )   **LIST**
15                                     )
    vs.                                )
16                                     )   Pretrial Conference: August 19, 2015
17  CITY OF OAKLAND; DEANNA            )   Time: 2:00 P.M.
    SANTANA, in her individual capacity; and )  Judge: Hon. Nathanael Cousins
18  DOES 1 through 10, inclusive,      )
                                       )   Trial Date: September 14, 2015
19              Defendants.            )
                                       )
20  _____ )

21

22          The following is plaintiff's expert witness list and summary. The report and

23  curriculum vitae are attached as Exhibit A.

24      1.  Margo Ogus, damages expert.

25      2.  Summary: Ms. Ogus will testify as to her analysis of plaintiff Ms. Preston's

26          economic damages as a result of defendants the City and Santana's termination

27          of her. Ms. Preston's total economic loss is $839,575, assuming she will retire at

28          65. This includes:

---

*Preston v. City of Oakland, et al.*, No. 3:14-CV-02022 NC
Plaintiff's Expert Witness List - 1

a.  Past earnings loss: $92, 050

b.  Future economic loss at present value: $252,886

c.  Pension loss in present value: $494,640

Dated: August 5, 2015

SIEGEL & YEE

By: _/s/ Sonya Z. Mehta_____
Sonya Z. Mehta

Attorneys for Plaintiff
Daryelle LaWanna Preston

# EXHIBIT A



# EXPERT WITNESS REPORT

Re: *Daryelle Lawanna Preston v. City of Oakland, et al.*

United States District Court
Northern District of California
Case No. 3:14-cv-2022 NC

April 1, 2015

COMPLETED BY:

Dr. Margo Rich Ogus, Ph.D

CONTENTS:

Expert Witness Report (2 Pages)
Economic Loss Report (3 Pages)
Curriculum Vitae (1 Page)
Testimony Experience (4 Pages)

**ECONOMIC SOLUTIONS, INC.**
1000 Elwell Court, Suite 214 • Palo Alto, CA 94303 • (650) 330-0345 • www.economicsolutions.org



April 1, 2015

Sonya Mehta
Siegel & Yee
499 14th Street, Suite 220
Oakland, CA 94612

Re:      Darryelle L. Preston v. City of Oakland

Dear Ms. Mehta:

Please find enclosed my report on Darryelle L. Preston's economic losses as a result of the termination of her employment from the City of Oakland. I have enclosed, as well, a copy of my current curriculum vitae and a list of cases in which I have provided deposition and trial testimony in the last four years.

In undertaking my analysis, I reviewed the following documents, which have been provided by your office:

- City of Oakland Personnel Action Record (OAK00000896)
- City of Oakland Salary document (OAK00000912)
- City of Oakland letter dated October 3, 2013 (OAK00000895)
- "City of Oakland Retirement Benefit Information Non-Sworn/Miscellaneous Employees"
- "SFERS Miscellaneous Plan – A8.603 Summary of Key Plan Provisions – as of January 2012"
- W2 earnings statements from City of Oakland for 2012 and 2013
- CALPERS 1099 for 2014
- W2 earnings statement from City and County of San Francisco for 2014
- CCSF paystubs for pay periods ending December 19, 2014 and February 13, 2015
- Verified Complaint for Damages and Injunctive Relief

I also reviewed life expectancy data which I maintain in my office.

Ms. Preston's total economic loss is $839,575. This includes a past earnings loss of $92,050, future economic loss, in present value, of $252,886 and pension loss of $494,640 in present value. Comments and assumptions utilized in the analysis are listed on page three.

Ms. Preston was promoted to the position of Employee Relations Director for the City of Oakland on January 7, 2012. Her base salary was $157,358 per year at the time of her termination. I assumed that she would have received wage rate increases equal to three percent per year in January of 2014 and 2015.

In addition to her wages, Ms. Preston participated in the City of Oakland's CALPERS retirement plan, which is calculated separately. As an employee, she was obliged to contribute eight percent of her wages to the plan, which is shown in the Fringe Benefits column under "Earnings without Termination" on the first page of my report. No consideration has been taken of the health insurance coverage that she received in conjunction with her employment with the City of Oakland as they were replaced by like plans when she became employed at the City and County of San Francisco (CCSF).

Following the termination of her employment, Ms. Preston found new employment starting on January 20, 2014 with CCSF. Her wages in 2014 are reflected on her W2 earnings statement. Her current rate of pay is $137,644 per year. In addition to her wages, she participates in the SFERS retirement plan and is obliged to contribute 11.5

percent of her wages to the plan, which is also shown in the Fringe Benefit column under "Earnings with Termination".   You have asked me to assume that she will retire at age 65.

In addition to Ms. Preston's loss of earnings, she will sustain a loss of pension benefits.  Had she not been terminated from the City of Oakland, she expected to retire at age 65 and would have received an annual pension of $84,821 under the terms of Oakland's CALPERS 2.7% @ 55 plan.  As a result of the termination of her employment and her new employment with CCSF, she will receive a pension from SFERS, following retirement at age 65, of $34,982 per year.  It is my understanding that she has received a payout of her prior CALPERS contributions and is not eligible for a CALPERS pension.

My opinions are also subject to revision, based on additional information to be obtained in discovery and/or from subsequent court proceedings.  My compensation for this work is charged at a rate of $425 per hour for everything except deposition and trial testimony, which is charged at a rate of $600 per hour.

Sincerely,

*Margo Rich Ogus*

Margo Rich Ogus, Ph.D
President

MRO/ji
Enclosures



# DARRYELLE L. PRESTON - ECONOMIC LOSS

Date of Birth: 01-Aug-58
Date of Hire: 17-Jul-07
Date of Termination: 03-Oct-13

| | Year | Mo | Earnings without Termination | | | Earnings with Termination | | | Difference | Present Value |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Wages | Fringe Benefits | Total | Wages | Fringe Benefits | Total | | |
| Past | 2013 | | $157,358 | ($12,589) | $144,770 | $130,830 | ($10,466) | $120,363 | $24,406 | $24,406 |
| | 2014 | | 162,079 | (12,966) | 149,113 | 104,023 | (11,963) | 92,060 | 57,053 | 57,053 |
| | 2015 | 4 | 55,647 | (4,452) | 51,195 | 45,881 | (5,276) | 40,605 | 10,590 | 10,590 |
| Future | 2015 | 8 | $111,294 | ($8,904) | $102,391 | $91,763 | ($10,553) | $81,210 | $21,181 | $21,041 |
| | 2016 | | 166,942 | (13,355) | 153,586 | 137,644 | (15,829) | 121,815 | 31,771 | 31,249 |
| | 2017 | | 166,942 | (13,355) | 153,586 | 137,644 | (15,829) | 121,815 | 31,771 | 30,939 |
| | 2018 | | 166,942 | (13,355) | 153,586 | 137,644 | (15,829) | 121,815 | 31,771 | 30,633 |
| | 2019 | | 166,942 | (13,355) | 153,586 | 137,644 | (15,829) | 121,815 | 31,771 | 30,330 |
| | 2020 | | 166,942 | (13,355) | 153,586 | 137,644 | (15,829) | 121,815 | 31,771 | 30,029 |
| | 2021 | | 166,942 | (13,355) | 153,586 | 137,644 | (15,829) | 121,815 | 31,771 | 29,732 |
| | 2022 | | 166,942 | (13,355) | 153,586 | 137,644 | (15,829) | 121,815 | 31,771 | 29,438 |
| | 2023 | 8 | 111,294 | (8,904) | 102,391 | 91,763 | (10,553) | 81,210 | 21,181 | 19,495 |

Past Economic Loss: $92,050
Future Economic Loss (PV): $252,886
Future Pension Loss (PV): $494,640

Total Economic Loss (PV): $839,575

ECONOMIC SOLUTIONS, INC.
1000 Elwell Court, Suite 214 • Palo Alto, CA 94303 • (650) 330-0345 • www.economicsolutions.org

01-Apr-15

1-Apr-15

## DARRYELLE L. PRESTON - ECONOMIC LOSS

| | | |
|---|---|---|
| Date of Birth: | | 01-Aug-58 |
| Date of Hire: | | 17-Jul-07 |
| Date of Termination: | | 03-Oct-13 |

| | | Oakland | | CCSF | |
|---|---|---|---|---|---|
| Year | Mo | Pension w/o Termination | Present Value | Pension with Termination | Present Value |
| 2015 | | $0 | $0 | $0 | $0 |
| 2016 | | 0 | 0 | 0 | 0 |
| 2017 | | 0 | 0 | 0 | 0 |
| 2018 | | 0 | 0 | 0 | 0 |
| 2019 | | 0 | 0 | 0 | 0 |
| 2020 | | 0 | 0 | 0 | 0 |
| 2021 | | 0 | 0 | 0 | 0 |
| 2022 | | 0 | 0 | 0 | 0 |
| 2023 | | 28,128 | 20,022 | 11,560 | 8,229 |
| 2024 | | 84,384 | 57,757 | 34,681 | 23,738 |
| 2025 | | 86,071 | 56,646 | 35,375 | 23,281 |
| 2026 | | 87,793 | 55,557 | 36,082 | 22,833 |
| 2027 | | 89,548 | 54,488 | 36,804 | 22,394 |
| 2028 | | 91,339 | 53,440 | 37,540 | 21,964 |
| 2029 | | 93,166 | 52,413 | 38,291 | 21,541 |
| 2030 | | 95,030 | 51,405 | 39,056 | 21,127 |
| 2031 | | 96,930 | 50,416 | 39,838 | 20,721 |
| 2032 | | 98,869 | 49,447 | 40,634 | 20,322 |
| 2033 | | 100,846 | 48,496 | 41,447 | 19,931 |
| 2034 | | 102,863 | 47,563 | 42,276 | 19,548 |
| 2035 | | 104,920 | 46,648 | 43,121 | 19,172 |
| 2036 | | 107,019 | 45,751 | 43,984 | 18,803 |
| 2037 | | 109,159 | 44,872 | 44,864 | 18,442 |
| 2038 | | 111,342 | 44,009 | 45,761 | 18,087 |
| 2039 | | 113,569 | 43,162 | 46,676 | 17,739 |
| 2040 | 5 | 47,320 | 17,693 | 19,448 | 7,272 |

| | |
|---|---|
| Pension without Termination (PV): | $839,784 |
| Pension with Termination (PV): | 345,145 |
| **Pension Loss (PV):** | **$494,640** |

## Comments and Assumptions

### Earnings without Termination

1. Wage rate equal to $157,358 per year, from City of Oakland Personnel Action Record, dated January 7, 2012
2. Three percent per year wage rate increases in January 2014 and 2015
3. Fringe benefits considered limited to offset of employee contributions to CALPERS, equal to eight percent of wages, from "City of Oakland Retirement Benefit Information Non-Sworn/Miscellaneous Employees"

### Earnings with Termination

4. Wages in 2013 from W2 earnings statement from City of Oakland
5. Fringe benefits in 2013 as described in comment three, listed above
6. New employment at City and County of San Francisco (CCSF) on January 20, 2014
7. Wages in 2014 from W2 earnings statement from CCSF
8. Wages in 2015 and beyond based on wage rate equal to $137,644 per year, from pay statement for pay period ending February 13, 2015
9. Fringe benefits considered limited to offset of employee contributions to SFERS, equal to 11.5 percent of wages, from "SFERS Miscellaneous Plan – A8.603  Summary of Key Plan Provisions – as of January 2012"

### General

10. All future figures shown in current dollars
11. Retirement at age 65
12. Net discount rate of 1.0 percent, used to compute the present value of future earnings, is equal to the average historic difference between the interest rate on three-year U.S. Treasury bonds and the average increase in U.S. worker compensation

### Loss of Pension

13. Pension loss is equal to the difference between Ms. Preston's expected pension following retirement from the City of Oakland and her expected pension following her retirement from the CCSF
14. Commencement of pension on September 1, 2023, following retirement
15. Pension from City of Oakland employment equal to $84,821 per year, based on the CALPERS 2.7% at 55 plan
16. Pension from CCSF equal to $34,982 per year, based on SFERS plan
17. Duration of pension loss equal to 25.2 years from now, Ms. Preston's statistical life expectancy, from "National Vital Statistics Reports", United States Life Tables, Vol. 62, No. 7, January 6, 2014, Division of Vital Statistics, published by the U.S. Department of Health and Human Services
18. Pensions increase at two percent per year from 2025
19. Discount rate of four percent, used to compute the present value of future pension payments



# MARGO RICH OGUS

## CURRENT POSITION

- President, Economic Solutions, Inc., Consultant and expert witness for both plaintiff and defense counsel in areas of economic loss in civil litigation

## PREVIOUS POSITIONS

- Vice President, Spectrum Economics, Inc., Mountain View, California; consultant and expert witness in economic loss valuation in civil litigation

- Vice President and Principal, QED Research, Inc., Palo Alto, California; consultant and expert witness in economic loss valuation in civil litigation.

- Head of Commodity Analysis, Economics-Policy Research Department, Bank of America, San Francisco; economic and policy research related to price forecasting and market analysis of industrial and agricultural commodities.

- Research Assistant, Food Research Institute, Stanford University

- Lecturer, San Francisco State University

## EDUCATION

- Ph.D., M.A., Stanford University, Applied Economics
  Dissertation topic: "Economics of Residential Energy Conservation and Price Response"

- B.S. with Honors and Distinction, Cornell University, Agricultural Economics

## RELEVANT EXPERIENCE

- Retained as economic expert and consultant in over 2,000 cases since 1985. Testified in state and federal courts on economic loss related to employment termination, discrimination, personal injury, medical malpractice and wrongful death.

## PUBLICATIONS

- "Residential Energy Conservation and Price Response", U.S. Government

- "Commodity Forecasts", Bank of America

## PROFESSIONAL ACTIVITIES

- National Association of Forensic Economics



# DEPOSITION TESTIMONY

### Margo Rich Ogus, Ph.D.
### 2011 through 2014

| | |
|---|---|
| Abrea v. Treece & St. Luke Health | 2012 |
| Abrea v. Treece & St. Luke Health | 2014 |
| Aguilera v. Hilltown | 2014 |
| Aguilar v. State of CA | 2012 |
| Benjamin v. UPS | 2013 |
| Bertoli v. State of California | 2014 |
| Black v. USPS | 2011 |
| Branicki v. Roebers | 2013 |
| Brown v. C.W. Driver | 2013 |
| Brown-Pruitt v. Oakland Coliseum | 2014 |
| Bui v. CCSF | 2014 |
| Burgess-Moffett v. Walmart | 2011 |
| Cabaniss v. PG&E | 2014 |
| Campbell et al. v. Dwayne Martin | 2011 |
| Captain v. K-Mart | 2014 |
| Carter v. Kone, et al | 2012 |
| Cortez v. Nongshim | 2012 |
| Cosa Del Zelle HOA v. Diamond | 2014 |
| Dale v. Santa Clara University | 2011 |
| Del Rosario v. Community Clinic Ole | 2011 |
| Deshayes v. Chew, MD, Alta Bates Summit Medical Center, et al | 2012 |
| Deshayes v. Chew, MD, Alta Bates Summit Medical Center, et al | 2013 |
| Doubt v. NCR | 2013 |
| Duenas v. AC Transit, et al | 2012 |
| Esquivel v. Sutter, et al | 2014 |
| Eze v. D&G Sanitation, et al | 2014 |
| Favorito v. Allied Insurance | 2011 |
| Fitzsimmons v. CEPG | 2014 |
| Francisco v. AC Transit | 2014 |
| Frisby v. Comcast | 2011 |
| Frisch v. Sullivan | 2011 |
| Fung v. On Lok | 2011 |
| Gallot v. California Dry Wall | 2011 |
| Gaur v. City of Hope | 2012 |
| Gersh v. Walmart | 2014 |
| Ghai v. Larson | 2014 |
| Gocke v. Verma | 2013 |
| Gottlieb v. Equinox | 2011 |
| Gray v. Angius | 2013 |
| Guan v. Natural Wonder | 2013 |
| Gutierrez v. The Meadows of Napa Valley | 2011 |
| Hammonds v. Stanford Hospital | 2012 |
| Haley v. Cohen & Steers | 2012 |
| Hanson v. San Bernardino County | 2011 |
| Harrison v. Foster City | 2013 |
| Hirshberg v. The Cooper Companies | 2012 |
| Hunwardsen v. Taylor Properties | 2012 |
| Hussein v. Farmers Insurance Exchange | 2012 |

| | |
|---|---|
| Jackson, et al v. Bucci | 2011 |
| Johnson v. Yong Bin Yang | 2012 |
| Jones v. Roberts | 2013 |
| Jorge v. DeFonseca & Culinary Institute | 2014 |
| Kabiri v. CCSF | 2014 |
| Kao v. USF | 2011 |
| Kebric and Kingdon v. Oakland Raiders | 2014 |
| Kerr v. CCSF | 2012 |
| Keyzer v. UC Davis | 2014 |
| Khoury v. UC Riverside | 2014 |
| Kirchenbauer v. BART | 2013 |
| Klosek, et al v. Wells Fargo Bank | 2011 |
| Lee v. Caruso-Soares | 2014 |
| Lewis v. Save Mart Supermarkets | 2012 |
| Leyha v. Wright | 2014 |
| Lieberman v. Walmart | 2014 |
| Livingstone v. Bridges Country Club | 2014 |
| Manalo v. American Management Services | 2012 |
| Mancuso v. KPMG | 2013 |
| Mariolle v. Volvo Trucks | 2012 |
| Martin v. Clovis USD | 2011 |
| Mayorga v. Doctors Medical, et al | 2013 |
| Mendez v. Pick N Pull | 2012 |
| Miller v. Kaiser | 2013 |
| Mitchell v. City of Sonoma | 2012 |
| Montelongo v. Walmart | 2012 |
| Moreno v. AARP | 2011 |
| Moreno v. Delicato Vineyards | 2012 |
| Motil v. Cal-Pac Sonoma | 2012 |
| Murdoch v. Brock Solutions | 2014 |
| Murphy v. Chesley | 2011 |
| Naiman v. Oracle | 2011 |
| Narayanan and Fernandez v. The State of Nevada | 2012 |
| Niswonger v. PG&E | 2013 |
| Ortega & Yuan v. UC Regents | 2012 |
| Osborn v. Costco | 2014 |
| Patch v. State of California | 2013 |
| Patch v. State of California | 2013 |
| Pawlik v. Chin | 2012 |
| Pedowitz v. UCLA | 2014 |
| Pomeroy v. Walmart | 2011 |
| Poole v. CPMC | 2014 |
| Propheter v. Golden Gate Bridge | 2014 |
| Ramirez v. Brite, et al | 2012 |
| Raymundo v. Clinica de Salud De Salinas | 2013 |
| Rogers v. Asbestos Defendants | 2013 |
| Ruiz v. California Pacific Medical Center | 2011 |
| Russell v. A&R Automotive | 2011 |
| Salim v. Sunnyvale Acura | 2013 |
| Sappington v. Henkel | 2011 |
| Schauf v. Matson | 2014 |
| Schulter v. SJSU | 2012 |
| Schulter v.SJSU | 2013 |
| Schmidig v. Castro | 2013 |
| Shirling v. Farmers Insurance | 2012 |

| | |
|---|---|
| Silva-Medina v. McKinsey and Co. | 2012 |
| Taganas v. USA | 2013 |
| Taylor v. Carmel Plaza | 2011 |
| Tengan v. Babak Enterprises | 2011 |
| Tindall v. Hoedt | 2011 |
| Troncoso v. PG&E | 2011 |
| Tuttle v. Dal Tile, et al | 2013 |
| Tzvetanova v. Walmart | 2013 |
| Vargas v. One West Bank, et al | 2012 |
| Wang v. Natural Wonder | 2013 |
| Ward v. Future US, Inc | 2011 |
| Weadock v. Budman | 2011 |
| Williams v. PacBell | 2013 |
| Willnerd v. Sybase | 2011 |
| Wilson v. Harley-Davidson | 2011 |

(last updated – January 2015)



# TRIAL & ARBITRATION TESTIMONY

**Margo Rich Ogus, Ph.D.**
**2011 through 2014**

| | | |
|---|---|---|
| Aguilar v. State of California | Sonoma | 2013 |
| Alvarez v. Hess Corporation | Contra Costa | 2011 |
| Bock v. City of Healdsburg | Santa Rosa | 2011 |
| Burrell v. County of Santa Clara | San Jose – Federal | 2013 |
| Campbell, et al v. Dwayne Martin, et al | Sacramento | 2011 |
| Carter v. Kone, et al | Alameda | 2012 |
| Choy v. Toyota Berkeley | San Francisco – Arb | 2014 |
| Dale v. Santa Clara University | Santa Clara | 2012 |
| DeFine v. Citibank | San Francisco | 2013 |
| Deshayes v. Chew, Alta Bates | Alameda | 2013 |
| Eze v. D&G Sanitation, et al | Santa Cruz | 2014 |
| Fitsimons v. CEPG | Alameda | 2014 |
| Francisco v. AC Transit | Alameda | 2014 |
| Fung v. On Lok | San Francisco | 2012 |
| Gaur v. City of Hope | Los Angeles – Federal | 2012 |
| Guitierrez v The Meadows | Napa | 2011 |
| Hanselman v. FedEx | Alameda | 2011 |
| Hussein v. Farmers | Alameda | 2012 |
| Jackson v. Bucci | Solano | 2011 |
| Jacobs, et al v. Medical Anesthesia Consultants Grp | Contra Costa | 2011 |
| Jones v. Roberst | San Mateo | 2014 |
| Kao v. USF | San Francisco | 2012 |
| MacLean v. Hertz | San Diego | 2011 |
| Mariolle v. Volvo Trucks | San Francisco – Federal | 2012 |
| Miller v. Kaiser | San Francisco | 2013 |
| Miniello v. PG&E | San Francisco | 2011 |
| Moreno v. Delicato Vineyards | San Joaquin | 2014 |
| Murdock v. Brock Solutions | San Francisco | 2014 |
| Neustadter v. The Granada | San Francisco | 2013 |
| Niswonger v. PG&E | Santa Cruz | 2013 |
| Pedowitz v. UCLA | Los Angeles | 2014 |
| Raymundo v. Clinica de Salud De Salinas | Monterey | 2013 |
| Salim v. Sunnyvale Acura | Alameda | 2013 |
| Sappington v. Henkel | Contra Costa | 2012 |
| Shank v. CRST Trucking | San Bernardino | 2011 |
| Vanderheiden v. City of Alameda | Alameda | 2011 |
| Villanueva v. A&F | San Mateo | 2011 |
| Ward v. Future US, Inc | San Mateo | 2011 |
| Watkins v. Central Freight | Alameda | 2012 |
| Weadock v. Budman | San Francisco | 2012 |

(Last updated – January 2015)

**ECONOMIC SOLUTIONS, INC.**
1000 Elwell Court, Suite 214 • Palo Alto, CA 94303 • (650) 330-0345 • www.economicsolutions.org

# ATTACHMENT F

DARRYELLE LAWANNA PRESTON v. CITY OF OAKLAND, DEANNA SANTANA
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
COURT CASE NO. 14-CV-02022-NC

Jury Trial: Monday, September 14, 2015

JOINT TRIAL EXHIBIT LIST

| EXHIBIT NO. | DOCUMENT DESCRIPTION | WITNESS | OBJECTED | ADMITTED |
|---|---|---|---|---|
| A | 1/26/07 Employment Application with City of Oakland-Human Resource Manager (OAK 00000902-903) | Lawanna Preston | | |
| B | 4/12/07 City of Oakland, Administrative Instruction re Electronic Media Policy (Exhibit Q-Declaration of Sonia Mehta Opposition MSJ) | Judicial Notice | | |
| C | 7/1/08 Memorandum of Understanding between City of Oakland and International Association of Firefighters Local 55 (7/1/08 to 6/30/12)(LP 517-521) | Lawanna Preston Judicial Notice | | |
| D | 7/6/11 Employment Agreement by City of Oakland and Deanna Santana (Exhibit R-Declaration of Sonia Mehta Opposition MSJ) (LP 1-4) | Deanna Santana | | |
| E | 9/26/11 email from Andrea Gourdine to Darryelle LaWanna Preston re FW: Assistant City Administrators Johnson and Blackwell (LP 19-23) | Lawanna Preston | 8/5/15 DEF Objection: Relevance (Fed.R.Evid. 401, 402) Hearsay (Fed. R. Evid. 801-803) | |
| F | 11/6/11 email from Barbara Parker to Darryelle LaWanna Preston re Interference in Administration (LP 45-48) | Lawanna Preston Barbara Parker | 8/10/15 PL Objection: FRE 401, 403, 802 | |
| G | 12/13/11 Agenda Report from Community and Economic Development Agency to Deanna Santana re Resolution Amending Resolution No. 83165 C.M.S. To Authorize An Increase In The Contract With Pulte Homes For The Construction Of The Rainbow Teen Center By $30,699 From $121,000 To $151,699 To Pay For Prevailing Wage Costs (OAK 00000781-784) | Lawanna Preston Deanna Santana | | |

DARRYELLE LAWANNA PRESTON v. CITY OF OAKLAND, DEANNA SANTANA
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
COURT CASE NO. 14-CV-02022-NC

Jury Trial: Monday, September 14, 2015

JOINT TRIAL EXHIBIT LIST

| EXHIBIT NO. | DOCUMENT DESCRIPTION | WITNESS | OBJECTED | ADMITTED |
|---|---|---|---|---|
| H | 1/5/12 email from Howard Jordan to Deanna Santana re: Pulte re Rainbow (Exhibit 8-Deposition of Deanna Santana, Vol. 1) (OAK00010078-10080) | Deanna Santana<br>Howard Jordon | 8/10/15 PL Objection: FRE 401, 403, 802 | |
| I | 1/5/12 email from Deanna Santana to Desley Brooks, Fred Blackwell re Pulte re Rainbow (OAK 00000853-854) | Deanna Santana<br>Fred Blackwell<br>Desley Brooks | | |
| J | 1/6/12 email from Deanna Santana to Desley Brooks, Fred Blackwell re Pulte re Rainbow (OAK 00005495-5497) | Deanna Santana | 8/10/15 PL Objection: FRE 401, 403 | |
| K | 1/20/12 email from Deanna Santana to Darryelle LaWanna Preston, Sabrina Landreth, Scott Johnson re LaWanna (LP 60-63) | Lawanna Preston<br>Deanna Santana | 8/10/15 PL Objection: FRE 401, 403, 802 | |
| L | 2/16/12 email from Karen Boyd to Deanna Santana, Scott Johnson, Fred Blackwell re SF Chronicle story about Rainbow Teen Center (OAK 00005661-5666) | Deanna Santana<br>Alexandra Orologas | 8/10/15 PL Objection: FRE 401, 403, 802 | |
| M | 2/16/12 Agenda Report from Fred Blackwell to Deanna Santana re Rainbow Teen Center (OAK 00000785-797) | Lawanna Preston<br>Deanna Santana<br>Fred Blackwell | 8/10/15 PL Objection: FRE 401, 403, 802 | |
| N | 2/16/12 Agenda Report from Fred Blackwell, LaWanna Preston to Deanna Santana re Rainbow Teen Center, Signed by Santana on 2/16/12 (OAK 00000852) | Lawanna Preston<br>Deanna Santana<br>Fred Blackwell | | |
| O | 2/20/12 email from Deanna Santana to Barbara Parker re CONFIDENTIAL DRAFT re Rainbow Teen Center (LP 94-95) | Lawanna Preston<br>Deanna Santana<br>Fred Blackwell | | |

2

DARRYELLE LAWANNA PRESTON v. CITY OF OAKLAND, DEANNA SANTANA
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
COURT CASE NO. 14-CV-02022-NC

Jury Trial: Monday, September 14, 2015

JOINT TRIAL EXHIBIT LIST

| EXHIBIT NO. | DOCUMENT DESCRIPTION | WITNESS | OBJECTED | ADMITTED |
|---|---|---|---|---|
| P | 2/20/12 email from Barbara Parker to Doryanna Moreno, Deanna Santana, Fred Blackwell, Darryelle LaWanna Preston re BJP's redlined comments and questions and proposed edits (LP 96) | Lawanna Preston Deanna Santana Fred Blackwell Barbara Parker | | |
| Q | 2/24/12 Agenda Report from Fred Blackwell, Preston to Deanna Santana (Exhibit 1-Deposition of Fred Blackwell) (LP 97-119) | Lawanna Preston Deanna Santana Fred Blackwell Barbara Parker | | |
| R | 3/1/12 email from Darryelle LaWanna Preston to Sabrina Landreth, Alexandra Orologas, Deanna Santana re Paragraph (OAK 0013454-13458) | Lawanna Preston Deanna Santana Alexandra Orologas | | |
| S | 3/6/12 email from Darryelle LaWanna Preston to Deanna Santana re Sorry (Exhibit 3-Deposition of Darryelle Preston) (OAK00005703) | Lawanna Preston Deanna Santana | | |
| T | 3/6/12 email from Deanna Santana to Darryelle LaWanna Preston re Sorry (Exhibit 4-Deposition of Darryelle Preston) (OAK00005706) | Lawanna Preston Deanna Santana | | |
| U | 3/6/12 Video Recording of City Council Meeting, filed manually (Exhibit G-Declaration of Sonia Mehta Opposition MSJ) (Section 3:56:20-4:06:58 only) | Lawanna Preston Deanna Santana | | |
| V | 3/6/12 Memorandum from Fred Blackwell to Deanna Santana re Rainbow Teen Center (OAK 00001135-1138) | Lawanna Preston Fred Blackwell | 8/10/15 PL Objection: FRE 401, 403, 802 | |
| W | 3/7/12 email from Deanna Santana to Fred Blackwell, Darryelle LaWanna Preston, Andrea Gourdine, Kip Walsh, Audree V. Taylor, Scott Johnson re Rainbow Teen Transition (OAK 0013481) | Lawanna Preston Deanna Santana Kip Walsh | | |

3

DARRYELLE LAWANNA PRESTON v. CITY OF OAKLAND, DEANNA SANTANA
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
COURT CASE NO. 14-CV-02022-NC

Jury Trial: Monday, September 14, 2015

JOINT TRIAL EXHIBIT LIST

| EXHIBIT NO. | DOCUMENT DESCRIPTION | WITNESS | OBJECTED | ADMITTED |
|---|---|---|---|---|
| X | 3/23/12 email from Teresa Reed to Lawanna Preston re: A couple of things (LP 522) | Lawanna Preston | 8/5/15 DEF Objection: Relevance (Fed.R.Evid. 401, 402) | |
| Y | 4/5/12 email from Deanna Santana to Howard Jordan re FYI...I don't know Gary (OAK 00005652-5654) | Deanna Santana Howard Jordon | 8/10/15 PL Objection: FRE 401, 403, 802 | |
| Z | Employee Performance Appraisal Form and Performance Plan for Lawanna Preston, April 30, 2011-May 1, 2012 (OAK00001077-1082) | Lawanna Preston Deanna Santana | 8/5/15 DEF Objection: Foundation (Fed. R. Evid. § 602.) Relevance (Fed.R.Evid. 401, 402) Hearsay (Fed. R. Evid. 801-803). Not Authenticated (Fed. R. Evid. 901) | |
| 1A | 5/11/12 email from Darryelle Lawanna Preston to Scott Johnson re Katano Kasaine (LP 167-168) | Lawanna Preston Deanna Santana Scott Johnson | 8/10/15 PL Objection: FRE 401, 403, 802 | |
| 1B | 7/20/12 email from Darryelle Lawanna Preston to Deanna Santana re FW: Local 21 vs 12918 applicability in making a salary appointment. CONFIDENTIAL (LP 217-219) | Lawanna Preston Deanna Santana Andrea Gourdine | 8/10/15 PL Objection: FRE 401, 403, 802 | |
| 1C | 8/14/12 email from Katano Kasaine to Scott Johnson, Deanna Santana RE: Labor Questions from Fitch Ratings (OAK 00013405-13407) | Deanna Santana Katano Kasaine Scott Johnson | 8/10/15 PL Objection: FRE 401, 403, 802 | |

DARRYELLE LAWANNA PRESTON v. CITY OF OAKLAND, DEANNA SANTANA
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
COURT CASE NO. 14-CV-02022-NC

Jury Trial: Monday, September 14, 2015

JOINT TRIAL EXHIBIT LIST

| EXHIBIT NO. | DOCUMENT DESCRIPTION | WITNESS | OBJECTED | ADMITTED |
|---|---|---|---|---|
| 1D | 8/15/12 email from Darryelle Lawanna Preston to Deanna Santana re FW: Cobra Reimbursement for Susana Macarron (LP 220-224) | Lawanna Preston Deanna Santana | | |
| 1E | 1/4/13 email from Deana Santana to Lawanna Preston, Howard Jordan, Philip Ewell re: FW: Letter regarding "Return of a Day" Jan 4, 2012 (OAK00000414-416) | Deanna Santana | 8/5/15 DEF Objection: Relevance {Fed.R.Evid. 401, 402}  Hearsay {Fed. R. Evid. 801-803} | |
| 1F | 1/29/13 Inter Office Memorandum from Sonia Lara to Darryelle Lawanna Preston re Response to Memorandum dated January 11, 2011 from Andrea R. Gourdine titled "Deborah Grant Incident Report" (LP 237-238) | Lawanna Preston Deanna Santana Sonia Lara | 8/10/15 PL Objection: FRE 401, 403, 802 | |
| 1G | 1/29/13 Inter Office Memorandum from Darryelle Lawanna Preston to Deanna Santana re Response to A. Gourdine memo dated January 11, 2011 (wrong date) (LP 239-240) | Lawanna Preston Deanna Santana | 8/10/15 PL Objection: FRE 401, 403, 802 | |
| 1H | 3/8/13 email from Deanna Santana to Darryelle LaWanna Preston re Agreement (OAK 00001828-1829) | Lawanna Preston Deanna Santana | 8/10/15 PL Objection: FRE 401, 403, 802 | |
| 1I | 3/8/13 email from Darryelle LaWanna Preston to Lamont Ewell re Fwd:  agreement (OAK 00011906-11907) | Lawanna Preston Phillip Lamont Ewell | 8/10/15 PL Objection: FRE 401, 403, 802 | |
| 1J | 3/10/13 email from Darryelle LaWanna Preston to Deanna Santana re Agreement (OAK 00009247-9249) | Lawanna Preston Deanna Santana | 8/10/15 PL Objection: FRE 401, 403, 802 | |

DARRYELLE LAWANNA PRESTON v. CITY OF OAKLAND, DEANNA SANTANA
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
COURT CASE NO. 14-CV-02022-NC

Jury Trial: Monday, September 14, 2015

JOINT TRIAL EXHIBIT LIST

| EXHIBIT NO. | DOCUMENT DESCRIPTION | WITNESS | OBJECTED | ADMITTED |
|---|---|---|---|---|
| 1K | Philip Lamont Ewell's Confidential Summary Report re: union negotiations, February 20, 2013 (LP 253-257) | Lawanna Preston Phillip Lamont Ewell | 8/5/15 DEF Objection: Relevance (Fed.R.Evid. 401, 402) Hearsay (Fed. R. Evid. 801-803) Foundation Improper opinion (Fed. R. Evid. § 602 | |
| 1L | 3/21/13 City of Oakland Non-Interference in Administrative Affairs Performance Audit (FY 2009-2010, FY 2011-2012) (OAK 10697, 10715-10718) | Deanna Santana Courtney Ruby | 8/10/15 PL Objection: FRE 401, 403, 802 | |
| 1M | 4/2/13 email from Darryelle LaWanna Preston to Trinette Gist-Skinner, Deborah Grant, Kip Walsh, Katano Kasaine, Dennis C. Kong RE: Union due deductions (OAK 00000435-438) | Lawanna Preston Katano Kasaine Trinette Gist-Skinner Kip Walsh | | |
| 1N | 5/19/13 email from Darryelle LaWanna Preston to Deanna Santana Re: Labor (OAK 00005390) | Lawanna Preston Deanna Santana | | |
| 1O | 6/6/13 email from TC Everett to Judith Dalke, Darryelle LaWanna Preston, Sonia Lara re: Lawanna Preston stopped receiving emails yesterday (LP 271) | Lawanna Preston T.C. Everett | 8/5/15 DEF Objection: Relevance (Fed.R.Evid. 401, 402 Hearsay (Fed. R. Evid. 801-803) Foundation (Fed. R. Evid. § 602 | |

DARRYELLE LAWANNA PRESTON v. CITY OF OAKLAND, DEANNA SANTANA
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
COURT CASE NO. 14-CV-02022-NC

Jury Trial: Monday, September 14, 2015

JOINT TRIAL EXHIBIT LIST

| EXHIBIT NO. | DOCUMENT DESCRIPTION | WITNESS | OBJECTED | ADMITTED |
|---|---|---|---|---|
| 1P | Deanna Santana email to Katano Kasaine, etc. re: SEIU, August 6, 2013 (LP 321) | Deanna Santana Katano Kasaine | 8/5/15 DEF Objection: Foundation (Fed. R. Evid. § 602)<br><br>Relevance (Fed.R.Evid. 401, 402)<br><br>Hearsay (Fed. R. Evid. 801-803) | |
| 1Q | 6/13/13 email from Alexandria Orologas to Darryelle LaWanna Preston, Deanna Santana, Scott Johnson re Weekly Labor/Budget Meetings (OAK 00000742) | Lawanna Preston Deanna Santana Alexandra Orologas | | |
| 1R | 6/13/13 email from Deanna Santana to Darryelle LaWanna Preston re Costing Documents (OAK 0013615-13616) | Lawanna Preston Deanna Santana | 8/10/15 PL Objection: FRE 401, 403, 802 | |
| 1S | 6/13/13 email from Deanna Santana to Darryelle LaWanna Preston re Costing Documents (OAK 0013532-13534) | Lawanna Preston Deanna Santana | 8/10/15 PL Objection: FRE 401, 403, 802 | |
| 1T | 6/13/13 email from Deanna Santana to Darryelle LaWanna Preston re Costing Documents (OAK 0013645-13647) | Lawanna Preston Deanna Santana | 8/10/15 PL Objection: FRE 401, 403, 802 | |
| 1U | 6/13/13 email from Darryelle LaWanna Preston to Alexandra Orologas, Deanna Santana, Scott Johnson re Weekly Labor/Budget Meetings (OAK 00001822) | Lawanna Preston Deanna Santana Howard Jordon Alexandra Orologas | 8/10/15 PL Objection: FRE 401, 403, 802 | |
| 1V | 6/20/13 email from Trinette Gist-Skinner to Winnie Anderson, Donna Hom, Mark Hoffman, Stewart McGehee re Paramedic Support Program (PSP) (OAK 00013409) | Lawanna Preston Winnie Anderson Trinette Gist-Skinner | | |

DARRYELLE LAWANNA PRESTON v. CITY OF OAKLAND, DEANNA SANTANA
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
COURT CASE NO. 14-CV-02022-NC

Jury Trial: Monday, September 14, 2015

JOINT TRIAL EXHIBIT LIST

| EXHIBIT NO. | DOCUMENT DESCRIPTION | WITNESS | OBJECTED | ADMITTED |
|---|---|---|---|---|
| 1W | 6/21/13 email from Winnie Anderson to Trinette Gist-Skinner, Donna Hom, Mark Hoffman, Stewart McGehee re: Paramedic Support Program (PSP) (OAK 00001017) | Lawanna Preston Winnie Anderson Trinette Gist-Skinner | | |
| 1X | 6/24/13 email from Winnie Anderson to Trinette Gist-Skinner, Stewart McGehee, Mark Hoffman, Tracey Chin, Teresa DeLoach Reed re: Paramedic Support Program (PSP) (OAK 00001020-1023) | Lawanna Preston Winnie Anderson Trinette Gist-Skinner Teresa DeLoach Reed | | |
| 1Y | 6/25/13 email from Winnie Anderson to Trinette Gist-Skinner re Paramedic Support Program (PSP) (OAK 00012115-12119) | Lawanna Preston Winnie Anderson Trinette Gist-Skinner Teresa DeLoach Reed | | |
| 1Z | 6/25/13 email from Trinette Gist-Skinner to Winnie Anderson RE: Paramedic Support Program (PSP) (OAK 00001033-1046) | Lawanna Preston Winnie Anderson Trinette Gist-Skinner | | |
| 2A | 6/26/13 email from Winnie Anderson to Darryelle LaWanna Preston re Failure to Collect Dues Grievance TPTs 06 26 (OAK 00007381-7382) | Lawanna Preston Deanna Santana Winnie Anderson Joe Keffer | | |
| 2B | 6/26/13 email from Winnie Anderson to Joe Keffer, Darryelle LaWanna Preston, Deanna Santana, Sonia Lara, Anne Campbell-Washington, Scott Seneca, Pete Castelli re Failure to Collect Dues Grievance TPTs 06 26 (OAK 0013970) | Lawanna Preston Deanna Santana Winnie Anderson Joe Keffer | | |

DARRYELLE LAWANNA PRESTON v. CITY OF OAKLAND, DEANNA SANTANA
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
COURT CASE NO. 14-CV-02022-NC

Jury Trial: Monday, September 14, 2015

JOINT TRIAL EXHIBIT LIST

| EXHIBIT NO. | DOCUMENT DESCRIPTION | WITNESS | OBJECTED | ADMITTED |
|---|---|---|---|---|
| 2C | 6/26/13 email from Joe Keffer to Darryelle LaWanna Preston, Deanna Santana, Winnie Anderson, Sonia Lara, Anne Campbell-Washington re Failure to Collect Dues Grievance TPTs 06 26 (Exhibit 6-Deposition of Darryelle LaWanna Preston) | Lawanna Preston Deanna Santana Winnie Anderson Joe Keffer Sonia Lara | | |
| 2D | 6/28/13 Agreement between The City of Oakland and International Association of Firefighters, Local 55 (Exhibit 2-Deposition of Winnie Anderson) (OAK00005439) | Lawanna Preston Winnie Anderson Trinette Gist-Skinner Teresa DeLoach Reed | | |
| 2E | 7/3/13 email from Darryelle LaWanna Preston to Barbara Parker, Doryanna Moreno, Jamie Smith re FW: Amending the Local 55 MOU (LP 283-285) | Lawanna Preston Deanna Santana Winnie Anderson Teresa DeLoach Reed | | |
| 2F | 7/3/13 email from Winnie Anderson to Teresa DeLoach Reed, Darryelle LaWanna Preston re Local 55 (OAK 00001050) | Lawanna Preston Deanna Santana Winnie Anderson Teresa DeLoach Reed | | |
| 2G | 7/3/13 email from Teresa DeLoach Reed to Deanna Santana to Winnie Anderson, Darryelle LaWanna Preston, Deanna Santana re Local 55 (OAK 00001051-1052) | Lawanna Preston Deanna Santana Winnie Anderson Teresa DeLoach Reed | | |
| 2H | 7/3/13 email from Darryelle LaWanna Preston to Deanna Santana, Doryanna Moreno, Barbara Parker, Randolph Hall re Request for legal advice re Fire Chief's extension of Local 55 agreement/sideletter (LP 290-291) | Lawanna Preston Deanna Santana Barbara Parker | | |

DARRYELLE LAWANNA PRESTON v. CITY OF OAKLAND, DEANNA SANTANA
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
COURT CASE NO. 14-CV-02022-NC

Jury Trial: Monday, September 14, 2015

JOINT TRIAL EXHIBIT LIST

| EXHIBIT NO. | DOCUMENT DESCRIPTION | WITNESS | OBJECTED | ADMITTED |
|---|---|---|---|---|
| 2I | 7/4/13 email from Darryelle LaWanna Preston to Desley Brooks re Fwd: Amending the Local 55 MOU (Exhibit E-Declaration of Darryelle Preston Opposition MSJ) (LP 286-289) | Lawanna Preston<br>Deanna Santana<br>Barbara Parker<br>Desley Brooks | | |
| 2J | 7/5/13 email from Winnie Anderson to Teresa DeLoach Reed, Darryelle LaWanna Preston, Deanna Santana re Local 55 (OAK 00007358-7359) | Lawanna Preston<br>Deanna Santana<br>Winnie Anderson<br>Desley Brooks | | |
| 2K | 7/5/13 email from Trinette Gist-Skinner to Preston, Winnie Anderson re PSP Program Status (Exhibit 3-Deposition of Teresa DeLoach Reed) (OAK00005436-5437) | Lawanna Preston<br>Deanna Santana<br>Winnie Anderson<br>Trinette Gist-Skinner<br>Teresa DeLoach Reed | | |
| 2L | 7/6/13 email from Deanna Santana to Teresa DeLoach Reed, Darryelle LaWanna Preston, Deanna Santana, Donna Hom re: Closed Session PSP 7/3/13 (OAK 00005380-5384) | Lawanna Preston<br>Deanna Santana<br>Teresa DeLoach Reed | | |
| 2M | 7/11/13 email from Darryelle LaWanna Preston to Zachary Unger, Teresa DeLoach Reed, Dan Robertson, Trinette Gist-Skinner, Winnie Anderson re FW: Any word? (OAK 00001056-1058) | Lawanna Preston<br>Deanna Santana<br>Winnie Anderson<br>Trinette Gist-Skinner | | |
| 2N | 7/11/13 email from Darryelle LaWanna Preston to LaTonda Simmons re FW: Correction Needed-W Anderson Pay Rate (OAK 00009297-9298) | Lawanna Preston<br>Deanna Santana<br>Sonia Lara<br>Katano Kasaine<br>LaTonda Simmons | | |
| 2O | 7/12/13 email from Deanna Santana to Preston, Sonia Lara re Correction Needed-W Anderson Pay Rate (LP 294-295) | Lawanna Preston<br>Deanna Santana | | |

10

DARRYELLE LAWANNA PRESTON v. CITY OF OAKLAND, DEANNA SANTANA
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
COURT CASE NO. 14-CV-02022-NC

Jury Trial: Monday, September 14, 2015

JOINT TRIAL EXHIBIT LIST

| EXHIBIT NO. | DOCUMENT DESCRIPTION | WITNESS | OBJECTED | ADMITTED |
|---|---|---|---|---|
| 2P | 7/25/13 City of Oakland, Meeting Minutes re Special Meeting of the Oakland City Council (Exhibit F- Declaration of Sonia Mehta Opposition MSJ) | Judicial Notice | | |
| 2Q | 7/26/13 email from Alexandra Orologas to Darryelle LaWanna Preston, Deanna Santana re MOU closed session reports (OAK 00000734) | Lawanna Preston Deanna Santana Alexandra Orologas | 8/10/15 PL Objection: FRE 401, 403, 802 | |
| 2R | 7/26/13 email from Deanna Santana to Darryelle LaWanna Preston, Alexandra Orologas re MOU closed session reports (OAK 00005404) | Lawanna Preston Deanna Santana Alexandra Orologas | 8/10/15 PL Objection: FRE 401, 403, 802 | |
| 2S | 7/29/13 email from Deanna Santana to Darryelle Lawanna Preston, Barbara Parker, Alexandria Orologas re OPOA Closed Session Labor Report TA annuitants 7/30/13 {LP 309-312} | Lawanna Preston Deanna Santana Alexandra Orologas Barbara Parker | 8/10/15 PL Objection: FRE 401, 403, 802 | |
| 2T | 7/30/13 email from Deanna Santana to Darryelle LaWanna Preston, Barbara Parker, Alexandra Orologas, Arturo M. Sanchez re FW: OPOA Closed Session Labor Report TA annuitants 7/30/13 {LP 313-316} | Lawanna Preston Deanna Santana Alexandra Orologas Barbara Parker | 8/10/15 PL Objection: FRE 401, 403, 802 | |
| 2U | 7/31/13 email from Zac Unger to Teresa DeLoach Reed, Stewart McGehee, Dan Robertson, Deanna Santana re Paramedic Support Program ends tomorrow {OAK 00005435} | Lawanna Preston Deanna Santana Teresa DeLoach Reed | 8/10/15 PL Objection: FRE 401, 403, 802 | |
| 2V | 8/1/13 email from Deanna Santana to Katano Kasaine, Preston, Alexandra Orologas, Fred Blackwell, Donna Hom re Scheduling Meeting on August 5, 2013 (Exhibit 2-Deposition of Deanna Santana) (LP 319) | Deanna Santana Katano Kasaine | 8/10/15 PL Objection: FRE 401, 403, 802 | |

DARRYELLE LAWANNA PRESTON v. CITY OF OAKLAND, DEANNA SANTANA
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
COURT CASE NO. 14-CV-02022-NC

Jury Trial: Monday, September 14, 2015

JOINT TRIAL EXHIBIT LIST

| EXHIBIT NO. | DOCUMENT DESCRIPTION | WITNESS | OBJECTED | ADMITTED |
|---|---|---|---|---|
| 2W | 8/5/13 email from Darryelle LaWanna Preston to Winnie Anderson, Katano Kasaine, Sonia Lara re Topics SEIU wishes to discuss on August 6th, if you are available (Exhibit 5-Deposition of Darryelle Preston) | Lawanna Preston<br>Winnie Anderson<br>Sonia Lara<br>Katano Kasaine | | |
| 2X | 8/6/13 handwritten notes re SEIU TPT Discussion (Exhibit 2-Deposition of Sonia Lara) (OAK00014062-14063) | Winnie Anderson<br>Sonia Lara<br>Katano Kasaine | | |
| 2Y | 8/6/13 handwritten notes re meeting with Katano Kasaine, Sonia Lara, Winnie Anderson (Exhibit 16-Deposition of Dwight McElroy) | Winnie Anderson<br>Sonia Lara<br>Katano Kasaine | | |
| 2Z | 8/6/13 email from Winnie Anderson to Katano Kasaine, Preston, Sonia Lara re Issues raised by SEIU (Exhibit 2-Deposition of Katano Kasaine) (OAK00000987-988) | Lawanna Preston<br>Winnie Anderson<br>Sonia Lara<br>Katano Kasaine | | |
| 3A | 8/6/13 email from Deanna Santana to Darryelle Lawanna Preston, Amber Todd re TPT Meetings (LP 340-341) | Lawanna Preston<br>Deanna Santana | 8/10/15 PL Objection: FRE 401, 403, 802 | |
| 3B | 8/13/13 email from Donna Hom to Darryelle LaWanna Preston, Amber Todd RE: ER staff assignments (OAK 0013862) | Lawanna Preston<br>Deanna Santana<br>Donna Hom | 8/10/15 PL Objection: FRE 401, 403, 802 | |
| 3C | 8/16/13 email from Darryelle LaWanna Preston to Deanna Santana, Amber Todd re TPT Meetings (OAK 00000447-450) | Lawanna Preston<br>Deanna Santana | 8/10/15 PL Objection: FRE 401, 403, 802 | |
| 3D | 8/19/13 email from Scott Johnson to Sonia Lara, Trinette Gist-Skinner, Teresa DeLoach Reed, Arturo M. Sanchez, Deanna Santana, Darryelle LaWanna Preston, Katano Kasaine re FW: PSP vote (OAK00006986) | Lawanna Preston<br>Sonia Lara<br>Scott Johnson | | |

DARRYELLE LAWANNA PRESTON v. CITY OF OAKLAND, DEANNA SANTANA
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
COURT CASE NO. 14-CV-02022-NC

Jury Trial: Monday, September 14, 2015

JOINT TRIAL EXHIBIT LIST

| EXHIBIT NO. | DOCUMENT DESCRIPTION | WITNESS | OBJECTED | ADMITTED |
|---|---|---|---|---|
| 3E | 9/2/13 City of Oakland Grievance Form, Temporary Part Time (TPT) Contract (OAK 00010696) | Lawanna Preston | | |
| 3F | 9/3/13 Agenda Report from Teresa DeLoach Reed to Deanna Santana re Changes to the Promoted Paramedic Support Program (LP 354-356) | Deanna Santana Teresa DeLoach Reed | | |
| 3G | 9/5/13 email from Joe Keffer to Darryelle LaWanna Preston, Deanna Santana, Jean Quan re Failure to Collect Dues Grievance (Exhibit A-Declaration of Deanna Santana MSJ) (OAK00013425-13426) | Lawanna Preston Deanna Santana Katano Kasaine Joe Keffer Jean Quan | | |
| 3H | 9/6/13 City of Oakland & SEIU Contract Bargaining, Union Counter to City (Exhibit 24-Deposition of Dwight McElroy) | Lawanna Preston Dwight McElroy | | |
| 3I | 9/10/13 email from Katano Kasaine, Darryelle LaWanna Preston, Deanna Santana, Sonia Lara re Failure to Collect Dues Grievance (LP 369-371) | Lawanna Preston Deanna Santana Katano Kasaine | | |
| 3J | 9/10/13 email from Lawanna Preston to Katano Kasaine, Deanna Santana, Sonia Lara re: Failure to Collect Dues Grievance (LP 372-373) | Lawanna Preston | Stipulated | |
| 3K | 9/10/13 email from Deanna Santana, Katano Kasaine, Preston, Sonia Lara re Failure to Collect Dues Grievance (Exhibit 5-Deposition of Katano Kasaine) (OAK00010331) | Lawanna Preston Deanna Santana Katano Kasaine | | |
| 3L | 9/11/13 email from Deanna Santana to Darryelle LaWanna Preston re Requesting Reports (OAK 00000115-116) | Lawanna Preston Deanna Santana Katano Kasaine Sonia Lara | | |

DARRYELLE LAWANNA PRESTON v. CITY OF OAKLAND, DEANNA SANTANA
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
COURT CASE NO. 14-CV-02022-NC

Jury Trial: Monday, September 14, 2015

JOINT TRIAL EXHIBIT LIST

| EXHIBIT NO. | DOCUMENT DESCRIPTION | WITNESS | OBJECTED | ADMITTED |
|---|---|---|---|---|
| 3M | 9/12/13 email from Darryelle LaWanna Preston to Sandre Swanson re Fwd: SEIU grievance regarding withholding of union dues (LP 380) | Lawanna Preston Deanna Santana Sandre Swanson | | |
| 3N | 9/12/13 email from Deanna Santana to Darryelle LaWanna Preston, Barbara Parker RE: SEIU grievance regarding withholding of union dues  (OAK 0013488) | Lawanna Preston Deanna Santana Barbara Parker | | |
| 3O | 9/12/13 email from Darryelle LaWanna Preston to Dan Siegel re FW: SEIU grievance regarding withholding of union dues (OAK 00005395) | Lawanna Preston Deanna Santana Dan Siegel | 8/10/15 PL Objection: FRE 401, 403, 501-502 | |
| 3P | 9/15/13 email from Darryelle LaWanna Preston to Deanna Santana re Temporary Part Time Employee Bargaining (LP 384-386) | Lawanna Preston Deanna Santana | | |
| 3Q | 9/15/13 email from Darryelle LaWanna Preston to Sonia Lara re FW: Temporary Part Time Employee Bargaining (OAK 00000179-186) | Lawanna Preston Deanna Santana Sonia Lara | | |
| 3R | 9/15/13 email from Deanna Santana to Darryelle LaWanna Preston re Attached closed session report (OAK 00001130-1133) | Lawanna Preston Deanna Santana | | |
| 3S | 9/17/13 email from Deanna Santana to Darryelle LaWanna Preston re Fwd: SEIU Part Time MOU closed session report (LP 387) | Lawanna Preston Deanna Santana | | |
| 3T | 9/17/13 email from Darryelle LaWanna Preston to Deanna Santana, Barbara Parker re SEIU grievance regarding withholding of union dues (LP 390-391) | Lawanna Preston Deanna Santana Barbara Parker | | |

DARRYELLE LAWANNA PRESTON v. CITY OF OAKLAND, DEANNA SANTANA
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
COURT CASE NO. 14-CV-02022-NC

Jury Trial: Monday, September 14, 2015

JOINT TRIAL EXHIBIT LIST

| EXHIBIT NO. | DOCUMENT DESCRIPTION | WITNESS | OBJECTED | ADMITTED |
|---|---|---|---|---|
| 3U | 9/17/13 email from Darryelle LaWanna Preston to Dan Siegel re Salary ordinance for Employee Relations staff (OAK 00001772-1784) | Lawanna Preston Deanna Santana Dan Siegel | 8/10/15 PL Objection: FRE 401, 403, 501-502 | |
| 3V | 9/18/13 email from Deanna Santana to Darryelle LaWanna Preston, Barbara Parker re SEIU grievance regarding withholding of union dues (LP 407-408) | Lawanna Preston Deanna Santana Barbara Parker | | |
| 3W | 9/19/13 email from Darryelle LaWanna Preston to Barbara Parker, Doryanna Moreno re FW: Failure to Collect Dues Grievance (LP 409-412) | Lawanna Preston Deanna Santana Barbara Parker | | |
| 3X | 9/27/13 email from Deanna Santana to Joe Keffer re Failure to Collect TPT Dues or Agency Fees Greivance (Exhibit 6-Deposition of Joe Keffer) (LP 425) | Deanna Santana Joe Keffer | | |
| 3Y | 9/27/13 email from Barbara Parker to Deanna Santana re SEIU grievance regarding withholding of union dues (OAK 00014080-14081) | Lawanna Preston Deanna Santana Barbara Parker | | |
| 3Z | 9/27/13 email from Joe Keffer to Deanna Santana, Lawanna Preston, Anne Campbell-Washington, Barbara Parker re Failure to Collect TPT Dues or Agency Fees Grievance (McElroy deposition Exhibit 20) | Deanna Santana Joe Keffer | Stipulated | |
| 4A | 9/28/13 email from Donna Hom to Deanna Santana RE: SEIU grievance regarding withholding of union dues (OAK 00014074-14075) | Deanna Santana Donna Hom | | |
| 4B | 9/29/13 email from Donna Hom to Deanna Santana, Arturo Sanchez re SEIU grievance regarding withholding of union dues (Exhibit 5-Deposition of Deanna Santana) (OAK00010211-10213) | Deanna Santana Donna Hom | | |

DARRYELLE LAWANNA PRESTON v. CITY OF OAKLAND, DEANNA SANTANA
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
COURT CASE NO. 14-CV-02022-NC

Jury Trial: Monday, September 14, 2015

JOINT TRIAL EXHIBIT LIST

| EXHIBIT NO. | DOCUMENT DESCRIPTION | WITNESS | OBJECTED | ADMITTED |
|---|---|---|---|---|
| 4C | 9/29/13 email from Darryelle LaWanna Preston to Barbara Parker, Deanna Santana re FW: Compliant RE: SEIU Dues deduction grievance 9/2/13 (interfering an investigation) (LP 434) | Lawanna Preston Deanna Santana | | |
| 4D | 9/29/13 email from Darryelle LaWanna Preston to Cheryl Thompson re Complaint RE: SEIU Dues deduction grievance 9/2/13 (interfering an investigation) (LP 435-436) | Lawanna Preston Deanna Santana Cheryl Thompson | | |
| 4E | 9/29/13 email from Darryelle LaWanna Preston to Sandre Swanson re FW: Failure to Collect TPT Dues or Agency Fees Grievance (OAK 00001121) | Lawanna Preston Deanna Santana Sandre Swanson Dan Siegel | | |
| 4F | 9/29/13 email from Darryelle LaWanna Preston to Sandre Swanson re FW: Failure to Collect TPT Dues or Agency Fees Grievance (OAK 00001122) | Lawanna Preston Deanna Santana Sandre Swanson Dan Siegel | | |
| 4G | 9/29/13 email from Darryelle LaWanna Preston to Cheryl Thompson re Compliant RE: SEIU Dues deduction grievance 9/2/13 (interfering an investigation) (LP 435-436) | Lawanna Preston Deanna Santana Cheryl Thompson | | |
| 4H | 9/29/13 email from Darryelle LaWanna Preston to Dan Siegel re FW: Compliant RE: SEIU Dues deduction grievance 9/2/13 (interfering an investigation) (OAK 00005478) | Lawanna Preston Deanna Santana Barbara Parker Dan Siegel | 8/10/15 PL Objection: FRE 401, 403, 501-502 | |
| 4I | 9/29/13 email from LaTonda Simmons to Darryelle LaWanna Preston re FW: Compliant RE: SEIU Dues deduction grievance 9/2/13 (interfering an investigation) (OAK 00005476-5477) | Lawanna Preston Deanna Santana LaTonda Simmons | | |

DARRYELLE LAWANNA PRESTON v. CITY OF OAKLAND, DEANNA SANTANA
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
COURT CASE NO. 14-CV-02022-NC

Jury Trial: Monday, September 14, 2015

JOINT TRIAL EXHIBIT LIST

| EXHIBIT NO. | DOCUMENT DESCRIPTION | WITNESS | OBJECTED | ADMITTED |
|---|---|---|---|---|
| 4J | 9/30/13 email from John Lois to Deanna Santana, Oliver Cunningham  re Internal Affairs Investigation (Exhibit 6-Deposition of Sonia Lara (OAK 00010579-10621) | Deanna Santana John Lois | 8/10/15 PL Objection: FRE 401, 403, 802 | |
| 4K | 10/1/13 email from Katano Kasaine to Dwight McElroy re Meeting Re: TPT Grievance (Exhibit 21-Deposition of Dwight McElroy) | Katano Kasaine Dwight McElroy | | |
| 4L | 10/1/13 email from Alexandra Orologas to Joe Keffer re Response to SEIU's Grievance and Meeting Request (Exhibit 23-Deposition of Dwight McElroy) | Deanna Santana Alexandra Orologas Joe Keffer | | |
| 4M | 10/1/13 email from Darryelle LaWanna Preston to Sonia Lara re FW: Information Request (OAK 00001833-1836) | Lawanna Preston Deanna Santana Winnie Anderson Sonia Lara | | |
| 4N | 10/2/13 email from Winnie Anderson to Darryelle LaWanna Preston re Information Request (OAK 0013854-13856) | Lawanna Preston Deanna Santana Winnie Anderson Sonia Lara | | |
| 4O | 10/2/13 email from Winnie Anderson to Sequonite Buggs, Angela Osayande, Darryelle LaWanna Preston, Sonia Lara re Information Request (OAK 00010395-10398) | Lawanna Preston Deanna Santana Winnie Anderson Sonia Lara | | |

DARRYELLE LAWANNA PRESTON v. CITY OF OAKLAND, DEANNA SANTANA
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
COURT CASE NO. 14-CV-02022-NC

Jury Trial: Monday, September 14, 2015

JOINT TRIAL EXHIBIT LIST

| EXHIBIT NO. | DOCUMENT DESCRIPTION | WITNESS | OBJECTED | ADMITTED |
|---|---|---|---|---|
| 4P | 10/2/13 City/SEIU Local 1021 TPT Negotiations 2013 Tentative Agreement (Keffer deposition exhibit 13) | Lawanna Preston Joe Keffer | 8/5/15 DEF Objection: Relevance, {Fed.R.Evid. 401, 402} Subsequent remedial measures {Fed.R.Evid. 407} | |
| 4Q | 10/3/13 City of Oakland Notice of Termination of Employment {Exhibit 1-Deposition of Deanna Santana} (OAK00000894-895) | Lawanna Preston Deanna Santana | | |
| 4R | 10/3/13 email from Deanna Santana to Darryelle LaWanna Preston re Services No Longer Needed {LP 440-442} | Lawanna Preston Deanna Santana | | |
| 4S | 12/18/13 email from Sharon Holman to Katano Kasaine re FW: SEIU Local 1021: Audit-Active Non-Payers (OAK 00010684-10686) | Lawanna Preston | | |
| 4T | 12/11/13 email from Katano Kasaine to Deanna Santana re: Fwd: meeting with SEIU on their grievance (OAK00005676) | Sonia Lara | 8/5/15 DEF Objection: Relevance {Fed.R.Evid. 401, 402} Subsequent remedial measures {Fed.R.Evid. 407} Foundation {Fed. R. Evid. § 602} | |
| 4U | 12/20/13 email from Winnie Anderson to Alan Crowley re Letter to SEIU TPT employees re: Agency Fees (OAK 0010648-10675) | Winnie Anderson | | |

DARRYELLE LAWANNA PRESTON v. CITY OF OAKLAND, DEANNA SANTANA
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
COURT CASE NO. 14-CV-02022-NC

Jury Trial: Monday, September 14, 2015

JOINT TRIAL EXHIBIT LIST

| EXHIBIT NO. | DOCUMENT DESCRIPTION | WITNESS | OBJECTED | ADMITTED |
|---|---|---|---|---|
| 4V | 3/17/14 Filed Summons and Complaint (Exhibit 1-Deposition of Darryelle LaWanna Preston) | Lawanna Preston | 8/10/15 PL Objection: FRE 401, 403, 802 | |
| 4W | 3/19/14 SF Gate Article re Ex-Oakland Employees Lost Job for Refusing to Lie | Judicial Notice | 8/10/15 PL Objection: FRE 401, 403, 802 | |
| 4X | 4/2/14 Dan Siegel video clip on Darryelle LaWanna Preston Lawsuit | Judicial Notice | 8/10/15 PL Objection: FRE 401, 403 | |
| 4Y | 6/30/14 Oakland Council District 6 Race Campaign Finance Contributions | Lawanna Preston | 8/10/15 PL Objection: FRE 401, 403 | |
| 4Z | 6/10/15 Declaration of Darryelle LaWanna Preston in support of opposition to defendants' motion for summary judgment | Lawanna Preston | 8/10/15 PL Objection: FRE 401, 802 | |
| 5A | Undated Lawanna D. Preston Resume (Exhibit A-Declaration of Darryelle Preston Opposition MSJ) (LP 450-451) | Lawanna Preston | | |
| 5B | Undated Oakland City Council Ordinance Amending Salary Schedule (Exhibit 6-Deposition of Katano Kasaine) (OAK00000032) | Judicial Notice | | |
| 5C | Undated Investigative Report-SEIU Grievance to City of Oakland re Temporary Part Time (TPT) Contract (Exhibit 1-Deposition of Otis McGee) | Otis McGee, Jr. | 8/10/15 PL Objection: FRE 401, 403, 802 | |
| 5D | Alameda County Grand Jury Report (2012-2013) | Judicial Notice | 8/10/15 PL Objection: FRE 401, 403, 802 | |

DARRYELLE LAWANNA PRESTON v. CITY OF OAKLAND, DEANNA SANTANA
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
COURT CASE NO. 14-CV-02022-NC

Jury Trial: Monday, September 14, 2015

JOINT TRIAL EXHIBIT LIST

| EXHIBIT NO. | DOCUMENT DESCRIPTION | WITNESS | OBJECTED | ADMITTED |
|---|---|---|---|---|
| 5E | Plaintiff's Responses to Request for Production of Documents (Set One) (Served on 11/19/14) | Lawanna Preston | 8/10/15 PL Objection: FRE 401, 403, 802 | |
| 5F | Plaintiff's Supplemental Responses to Request for Production of Documents (Set One) (Served on 2/10/15) | Lawanna Preston | 8/10/15 PL Objection: FRE 401, 403, 802 | |
| 5G | Plaintiff's Responses to Special Interrogatories (Set One), with Verification (Served on 11/19/14) | Lawanna Preston | 8/10/15 PL Objection: FRE 401, 403, 802 | |
| 5H | Plaintiff's Supplemental Responses to Special Interrogatories (Set One), with Verification (Served on 1/29/15) | Lawanna Preston | 8/10/15 PL Objection: FRE 401, 403, 802 | |
| 5I | Plaintiff's Responses to Request for Admissions (Set One) (Served on 2/30/15) | Lawanna Preston | 8/10/15 PL Objection: FRE 401, 403, 802 | |
| 5J | 1/12/12 email from Alexandra Orologas to LaWanna Preston, Scott Johnson re ER move (LP 59) | Lawanna Preston | Stipulated | |
| 5K | 2/15/12 email from LaWanna Preston to Alexandra Orologas re Paragraph for LaWanna's Review (OAK 716) | Lawanna Preston | 8/5/15 DEF Objection: Relevance (Fed.R.Evid. 401, 402) | |
| 5L | 7/3/13 email from Teresa DeLoach Reed to Winnie Anderson, LaWanna Preston, Deanna Santana re Local 55 (OAK 1054-1055) | Teresa DeLoach Reed | 8/5/15 DEF Objection: Incomplete Document (Fed.R.Evid. 106) | |

DARRYELLE LAWANNA PRESTON v. CITY OF OAKLAND, DEANNA SANTANA
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
COURT CASE NO. 14-CV-02022-NC

Jury Trial: Monday, September 14, 2015

JOINT TRIAL EXHIBIT LIST

| EXHIBIT NO. | DOCUMENT DESCRIPTION | WITNESS | OBJECTED | ADMITTED |
|---|---|---|---|---|
| 5M | 7/5/13 email from Deanna Santana to Teresa DeLoach Reed re PSP (OAK 1053) | Deanna Santana | **8/5/15** DEF Objection: Incomplete Document (Fed.R.Evid. 106)<br><br>Relevance (Fed.R.Evid. 401, 402)<br><br>Hearsay (Fed.R.Evid. 801-803) | |
| 5N | 8/6/13 email from Deanna Santana to Katano Kasaine, Donna Hom, Alexandra Orologas, LaWanna Preston, Scott Johnson re TPT-ppt workplan (LP 321) | Deanna Santana<br>Katano Kasaine | **8/5/15** DEF Objection: Foundation (Fed.R.Evid. 602)<br><br>Relevance (Fed.R.Evid. 401, 402)<br><br>Hearsay (Fed.R.Evid. 801-803) | |
| 5O | 8/19/13 email from Arturo Sanchez to Trinette Gist-Skinner, Scott Johnson, Amber Todd, Teresa DeLoach Reed re FW: PSP vote (OAK 6982-6983) | Teresa DeLoach Reed | **8/5/15** DEF Objection: Relevance (Fed.R.Evid. 401, 402)<br><br>Hearsay (Fed.R.Evid. 801-803) | |

DARRYELLE LAWANNA PRESTON v. CITY OF OAKLAND, DEANNA SANTANA
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
COURT CASE NO. 14-CV-02022-NC

Jury Trial: Monday, September 14, 2015

JOINT TRIAL EXHIBIT LIST

| EXHIBIT NO. | DOCUMENT DESCRIPTION | WITNESS | OBJECTED | ADMITTED |
|---|---|---|---|---|
| 5P | 10/14/13 email from Barbara Parker to Joe Keffer, Deanna Santana, Donna Hom, Alexandra Orologas re TPT Dues Grievance (Exh. 11 to Keffer Deposition) | Joe Keffer | 8/5/15 DEF Objection: Relevance (Fed.R.Evid. 401, 402)  Subsequent Remedial Measures (Fed.R.Evid. 407)  Hearsay (Fed.R.Evid. 801-803)  More Prejudicial than Probative (Fed.R.Evid. 403) | |

N:\Oak\Pres\Trial\Joint Trial Exh List.doc

22

# ATTACHMENT G

1  DAN SIEGEL (SBN 56400)
   SONYA Z. MEHTA (SBN 294411)
2  SIEGEL & YEE
   499 14th Street, Suite 300
3  Oakland, California  94612
   Telephone:    (510) 839-1200
4  Facsimile:    (510) 444-6698

5  Attorneys for Plaintiff
   DARYELLE LAWANNA PRESTON
6
   BARBARA J. PARKER (SBN 069722)
7  OTIS McGEE, JR. (SBN 071885)
   MARIA BEE (SBN 167716)
8  JENNIFER N. LOGUE (SBN 241910)
   One Frank H. Ogawa Plaza, 6th Floor
9  Oakland, California  94612
   Telephone:    (510) 238-3589
10 Facsimile:    (510) 238-6500
   29892:1647767
11
   LAFAYETTE & KUMAGAI LLP
12 GARY T. LAFAYETTE (SBN 0088666)
   SUSAN T. KUMAGAI (SBN 127667)
13 AFRICA E. DAVIDSON (SBN 225680)
   101 Mission Street, Suite 600
14 San Francisco, California  94105
   Telephone:    (415) 357-4600
15 Facsimile:    (415) 357-4605

16 Attorneys for Defendants
   CITY OF OAKLAND and DEANNA SANTANA
17

18                  UNITED STATES DISTRICT COURT

19                 NORTHERN DISTRICT OF CALIFORNIA

20

| | |
|---|---|
| 21  DARYELLE LAWANNA PRESTON | Case No. C14-02022 NC |
| 22  Plaintiff, | **DEFENDANT'S DISCOVERY EXCERPTS LIST** |
| 23  vs. | Date:        August 19, 2015 |
| 24  CITY OF OAKLAND; DEANNA | Time:        11:00 a.m. |
|     SANTANA, in her individual capacity; and | Courtroom:   D |
| 25  DOES 1-10, inclusive | Judge:       Hon. Nathaniel Cousins, |
|     | Magistrate Judge |
| 26  Defendants. | |
| 27  | Action Filed: March 17, 2014 |
|     | Trial Date: September 14, 2015 |
| 28  | |

1    Defendants City of Oakland (the "City") and Deanna Santana ("Santana") (collectively,

2  the "Parties") hereby proposes the following discovery excerpts for use at trial:

3    1.  Plaintiff's Response to Defendant City of Oakland's Request for Admissions, Set

4        One, No. 1.

5

6

7

8  DATED:  August 12, 2015                    LAFAYETTE & KUMAGAI LLP

9                                             /s/ Gary T. Lafayette
                                             GARY T. LAFAYETTE
10                                            Attorneys for Defendants
                                             CITY OF OAKLAND and DEANNA SANTANA

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ATTACHMENT H

LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 88666)
Email: glafayette@lkclaw.com
SUSAN T. KUMAGAI (State Bar No. 127667)
Email: skumagai@lkclaw.com
AFRICA E. DAVIDSON (State Bar No. 225680)
Email: adavidson@lkclaw.com
101 Mission Street, Suite 600
San Francisco, California 94105
Telephone: (415) 357-4600
Facsimile: (415) 357-4605

*Attorneys for Defendants*
CITY OF OAKLAND and DEANNA SANTANA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DARYELLE LAWANNA PRESTON,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND; DEANNA SANTANA, in her individual capacity; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:14-cv-02022 NC<br><br>**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S LIST OF DISCOVERY EXCERPTS**<br><br>Final Pretrial Conference Date: August 19, 2015<br>Time: 11:00 a.m.<br>Courtroom: D (San Francisco)<br>Magistrate Judge: Nathanael M. Cousins |

*(sidebar, vertical text)* LAFAYETTE & KUMAGAI LLP   ATTORNEYS AT LAW   101 MISSION STREET, SUITE 600   SAN FRANCISCO, CALIFORNIA 94105   (415) 357-4600   FAX (415) 357-4605

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
101 MISSION STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

Defendants City of Oakland (the "City") and Deanna Santana ("Santana"), hereby object to Plaintiff Daryelle Lawanna Preston's ("Plaintiff") List of Discovery Excerpts.

Plaintiff's discovery excerpts were received only hours before the parties' Trial Readiness Binder was due to be filed and while counsel for Defendants was preparing all of the documents for that binder, including documents provided by Plaintiff.  As a result, Defendants have not had an opportunity to review and to meet and confer with Plaintiff regarding the excerpts as required by the Court's Pretrial Preparation Order dated July 20, 2015.  Under the circumstances, counsel for Plaintiff stipulated they would agree that Defendants' Objections could be filed later, and Defendants will provide more specific objections to Plaintiff's discovery excerpts prior to the pretrial conference.

Notwithstanding, Defendants submit the following general Objections to Plaintiff's Discovery Excerpts in their entirety:

1.   As set forth above, Plaintiff's excerpts are untimely.

2.   Plaintiff improperly cites to the deposition transcripts of witnesses Joe Keffer and Phillip Lamont Ewell, who have not been shown to be unavailable. (F.R.C.P. Rule 32(a)(4))

3.   The excerpts are lacking in relevance. (Fed.R.Evid. 401, 402)

4.   The excerpts constitute evidence of subsequent remedial measures. (Fed.R.Evid. 407)

5.   Plaintiff's excerpts consist of inadmissible hearsay. (Fed. R. Evid. 801-803)

6.   The excerpts constitute improper character evidence. (Fed. R. Evid. 404)

7.   The excerpts constitute improper opinion and speculation. (Fed. R. Evid. 602, 701)

Dated: August 12, 2015                    LAFAYETTE & KUMAGAI LLP

                                          _/s/ Africa E. Davidson_
                                          AFRICA E. DAVIDSON
                                          Attorneys for Defendants
                                          CITY OF OAKLAND and DEANNA SANTANA

2

# ATTACHMENT I

DAN SIEGEL, SBN 56400
SONYA Z. MEHTA, SBN 294411
SIEGEL & YEE
499 14th Street, Suite 300
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
DARYELLE LAWANNA PRESTON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| DARYELLE LAWANNA PRESTON, | ) | Case No. 3:14-CV-02022 NC |
|---|---|---|
| Plaintiff, | ) | **PLAINTIFF'S DISCOVERY EXCERPT LIST** |
| vs. | ) | Pretrial conference: August 19, 2015 |
| CITY OF OAKLAND; DEANNA SANTANA, in her individual capacity; and DOES 1 through 10, inclusive, | ) | Time: 2:00 p.m.<br>Courtroom A, 15th Floor<br>Judge: Honorable Nathanael M. Cousins |
| Defendants. | ) | Trial Date: September 14, 2015 |

PLAINTIFF DARYELLE LAWANNA PRESTON hereby proposes the

following exhibits to be offered at trial:

| No. | Description | Stipulations/ Objections |
|---|---|---|
| | | |
| 1. | Defendants' Response to Plaintiff's Special Interrogatories, Set One, No.2, November 26, 2014 | |
| | | |
| 2. | Defendants' Response to Plaintiff's Special Interrogatories, Set One, No.3, November 26, 2014 | |
| | | |
| 3. | Defendants' Supplemental Response to Plaintiff's Special | |

*Preston v. City of Oakland, et al.*, No. 3:14-CV-02022 NC
Plaintiff's Discovery Excerpt List - 1

| No. | Description | Stipulations/Objections |
|-----|-------------|-------------------------|
|     | Interrogatories, Set One, No.3, January 23, 2015 | |
| 4.  | Deposition of Joe Keffer, pg. 12:1-17 | |
| 5.  | Deposition of Joe Keffer, pgs. 21:22-22:2 | |
| 6.  | Deposition of Joe Keffer, pgs. 24:18-26:10 | |
| 7.  | Deposition of Joe Keffer, pg. 26:17-23 | |
| 8.  | Deposition of Joe Keffer, pg. 27:5-14 | |
| 9.  | Deposition of Joe Keffer, pgs. 27:24-28:8 | |
| 10. | Deposition of Joe Keffer, pg. 28:12-24 | |
| 11. | Deposition of Joe Keffer, pg. 30:11-13 | |
| 12. | Deposition of Joe Keffer, pg. 30:18-24 | |
| 13. | Deposition of Joe Keffer, pg. 32:16-21 | |
| 14. | Deposition of Joe Keffer, pgs. 34:18-35:25 | |
| 15. | Deposition of Joe Keffer, pg. 36:10-23 | |
| 16. | Deposition of Joe Keffer, pg. 38:13-25 | |
| 17. | Deposition of Joe Keffer, pgs. 40:15-41:4 | |
| 18. | Deposition of Joe Keffer, pgs. 41:13-42:8 | |
| 19. | Deposition of Joe Keffer, pgs. 43:22-44:5 | |
| 20. | Deposition of Joe Keffer, pgs. 46:17-48:10 | |
| 21. | Deposition of Joe Keffer, pgs. 54:10-55:4 | |
| 22. | Deposition of Joe Keffer, pgs. 55:17-56:19 | |
| 23. | Deposition of Joe Keffer, pgs. 58:2-60:2 | |
| 24. | Deposition of Joe Keffer, pgs. 65:11-66:1 | |

| No. | Description | Stipulations/ Objections |
|---|---|---|
| 25. | Deposition of Joe Keffer, pgs. 72:21-74:17 | |
| 26. | Deposition of Joe Keffer, pgs. 75:7-76:3 | |
| 27. | Deposition of Joe Keffer, pgs. 77:12-18 | |
| 28. | Deposition of Joe Keffer, pgs. 77:23-79:15 | |
| 29. | Deposition of Joe Keffer, pg. 80:9-21 | |
| 30. | Deposition of Lamont Ewell, pg. 6:20-9:14 | |
| 31. | Deposition of Lamont Ewell, pgs. 9:25-10:10 | |
| 32. | Deposition of Lamont Ewell, pg. 11:11-15 | |
| 33. | Deposition of Lamont Ewell, pgs. 17:21-18:2 | |
| 34. | Deposition of Lamont Ewell, pg. 18:17-19:1 | |
| 35. | Deposition of Lamont Ewell, pgs. 20:9-21:1 | |
| 36. | Deposition of Lamont Ewell, pgs. 21:19-22:3 | |
| 37. | Deposition of Lamont Ewell, pg. 22:20-24:14 | |
| 38. | Deposition of Lamont Ewell, pg. 25:22-26:1 | |
| 39. | Deposition of Lamont Ewell, pg. 26:12-28:22 | |
| 40. | Deposition of Lamont Ewell, pg. 30:15-35:11 | |
| 41. | Deposition of Lamont Ewell, pg. 38:10-20 | |
| 42. | Deposition of Lamont Ewell, pg. 39:22-40:7 | |
| 43. | Deposition of Lamont Ewell, pg. 41:3-17 | |
| 44. | Deposition of Lamont Ewell, pg. 42:8-16 | |
| 45. | Deposition of Lamont Ewell, pg. 43:18-44:3 | |
| 46. | Deposition of Lamont Ewell, pg. 48:21-51:17 | |

| No. | Description | Stipulations/Objections |
|-----|-------------|-------------------------|
| 47. | Deposition of Lamont Ewell, pg. 51:6-20 | |
| | | |
| 48. | Deposition of Lamont Ewell, pg. 65:22-67:22 | |

Dated: August 11, 2015

SIEGEL & YEE

By: _/s/Dan Siegel_
    Dan Siegel

Attorneys for Plaintiff
Daryelle LaWanna Preston

# ATTACHMENT J

1   DAN SIEGEL (SBN 56400)
    SONYA Z. MEHTA (SBN 294411)
2   SIEGEL & YEE
    499 14th Street, Suite 300
3   Oakland, California  94612
    Telephone:     (510) 839-1200
4   Facsimile:     (510) 444-6698

5   Attorneys for Plaintiff
    DARYELLE LAWANNA PRESTON
6
    BARBARA J. PARKER (SBN 069722)
7   OTIS McGEE, JR. (SBN 071885)
    MARIA BEE (SBN 167716)
8   JENNIFER N. LOGUE (SBN 241910)
    One Frank H. Ogawa Plaza, 6th Floor
9   Oakland, California 94612
    Telephone:     (510) 238-3589
10  Facsimile:     (510) 238-6500
    29892:1647767
11
    LAFAYETTE & KUMAGAI LLP
12  GARY T. LAFAYETTE (SBN 0088666)
    SUSAN T. KUMAGAI (SBN 127667)
13  AFRICA E. DAVIDSON (SBN 225680)
    101 Mission Street, Suite 600
14  San Francisco, California  94105
    Telephone:     (415) 357-4600
15  Facsimile:     (415) 357-4605

16  Attorneys for Defendants
    CITY OF OAKLAND and DEANNA SANTANA
17

18

19                    UNITED STATES DISTRICT COURT

20                   NORTHERN DISTRICT OF CALIFORNIA

21  DARYELLE LAWANNA PRESTON          Case No. 3:14-cv-02022 NC

22            Plaintiff,              **JOINT PROPOSED VOIR DIRE
                                      QUESTIONS**
23  vs.
                                      Courtroom:   D, San Francisco Courthouse
24  CITY OF OAKLAND; DEANNA           Judge:       Hon. Nathanael M. Cousins
    SANTANA, in her individual capacity; and   Pretrial Conference: August 19, 2015
25  DOES 1-10, inclusive             Trial Date:          September 14, 2015

26            Defendants.             Action Filed: March 17, 2014

27

28

---

JOINT PROPOSED VOIR DIRE QUESTIONS (Case No. 3:14-cv-02022 NC)                    1

1       Plaintiff DARYELLE LAWANNA PRESTON and defendants CITY OF OAKLAND

2  and DEANNA SANTANA  submit the following proposed voir dire questions.

3      1.     In the trial of this case, the parties are entitled to have a fair, unbiased and

4  unprejudiced jury.  If there is any reason why any of you might be biased or prejudiced against

5  any of the parties or their attorneys in any way?

6      2.     This trial will likely take two weeks to complete, but it may take longer.  Will any

7  of you find it difficult or impossible to participate for this period of time?

8      3.     Do you have any physical problems, conditions or restrictions that make it very

9  difficult for you to serve as a juror?

10     4.     Are you taking any medication, drugs or other substances that will prevent you

11 from hearing and remembering testimony or seeing evidence?

12     5.     Ms. Preston is represented by Dan Siegel and Sonya Mehta of the law firm of

13 Siegel & Yee.  The City of Oakland and Deanna Santana are represented by Gary T. Lafayette,

14 Susan T. Kumagai and Africa E. Davidson of Lafayette & Kumagai LLP.

15           (a)     Have you heard of, or are you acquainted with Daryelle Lawanna Preston,

16                   Deanna Santana and/or the attorneys in this case?

17     6.     During the trial of this case, other names you may hear are:

18           (a)     Winnie Anderson

19           (b)     Fred Blackwell

20           (c)     Desley Brooks

21           (d)     Barry Donelan

22           (e)     Tiana (T.C.) Everett

23           (f)     Phillip Lamont Ewell

24           (g)     Chuck Garcia

25           (h)     Trinett Gist-Skinner

26           (i)     Andrea Gourdine

27           (j)     Deborah Grant

28           (k)     Donna Hom

**JOINT PROPOSED VOIR DIRE QUESTIONS (Case No. 3:14-cv-02022 NC)**    2

1    (l) Yvonne Hudson

2    (m) Scott Johnson

3    (n) Howard Jordan

4    (o) Kitano Kasaine

5    (p) Joe Keffer

6    (q) Sonia Lara

7    (r) Dan Lindheim

8    (s) John Lois

9    (t) Dwight McElroy

10    (u) Otis McGee

11    (v) Emily Morrison

12    (w) Alexis Ologoroz

13    (x) Barbara Parker

14    (y) Jean Quan

15    (z) Teresa Reed

16    (aa) Dan Robertson

17    (bb) Courtney Ruby

18    (cc) Arturo Sanchez

19    (dd) LaTonda Simmons

20    (ee) Sandre Swanson

21    (ff) Cheryl Thompson

22   Have you heard of, or been acquainted with, any of these people? If so, please explain.

23 Do you have knowledge concerning the facts or events in this case? If so, what do you know?

24   7.  Do you believe that a case of this nature should not be brought into court for

25 determination by a jury?

26   8.  Have you, or any member of your family, or someone close to you ever had any

27 connection with or any dealings with the City of Oakland?

28    (a) If so, what?

1          (b)     Will it affect your ability to be fair and impartial?

2      9.      Are you, or any member of your family or someone close to you related to any

3  official or employee of the City of Oakland?  If so, explain.  Will this relationship affect your

4  ability to be fair and impartial?

5      10.     Have you, or any member of your family, or someone close to you, ever had a

6  negative experience with the City of Oakland?

7      11.     Would you as a juror be inclined to treat the City of Oakland differently than

8  another employer?

9      12.     Do you have any belief or feeling for or against government entities that might

10  prevent you from being a completely fair and impartial juror in this case?

11     13.     Have you ever been employed by a government entity?

12     14.     Do you feel that you have ever been wronged by a government entity?  Explain.

13     15.     If someone has a complaint or a criticism about a government entity, do you tend

14  to believe that that complaint or criticism is correct?

15     16.     Do you have any particular feelings or beliefs about government employees?

16     17.     Have you, or any members of your family, or anyone close to you, ever sued

17  anyone, or presented a claim against anyone, in connection with a matter similar to this case?

18          (a)     If so, is there anything about the experience that will interfere with your

19                  ability to be fair and impartial?

20          (b)     Did the matter end satisfactorily as far as you are concerned?

21          (c)     What was the nature of the claim?

22     18.     Has anyone ever sued or presented a claim against you, or any member of your

23  family, or anyone close to you, in connection with matters similar to this case?

24          (a)     If so, is there anything about the experience that will interfere with your

25                  ability to be fair and impartial?

26          (b)     Did the matter terminate satisfactorily as far as you are concerned?

27          (c)     What was the nature of the claim?

28     19.     Are you, or any member of your family, or anyone close to you, presently

---

**JOINT PROPOSED VOIR DIRE QUESTIONS (Case No. 3:14-cv-02022 NC)**                                    4

1    involved in a lawsuit of any kind?

2    20.    Have you ever testified as a witness in any hearing or court?

3    21.    Have you ever served on a jury?

4            (a)    If yes, when and where did you serve?

5            (b)    What kind of case did you hear?

6            (c)    Did the jury reach a verdict?  Did you serve as a jury foreperson?

7            (d)    Was your jury service a positive or negative experience?

8    22.    Have you been to court for a reason other than jury duty?

9    23.    Please describe your formal education.

10   24.    Have you, or any member of your family, or anyone close to you, had any special

11   training in law?  If so, please describe.

12   25.    Do you have any experience or training in:

13           (a)    Human Resources;

14           (b)    Workplace investigations;

15           (c)    Union matters; or

16           (d)    Government legislative matters.

17   26.    Have you ever felt you were retaliated against by your employer?  Describe the

18   incident.

19   27.    Have you, or any member of your family, or anyone close to you, ever complained

20   to an employer of retaliation by your employer or co-workers?

21           (a)    What was the nature of the complaint and how was the matter resolved?

22           (b)    Will the experience affect your ability to be fair and impartial in this case?

23   28.    Have you ever known anyone who was terminated or discharged from a job?

24   29.    Has your employment or the employment of any family member, or anyone close

25   to you, ever been terminated for poor job performance?

26   30.    When you hear an employee has been discharged, do you tend to think he or she

27   was mistreated?

28   31.    Have you or has anyone in your family ever filed a complaint or a claim against

1 your employer?

2     32.     Have you ever had any training or have you worked in Labor Relations?

3     33.     Did you ever have the experience of terminating someone's employment?  Please

4 explain.  How did you feel about that experience?

5     34.     Ms. Preston, the plaintiff in this case, is asking for damages to compensate her for

6 losses she claims she suffered as a result of her termination by the City of Oakland.  What are

7 your feelings about the concept of someone paying money damages to correct a wrong?

8     35.     Ms. Preston is going to be asking for money to compensate her for emotional

9 distress.  How do you feel about the concept of quantifying in dollars the amount of emotional

10 distress someone may have suffered?

11     36.     Do you feel that money damages awarded in lawsuits are excessive?

12     37.     Have you or has anyone close to you ever been accused of retaliation against an

13 employee or otherwise treating an employee unfairly at work?

14     38.     Have you ever worked for a company that was sued by an employee for any type

15 of employment related claim?

16     39.     Have you, or any member of your family, or anyone close to you, ever been a

17 member of a union?

18         (a)     What union?

19         (b)     Did you, or person you know, hold an official position with the union?

20     40.     What is your occupation?  Where are you employed?  If you are retired, what was

21 your occupation?  If you are unemployed, what was your most recent occupation?

22         (a)     Do you have, or have you ever held, a management, supervisory or human

23                 resources position?

24         (b)     How many people do you or did you supervise or oversee?

25         (c)     Are you or were you involved in hiring, promoting or firing of employees?

26         (d)     Are you or were you involved in evaluating the job performance of other

27                 employees?

28         (e)     Are you or were you involved in investigating workplace complaints?

41. Have you ever held a position in any government legislative body?

    (a)    What is, was your position?

    (b)    What is, was the legislative body?

    (c)    What were your duties?

42. What is your marital status?

    (a)    If you are married, what is the occupation of your spouse?  Where is your spouse employed?  Is your spouse's job considered a management position?  If so, how many people does he or she currently manage?  Has your spouse ever had a job that was considered a management position?  If so, how many people did he or she manage?

43. Do you have children?  If so, how many?  If you have any adult children, what are their occupations?

44. In which city do you live?  (Do not give your address.)  How long have you lived in Northern California?

45. Do you believe that when a party files a lawsuit for wrongful termination it probably means that party was wrongfully terminated?

46. What magazines do you like to read?

47. What was the last book you read? Did you enjoy it?

48. What was the last movie you saw?

49. Do you think you would be a good juror in this case? Why or why not?

50. Will you follow the instructions of the court and its rulings on the law even if you do not agree with them?

51. Are you, or have you ever been a member of any group, board or agency that concerns civil rights or employment relations?

    (a)    If so, identify the group, board or agency and what it does?

    (b)    Is there anything about your experience that will interfere with your ability to be fair and impartial?

52. What social, civic, professional, trade, or other organizations are you affiliated

1 | with?  Have you held any offices within these organizations?

2 |     53.    Do you know anyone else on this jury panel?

3 |     54.    Do you believe in the jury system? Why?

4 |     55.    At this stage of the case are you leaning in favor of either party?

5 |     56.    Do you know of any reason why you cannot give either plaintiff Lawanne Preston

6 | or defendants City of Oakland and Deanna Santana a fair trial?

9 | DATED:  August 12, 2015         SIEGEL & YEE

11 |                          /s/ *Dan Siegel*
 |                          Dan Siegel

12 |                          Attorneys for Plaintiff
 |                          DARYELLE LAWANNA PRESTON

13 | DATED:  August 12, 2015         CITY OF OAKLAND

15 |                          /s/ *Otis McGee, Jr.*
 |                          Otis McGee, Jr.

16 |                          Attorneys for Defendants
 |                          CITY OF OAKLAND and DEANNA SANTANA

17 | DATED:  August 12, 2015         LAFAYETTE & KUMAGAI LLP

18 |                          /s/ *Gary T. Lafayette*

19 |                          Gary T. Lafayette
 |                          Attorneys for Defendants

20 |                          CITY OF OAKLAND and DEANNA SANTANA

# ATTACHMENT K

1   DAN SIEGEL (SBN 56400)
    SONYA Z. MEHTA (SBN 294411)
2   SIEGEL & YEE
    499 14th Street, Suite 300
3   Oakland, California 94612
    Telephone:   (510) 839-1200
4   Facsimile:   (510) 444-6698

5   Attorneys for Plaintiff
    DARYELLE LAWANNA PRESTON
6
7   BARBARA J. PARKER (SBN 069722)
    OTIS McGEE, JR. (SBN 071885)
    MARIA BEE (SBN 167716)
8   JENNIFER N. LOGUE (SBN 241910)
    One Frank H. Ogawa Plaza, 6th Floor
9   Oakland, California 94612
    Telephone:   (510) 238-3589
10  Facsimile:   (510) 238-6500
    29892:1647767
11
12  LAFAYETTE & KUMAGAI LLP
    GARY T. LAFAYETTE (State Bar No. 88666)
13  SUSAN T. KUMAGAI (State Bar No. 127667)
    AFRICA E. DAVIDSON (State Bar No. 225680)
    101 Mission Street, Suite 600
14  San Francisco, California 94105
    Telephone:   (415) 357-4600
15  Facsimile:   (415) 357-4605

16  Attorneys for Defendants
    CITY OF OAKLAND and DEANNA SANTANA
17

18                    UNITED STATES DISTRICT COURT

19                  NORTHERN DISTRICT OF CALIFORNIA

20

21  DARYELLE LAWANNA PRESTON,          Case No. 3:14-cv-02022 NC

22                  Plaintiff,          **JOINT PROPOSED JURY**
                                        **QUESTIONNAIRE**
23  v.
                                        Courtroom:   D, San Francisco Courthouse
24  CITY OF OAKLAND; DEANNA             Judge:       Hon. Nathanael M. Cousins
    SANTANA, in her individual capacity; and   Pretrial Conference: August 19, 2015
25  DOES 1 through 10, inclusive,       Trial Date:        September 14, 2015

26                  Defendants.          Action Filed: March 17, 2014

27

28

                                                                              1

**JOINT PROPOSED JURY QUESTIONNAIRE (Case No. 3:14-cv-02022 NC)**

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
101 MISSION STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
101 MISSION STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

GENERAL QUESTIONS

PLEASE PRINT ALL ANSWERS LEGIBLY

FULL NAME: _____

1.1.    Date and place of birth: _____

_____

1.2.    Where you currently live? _____ Do you:    _____ own?    _____ rent?

1.3.    Area(s), neighborhood(s), or community(ies) where you have lived in the past 10 years (and dates): _____

_____

1.4.    What is the highest level of education you completed?

_____    Grade school or less

_____    Some high school

_____    High school graduate

_____    Some college (major) _____

_____    College graduate (major) _____

_____    Postgraduate study (major) _____

_____    Technical, vocational, or business school (major) _____

_____    Other (please explain) _____

1.5.    If you plan to attend or are currently attending school, describe:

_____

_____

_____

1.6.    If you have taken any courses or had any training in medicine or other health care fields (including psychiatry, psychology, or marriage and family counseling), describe:

_____

_____

2

1

2      1.7.    If you have taken any courses or had any training in law or a related subject,

3 describe:

4 _____

5 _____

6 _____

7      1.8.    Education background of any other adult who lives in your home, including any

8 degrees or certificates earned:

9 _____

10 _____

11 _____

12      1.9.    Your present employment status (check all that apply):

13 _____       Employed full-time

14 _____       Employed part-time

15 _____       Homemaker

16 _____       Retired

17 _____       Student

18 _____       Unemployed, looking for work

19 _____       Unemployed, not looking for work

20 _____       Permanently disabled from working

21 _____       Temporarily disabled from working

22 _____       Other (explain) _____

23 _____

24 _____

25      1.10.   Your current or most recent occupation: _____

26 _____

27 _____

28

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
101 MISSION STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
FAX (415) 357-4605
(415) 357-4600

3

**JOINT PROPOSED JURY QUESTIONNAIRE (Case No. 3:14-cv-02022 NC)**

1.11.   How long have you been at your current job, unemployed, student, retired, homemaker or disabled? _____ years.

1.12.   How are you paid by your employer?  (If not currently working, your previous job.)  Check one:

_____        Hourly

_____        Salary

_____        Hourly/salary

_____        Commission only

1.13.   Name of your most recent employer or, if a student, your school:

_____

_____

_____

1.14.   What are your specific duties and responsibilities on the job?

_____

_____

_____

1.15.   Does your job involve supervising other people?    Yes _____  No _____

If yes, approximately how many? _____

1.16.   Are you involved in the hiring or firing of other employees:

Yes _____ No _____

1.17.   The current or most recent occupation of any adult who lives in your household: _

_____

_____

1.18.   The current or last employment of any adult who lives in your household:

_____

_____

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
101 MISSION STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
FAX (415) 357-4605
(415) 357-4600

4

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
101 MISSION STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

1.19.   What are/were the occupations of your parents?  (if retired, what did they do before?)

Mother: _____

Father: _____

1.20.   If you have children, please list (including any children who do not currently live with you):

| Gender | Age | Does child live with you | Education | Occupation |
|--------|-----|--------------------------|-----------|------------|
| _____ | ____ | _____ | _____ | _____ |
| _____ | ____ | _____ | _____ | _____ |
| _____ | ____ | _____ | _____ | _____ |
| _____ | ____ | _____ | _____ | _____ |
| _____ | ____ | _____ | _____ | _____ |

1.21.   If you or any adult who lives in your household has ever served in the military, please list for each the branch of service and dates of service: _____

_____

_____

1.22.   What social, civic, professional, trade, or other organizations are you affiliated with? _____

_____

_____

1.23.   Describe any offices you have held in organizations listed above:

_____

_____

_____

1.24.   Do you know anyone else on this jury panel?

_____

_____

5

**JOINT PROPOSED JURY QUESTIONNAIRE (Case No. 3:14-cv-02022 NC)**

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
101 MISSION STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

1.25  How many cases have you served on a jury? _____

Where did you serve on a jury? _____

_____

What kinds of cases did you hear while serving on a jury? _____

_____

_____

In how many of those cases did the jury reach a verdict? _____

_____

In how many of those cases did you serve as the jury foreperson? _____

_____

Was your jury service a positive or negative experience? _____

_____

_____

_____

1.26.  Describe any problems (vision, hearing or other medical problems) that may affect

your jury service: _____

_____

_____

1.27.  If you or anyone close to you has ever made any type of claim for damages,

explain: _____

_____

1.28.  If a claim for money damages has ever been made against you or anyone close to

you, explain the circumstances: _____

_____

_____

6

**JOINT PROPOSED JURY QUESTIONNAIRE (Case No. 3:14-cv-02022 NC)**

1.29.   If you or anyone close to you has ever sued or been sued in any type of lawsuit,

explain: _____

_____

_____

1.30.   Do you feel that money damages awarded in lawsuits are (Check One):

☐ Excessive                     ☐ Occasionally too low

☐ Often too large               ☐ Often too low

☐ About right                   ☐ Other (specify) _____

1.31.   If you have any ethical, religious, political, or other beliefs that may prevent you

from serving as a juror, explain: _____

_____

_____

2.1.   Place a check mark on the appropriate line(s) if you or anyone close to you has

ever been employed in any capacity by any of the following types of businesses:

| Yourself | Other Person | |
|----------|--------------|---|
| _____ | _____ | Any court in the State of California |
| _____ | _____ | Attorney, law firm, or law office |
| _____ | _____ | Claims adjustment, evaluation, review, settlement, or investigation |
| _____ | _____ | Accident investigation or law enforcement |
| _____ | _____ | Disability, health, life, casualty, or accidental injury benefits or programs |
| _____ | _____ | Economics, actuarial, or investments |
| _____ | _____ | Health care doctor, nursing, hospital, dental, counseling, therapy, pharmacy, psychology, or any related field |
| _____ | _____ | Department of Fair Employment and Housing, Equal Employment Opportunity Commission |

2.2.   If you checked any line in the previous question (2.1), please state the relationship

of that person to you, the type and details of that employment and the years of that employment:

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
101 MISSION STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

7

**JOINT PROPOSED JURY QUESTIONNAIRE (Case No. 3:14-cv-02022 NC)**

1  _____

2  _____

3  _____

4      2.3.    Do you have any beliefs against awarding damages for personal injury, pain or

5  suffering, or emotional distress?        Yes _____        No _____

6      If yes, explain: _____

7  _____

8  _____

9  _____

10     3.1.    In the trial of this case, the parties are entitled to have a fair, unbiased and

11  unprejudiced jury.  If there is any reason why you might be biased or prejudiced in any way, you

12  must disclose such reasons when you are asked to do so.  It is your duty to make this disclosure.

13  Please explain. _____

14  _____

15  _____

16  _____

17  _____

18     This trial will likely take 10 to 12 days to complete, but it may take longer.

19  Will you find it difficult or impossible to participate for this period of time?

20          Yes _____        No _____

21     Please explain: _____

22  _____

23  _____

24  _____

25     3.2.    Are you taking any medication or drugs which will prevent you from hearing and

26  remembering testimony or seeing evidence?

27          Yes _____        No _____

28     3.3.    Plaintiff is represented by Dan Siegel and Sonya Mehta.  Defendants City of

8

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
101 MISSION STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

1  Oakland and Deanna Santana are represented by Gary T. Lafayette, Susan T. Kumagai and Africa

2  E. Davidson of the law firm of Lafayette & Kumagai LLP.

3          (a)    Have you heard of, or are you acquainted with any of these parties,

4  plaintiff's attorney, or the defendant's attorneys?

5          Yes _____      No _____

6  Please explain: _____

7  _____

8  _____

9  _____

10     3.4.    During the trial of this case, the following individuals may be called as witnesses:

11

12         1.    Winnie Anderson

13         2.    Fred Blackwell

14         3.    Desley Brooks

15         4.    Barry Donelan

16         5.    Tiana (T.C.) Everett

17         6.    Phillip Lamont Ewell

18         7.    Chuck Garcia

19         8.    Trinett Gist-Skinner

20         9.    Andrea Gourdine

21         10.    Deborah Grant

22         11.    Donna Hom

23         12.    Yvonne Hudson

24         13.    Scott Johnson

25         14.    Howard Jordan

26         15.    Kitano Kasaine

27         16.    Joe Keffer

28         17.    Sonia Lara

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
101 MISSION STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

9

**JOINT PROPOSED JURY QUESTIONNAIRE (Case No. 3:14-cv-02022 NC)**

1      18.    Dan Lindheim

2      19.    John Lois

3      20.    Dwight McElroy

4      21.    Otis McGee

5      22.    Emily Morrison

6      23.    Alexis Ologoroz

7      24.    Barbara Parker

8      25.    Jean Quan

9      26.    Teresa Reed

10      27.    Dan Robertson

11      28.    Courtney Ruby

12      29.    Arturo Sanchez

13      30.    LaTonda Simmons

14      31.    Sandre Swanson

15      32.    Cheryl Thompson

16      (a)      Have you heard of, or been acquainted with, any of these people?

17      Yes _____             No _____

18    Please explain: _____

19 _____

20 _____

21 _____

22     3.5.     Do you have knowledge concerning the facts or events in this case?

23        Yes _____             No _____

24    Please explain: _____

25 _____

26 _____

27 _____

28

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
101 MISSION STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

10

3.6.    Do you believe that a case of this nature should not be brought into court for determination by a jury?

Yes _____          No _____

Please explain: _____

_____

_____

_____

3.7.    Do you have any belief or feeling towards any of the parties, attorneys or witnesses that might be regarded as bias or prejudice for or against any of them?

Yes _____          No _____

Please explain: _____

_____

_____

3.8.    Do you have any interest, financial or otherwise, in the outcome of this case?

Yes _____          No _____

Please explain: _____

_____

_____

3.9.    Have you served as a witness involving any of these parties, attorneys or witnesses?

Yes _____          No _____

Please explain: _____

_____

_____

(a)    Will it affect your ability to be fair and impartial?

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
101 MISSION STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

11

Yes _____        No _____

Please explain: _____

_____

_____

3.10.   Have you or any member of your family or close friends ever been employed by the City of Oakland?

Yes _____        No _____

Please explain: _____

_____

_____

(a)      Will this relationship affect your ability to be fair and impartial?

Yes _____        No _____

Please explain: _____

_____

_____

3.11.   Have you ever done business with the City of Oakland?

Yes _____        No _____

Please explain: _____

_____

_____

(a)      Have you had any problems with the City of Oakland?

Yes _____        No _____

Please explain: _____

_____

_____

(b)      How was it resolved? _____

_____

_____

JOINT PROPOSED JURY QUESTIONNAIRE (Case No. 3:14-cv-02022 NC)

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
101 MISSION STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

(c)    Will your experience in any way affect your ability to be fair and impartial?

Yes _____          No _____

Please explain: _____

_____

_____

3.12.   The fact that a government entity is a party in this case must not affect your deliberations or your verdict. You may not discriminate between a government entity and natural individuals. Both are persons in the eyes of the law and both are entitled to have a fair and impartial trial based upon the same legal standards. Do you have any belief or feeling for or against government entities that might prevent you from being a completely fair and impartial juror in this case?

Yes _____          No _____

Please explain: _____

_____

_____

3.13.   Is there anything about this case, i.e., the parties involved or the subject matter, which makes it difficult for you to serve as a fair and impartial juror?

Yes _____          No _____

Please explain: _____

_____

_____

3.14.   Have you, or any members of your family or close friends ever sued anyone, or presented a claim against anyone, in connection with a matter similar to this case?

Yes _____          No _____

Please explain: _____

_____

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
101 MISSION STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

13

**JOINT PROPOSED JURY QUESTIONNAIRE (Case No. 3:14-cv-02022 NC)**

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
101 MISSION STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

1

2    (a)    How was it resolved? _____

3    (b)    Will your experience in any way affect your ability to be fair and impartial?

4           Yes _____          No _____

5    Please explain: _____

6    _____

7    _____

8    3.15.   Has anyone ever sued you, or any member of your family or close friends, or

9    presented a claim against you, in connection with matters similar to this case?

10          Yes _____          No _____

11   Please explain: _____

12   _____

13   _____

14   (a)    How was it resolved? _____

15   (b)    Will your experience in any way affect your ability to be fair and impartial?

16          Yes _____          No _____

17   Please explain: _____

18   _____

19   _____

20   3.16.   Have you ever hired an attorney or talked to an attorney about a problem?

21          Yes _____          No _____

22   Please explain: _____

23   _____

24   _____

25   3.17.   Do you have any experience in personnel matters, such as retaliation?

26          Yes _____          No _____

27   Please explain: _____

28   _____

14

1 _____

2 _____

3 _____

4     3.18.   Have you, or any member of your family or close friends, ever been involved in

5 an incident of retaliation in the workplace?

6         Yes _____        No _____

7     Please explain: _____

8 _____

9 _____

10 _____

11     (a)    Was a claim or lawsuit filed?

12         Yes _____        No _____

13     Please explain: _____

14 _____

15 _____

16     (b)    How was it resolved? _____

17     (c)    Were you satisfied with how it was resolved?

18         Yes _____        No _____

19     Please explain: _____

20 _____

21 _____

22     (d)    Will your experience in any way affect your ability to be fair and impartial?

23

24         Yes _____        No _____

25     Please explain: _____

26 _____

27 _____

28     3.19.   Have you, or any member of your family or close friends, ever made a complaint

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
101 MISSION STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

15

of retaliation against an employer and/or a co-worker?

Yes _____          No _____

Please explain: _____

_____

_____

(a)   How was it resolved? _____

(b)   Were you satisfied with how it was resolved?

Yes _____          No _____

Please explain: _____

_____

(c)   Will your experience in any way affect your ability to be fair and impartial?

3.20.   Are there any kinds of lawsuits, which you think are unfair or unjust, and should not be brought to court?

Yes _____          No _____

Please explain: _____

_____

3.21.   What do you think about people who bring lawsuits?

_____

_____

_____

3.22.   If you thought you were discriminated or retaliated against, would you consider bringing a lawsuit?

Yes _____          No _____

Please explain: _____

JOINT PROPOSED JURY QUESTIONNAIRE (Case No. 3:14-cv-02022 NC)

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
101 MISSION STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
101 MISSION STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

3.23.   What do you think about the jury system?

3.24.   Do you believe that when a party files a lawsuit against his or her current or former employer for retaliation, it probably means that party has been retaliated against by the employer?

Yes _____          No _____

Please explain: _____

3.25.   It is important that the parties have your assurance that you will, without reservation, follow the instructions of the court and its rulings on the law and apply that law to this case.  Whether you approve or disapprove of the court's rulings or instructions, it is your solemn duty to accept as correct these statements of the law.  You may not substitute your own ideas of what you think the law ought to be.  Will you follow the instructions of the court and its rulings on the law and apply that law to this case?

Yes _____          No _____

3.26.   Do you know of any other reason, or has anything occurred during the questioning period, that might make you doubtful you would be a completely fair and impartial juror in this case?  If there is, it is your duty to disclose the reasons at this time.

Yes _____          No _____

Please explain: _____

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
101 MISSION STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

3.27.   Are you an officer of a corporation?

Yes _____        No _____

Please explain: _____

_____

_____

(a)     Is there anything about your experience that will interfere with your ability to be

fair and impartial?

Yes _____        No _____

Please explain: _____

_____

3.28.   Have you, or any relatives or close friends, ever owned a business of any kind?

Yes _____        No _____

Please explain: _____

_____

_____

3.29    Have you or anyone close to you ever been a member of a union?

Yes _____        No _____

Please explain: _____

_____

_____

3.30.   Have you or anyone close to you ever held a position with a union such as an

officer or steward?

Yes _____        No _____

Please explain: _____

_____

_____

18

JOINT PROPOSED JURY QUESTIONNAIRE (Case No. 3:14-cv-02022 NC)

3.31    Do you have strong feelings, whether positive or negative, toward unions or union members?

                            Yes _____                    No _____

           Please explain: _____

_____

_____

3.32.   Have you or anyone close to you ever held a position wherein you participated in negotiations leading to agreements between a union and an employer?

                            Yes _____                    No _____

           Please explain: _____

_____

_____

3.33.   Have you or anyone close to you held a legislative position for a municipality, state, and/or the United States government?

                            Yes _____                    No _____

           Please explain: _____

_____

_____

3.34.   Have you or anyone close to you ever been a member of a city council?

                            Yes _____                    No _____

           Please explain: _____

_____

_____

3.35.   What is your primary source of news? _____

_____

_____

3.36.   Will you be able to be a fair and impartial juror to both sides involved in this case?

                Yes _____                    No _____

           Please explain: _____

19

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
101 MISSION STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

1 _____

2 _____

3 _____

4 _____

5 _____

6 _____

7     3.37.  Please use this space to inform the court of any further information you feel

8 concerns your ability to serve as a trial juror.

9 _____

10 _____

11 _____

12 _____

13 _____

14 _____

15 _____

16     3.38.  What is your marital status?

17 ☐ First Marriage      ☐ Widowed      ☐ Divorced

18 ☐ Second or later marriage    ☐ Single, Never Married    ☐ Separated

19 *For how long? _____ years

20     3.39.  To what extent do you agree or disagree with each of the following statements?

21

22     a.     "There are too many lawsuits."  (Explain) _____

23 _____

24 _____

25 _____

26     b.     "Jury awards are too high."  (Explain) _____

27 _____

28 _____

20

**JOINT PROPOSED JURY QUESTIONNAIRE (Case No. 3:14-cv-02022 NC)**

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
101 MISSION STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
101 MISSION STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

1

2    c.    "If it were up to me, I would change the justice system."  (Explain) _____

3    _____

4    _____

5    _____

6    _____

7    d.    "Large corporations or institutions are treated unfairly by our justice system."

8    (Explain) _____

9    _____

10   _____

11   _____

12   e.    "Lawsuits and high damages make companies and institutions act more

13   responsibly."  (Explain) _____

14   _____

15   _____

16   _____

17   f.    "If a lawsuit makes it to trial, there must be some merit to the plaintiff's case."

18   (Explain) _____

19   _____

20   _____

21   _____

22

23

24

25

26

27

28

**JOINT PROPOSED JURY QUESTIONNAIRE (Case No. 3:14-cv-02022 NC)**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

VERIFICATION

I, _____ (print name),

DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF

CALIFORNIA THAT THE FOREGOING RESPONSES I HAVE GIVEN ON THIS JUROR

QUESTIONNAIRE, AND ON ANY ATTACHED SHEETS, ARE TRUE AND CORRECT TO

THE BEST OF MY KNOWLEDGE AND BELIEF.

Date: _____, 2015      _____

                                      Signature

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
101 MISSION STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

22

**JOINT PROPOSED JURY QUESTIONNAIRE (Case No. 3:14-cv-02022 NC)**