LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 88666)
Email: glafayette@lkclaw.com
SUSAN T. KUMAGAI (State Bar No. 127667)
Email: skumagai@lkclaw.com
AFRICA E. DAVIDSON (State Bar No. 225680)
Email: adavidson@lkclaw.com
101 Mission Street, Suite 600
San Francisco, California 94105
Telephone:  (415) 357-4600
Facsimile:  (415) 357-4605

*Attorneys for Defendants*
CITY OF OAKLAND and DEANNA SANTANA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DARYELLE LAWANNA PRESTON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND; DEANNA SANTANA, in her individual capacity; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.  3:14-cv-02022 NC<br><br>**DEFENDANT'S APPLICATION AND ORDER TO ALLOW DEFENDANTS ENTRY INTO AND USE OF ELECTRONIC EQUIPMENT IN THE COURTROOM**<br><br>Final Pretrial Conference Date:<br>August 19, 2015<br>Time:  11:00 a.m.<br>Courtroom:  D (San Francisco)<br>Magistrate Judge: Nathanael M. Cousins |

　　　　Defendants City of Oakland (the "City") and Deanna Santana ("Santana"), in accordance with the Court's Pretrial Preparation Order dated July 20, 2015, submit the following Application and Proposed Order to allow defendants entry into and use of electronic equipment in the courtroom in connection with the above captioned matter.

Given that trial in this case is set to commence on September 14, 2015, Defendants City of Oakland and Deanna Santana (hereinafter "Defendants"), hereby apply for leave to bring into the Courtroom and to use the following electronic and audio-visual equipment to provide the display of videotaped depositions and graphics, all of which Defendants contend will aid the Court and Jury in reviewing the presentations and evidence submitted at the trial:

1. 2 Projector Screens;
2. 2 Optoma Projectors;
3. 2 Laptop computers;
4. 2 iPads;
5. Personal wireless motem (MoFi);
6. Projector table;
7. Easel;
8. Apple TV;
9. Associated power cords and cables; and
10. Cart.

The above listed equipment will be brought into the courtroom and operated by Kelvin Su, a Document Specialist employed by counsel for Defendant's office.

Dated: August 12, 2015   LAFAYETTE & KUMAGAI LLP
  */s/ Africa E. Davidson*
 AFRICA E. DAVIDSON
 Attorneys for Defendants
 CITY OF OAKLAND and DEANNA SANTANA

**ORDER**

Pursuant to the application of Defendants, and good cause appearing therefore, the Defendants are granted leave to bring into the Courtroom and to use the following electronic and audio-visual equipment to provide the display of videotaped depositions and graphics, all of which will aid the Court and Jury in reviewing the presentations and evidence submitted at the trial:

1. 2 Projector Screens;
2. 2 Optoma Projectors;
3. 2 Laptop computers;
4. 2 iPads;
5. Personal wireless motem (MoFi);
6. Projector table;
7. Easel;
8. Apple TV;
9. Associated power cords and cables; and
10. Cart.

The above listed equipment will be brought into the courtroom and operated by Kelvin Su, a Document Specialist employed by counsel for Defendant's office.

Dated: August 12, 2015

_____
Hon. Nathanael M. Cousins, United States Magistrate Judge

GRANTED
Judge Nathanael M. Cousins

Respectfully Submitted,

DATED: August 12, 2015        LAFAYETTE & KUMAGAI LLP

         /s/ Africa E. Davidson
AFRICA E. DAVIDSON
Attorneys for Defendants
CITY OF OAKLAND and DEANNA SANTANA

DEFENDANT'S APPLICATION AND ORDER TO ALLOW DEFENDANTS ENTRY INTO AND USE OF ELECTRONIC EQUIPMENT IN THE COURTROOM
(Case No. 3:14-cv-2022 NC)

3

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
101 MISSION STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605