DAN SIEGEL, SBN 56400
SONYA Z. MEHTA, SBN 294411
SIEGEL & YEE
499 14th Street, Suite 300
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
DARYELLE LAWANNA PRESTON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYELLE LAWANNA PRESTON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND; DEANNA SANTANA, in her individual capacity; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 3:14-CV-02022 NC<br><br>**PLAINTIFF'S REQUEST FOR AUTHORIZATION TO BRING EQUIPMENT INTO THE COURTROOM FOR THE PRESENTATION OF EVIDENCE DURING TRIAL AND [~~PROPOSED~~] ORDER**<br><br>Pretrial Conference: August 19, 2015<br>Time: 11:00 a.m.<br>Courtroom D, 15th Floor<br>Judge: Honorable Nathanael M. Cousins<br><br>Trial Date: September 14, 2015 |

Pursuant to the United States District Court, Northern District of California's General Order No. 58, plaintiff Daryelle Lawanna Preston respectfully requests an Order authorizing plaintiff to bring electronic equipment into the courthouse and the courtroom for the presentation of evidence during the trial in this matter.

---

*Preston v. City of Oakland, et al.*, No. 3:14-CV-02022 NC
Plaintiff's Request for Authorization and [~~Proposed~~] Order - 1

1  Dated: August 11, 2015

2  SIEGEL & YEE

3  By: */s/Dan Siegel*
   Dan Siegel

5  Attorneys for Plaintiff
   Daryelle Lawanna Preston

7  IT IS HEREBY ORDERED, that

Plaintiff Daryelle Lawanna Preston is authorized to bring electronic equipment into the courthouse and courtroom for evidence presentation during the trial in this matter.

Dated:  August 12, 2015

_____
Honorable Nathanael M. Cousins
Magistrate Judge, United States District Court

**GRANTED**
Judge Nathanael M. Cousins

---

*Preston v. City of Oakland, et al.*, No. 3:14-CV-02022 NC
Plaintiff's Request for Authorization and [~~Proposed~~] Order - 2