| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 02/2015) | TRANSCRIPT ORDER Please use one form per court reporter. CJA counsel please use Form CJA24 Please read instructions on next page. | | COURT USE ONLY DUE DATE: |
|---|---|---|---|

**1a. CONTACT PERSON FOR THIS ORDER**
Africa E. Davidson, Esq.

**2a. CONTACT PHONE NUMBER**
(415) 357-4600

**3. CONTACT EMAIL ADDRESS**
adavidson@lkclaw.com

**1b. ATTORNEY NAME (if different)**
Africa E. Davidson, Esq.

**2b. ATTORNEY PHONE NUMBER**
(415) 357-4600

**3. ATTORNEY EMAIL ADDRESS**
adavidson@lkclaw.com

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Lafayette & Kumagai
101 Mission Street, Suite #600, SF, CA 94105

**5. CASE NAME**
Daryelle LaWanna Preston v. City of Oakland, et al.

**6. CASE NUMBER**
14-cv-02022 NC

**8. THIS TRANSCRIPT ORDER IS FOR:**
☐ APPEAL   ☐ CRIMINAL
☐ NON-APPEAL   ☑ CIVIL
☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
CJA: Do not use this form; use Form CJA24.

**7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX)** → ☐ FTR

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)
b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)
c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/14/2015 | NMC | Trial | | ● | ● | ○ | ● | ○ | ○ | ○ | ○ | ● | ○ | ● |
| 09/15/2015 | NMC | Trial | | ● | ● | ○ | ● | ○ | ○ | ○ | ○ | ● | ○ | ● |
| 09/16/2015 | NMC | Trial | | ● | ● | ○ | ● | ○ | ○ | ○ | ○ | ● | ○ | ● |
| 09/17/2015 | NMC | Trial | | ● | ● | ○ | ● | ○ | ○ | ○ | ○ | ● | ○ | ● |
| 09/18/2015 | NMC | Trial | | ● | ● | ○ | ● | ○ | ○ | ○ | ○ | ● | ○ | ● |
| 09/19/2015 | NMC | Trial | | ● | ● | ○ | ● | ○ | ○ | ○ | ○ | ● | ○ | ● |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**
Requesting daily transcripts of entire jury trial, excluding jury selection.

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**11. SIGNATURE** [signature]

**12. DATE** 08/21/2015

DISTRIBUTION:   ☐ COURT COPY   ☐ TRANSCRIPTION COPY   ☐ ORDER RECEIPT   ☐ ORDER COPY