DAN SIEGEL, SBN 56400
SONYA Z. MEHTA, SBN 294411
SIEGEL & YEE
499 14th Street, Suite 300
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
DARYELLE LAWANNA PRESTON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| DARYELLE LAWANNA PRESTON, | ) Case No. 3:14-CV-02022 NC |
|---|---|
| Plaintiff, | ) |
| vs. | ) **PLAINTIFF'S UPDATED EXHIBIT LIST** |
| CITY OF OAKLAND; DEANNA SANTANA, in her individual capacity; and DOES 1 through 10, inclusive, | ) Trial Date: September 14, 2015 |
| Defendants. | ) |

PLAINTIFF DARYELLE LAWANNA PRESTON hereby proposes the following exhibits to be offered at trial:

| No. | Description | Sponsoring Witness | Stipulations/ Objections | Date Admitted |
|---|---|---|---|---|
| 1. | City of Oakland Administrative Instruction No. 140 re: Electronic Media Policy, April 12, 2007 | Santana or Simmons | | |
| 2. | Andrea Gourdine email to Lawanna Preston re: Assistant City Administrators Johnson and Blackwell, September 26, 2011 (LP | Preston | | |

---

*Preston v. City of Oakland, et al.*, No. 3:14-CV-02022 NC
Plaintiff's Updated Exhibit List - 1

| No. | Description | Sponsoring Witness | Stipulations/ Objections | Date Admitted |
|---|---|---|---|---|
| | 19-23) | | | |
| 3. | Howard Jordan email to Deanna Santana re: Rainbow Teen Center, January 5, 2012 (OAK00010078-10080) | Santana | | |
| 4. | Alexandra Orologas email to Lawanna Preston, Scott Johnson re: Employee Relations move, January 12, 2012 (LP 59) | Preston | | |
| 5. | Lawanna Preston email to Alexandra Orologas re: inter office memo re: bargaining, February 15, 2012 (OAK00000716) | Preston | | |
| 6. | Draft Agenda Report re: Rainbow Teen Center, February 20, 2012 (LP 97-119) | Santana | | |
| 7. | Deanna Santana email to Barbara Parker, etc. re: Confidential Draft re: Rainbow Teen Center, February 20, 2012 (LP 94) | Santana | | |
| 8. | Final Agenda Report re: Rainbow Teen Center, February 24, 2012 (OAK00000874-893) | Preston | | |
| 9. | Video recording of Oakland City Council Meeting, March 6, 2012 | Preston | | |
| 10. | Deanna Santana email to Lawanna Preston re: Preston's remarks at the Council meeting, March 6, 2012 (OAK00005706) | Preston | | |
| 11. | Teresa Reed email to Lawanna Preston re: Local 55, March 23 2012 (LP 522) | Preston | | |
| 12. | Employee Performance Appraisal Form and Performance Plan for Lawanna Preston, April 30, 2011- | Santana or Preston | | |

*Preston v. City of Oakland, et al.*, No. 3:14-CV-02022 NC
Plaintiff's Updated Exhibit List - 2

| No. | Description | Sponsoring Witness | Stipulations/ Objections | Date Admitted |
|---|---|---|---|---|
| | May 1, 2012 (OAK00001077-1082) | | | |
| 13. | Deana Santana email to Lawanna Preston, Howard Jordan, Philip Ewell re: Local 55 and OPOA bargaining, January 4, 2013 (OAK00000414-416) | Santana | | |
| 14. | Philip Lamont Ewell's Confidential Summary Report re: union negotiations, February 20, 2013 (LP 253-257) | Ewell or Preston | | |
| 15. | TC Everett email to Judith Dalke re: Lawanna Preston email problem, June 6, 2013 (LP 271) | Everett or Preston | | |
| 16. | Joe Keffer email to Lawanna Preston, etc. re: SEIU grievance, June 26, 2013 (Preston deposition exhibit 6) | Keffer or Preston | | |
| 17. | Agreement between the City of Oakland and Local 55, June 28, 2013 (OAK00005439) | Reed | | |
| 18. | Lawanna Preston email to Deanna Santana, Doryanna Moreno, re: Fire Chief's extension of Local 55 agreement, July 3, 2013 (LP 290-291) | Preston | | |
| 19. | Teresa Reed email to Winnie Anderson re: Local 55, July 3, 2013 (OAK00001054-1055) | Reed | | |
| 20. | Lawanna Preston email to Desley Brooks re: Amending the Local 55 MOU, July 4, 2013 (LP 286-289) | Preston | | |
| 21. | NO EXHIBIT | | | |
| 22. | Trinette Gist Skinner email to Lawanna Preston, Winnie Anderson re: Local 55, July 5, 2013 | Reed or Preston | | |

*Preston v. City of Oakland, et al.*, No. 3:14-CV-02022 NC
Plaintiff's Updated Exhibit List - 3

| No. | Description | Sponsoring Witness | Stipulations/ Objections | Date Admitted |
|---|---|---|---|---|
| | (OAK00005436-5437) | | | |
| 23. | City of Oakland Special Meeting of the Council minutes, July 25, 2013 (Dkt. 86, pp. 202-206) | Simmons | | |
| 24. | NO EXHIBIT | | | |
| 25. | Lawanna Preston email to Winnie Anderson, Katano Kasaine, re: SEIU bargaining meeting, August 5, 2013 (Preston deposition exhibit 5) | Preston or Kasaine | | |
| 26. | Deanna Santana email to Katano Kasaine, etc. re: SEIU, August 6, 2013 (LP 321) | Santana or Kasaine | | |
| 27. | Winnie Anderson handwritten notes re: SEIU bargaining meeting, August 6, 2013 (OAK00014062-14063) | Anderson | | |
| 28. | Dwight McElroy handwritten notes re: SEIU bargaining meeting, August 6, 2013 (McElroy deposition exhibit 16) | McElroy | | |
| 29. | Winnie Anderson email to Katano Kasaine re: SEIU bargaining meeting, August 6, 2013 (OAK00000987-988) | Anderson or Kasaine | | |
| 30. | NO EXHIBIT | | | |
| 31. | Lawanna Preston email to Katano Kasaine re: SEIU grievance, September 10, 2013 (LP 372-373) | Preston | | |
| 32. | Deanna Santana email to Lawanna Preston re: SEIU grievance, September 10, 2013 (OAK00010331) | Santana | | |

*Preston v. City of Oakland, et al.*, No. 3:14-CV-02022 NC
Plaintiff's Updated Exhibit List - 4

| No. | Description | Sponsoring Witness | Stipulations/ Objections | Date Admitted |
|---|---|---|---|---|
| 33. | Lawanna Preston to Sandre Swanson re: SEIU grievance, September 12, 2013 (LP 380) | Preston | | |
| 34. | Lawanna Preston email to Deanna Santana re: SEIU grievance, September 17, 2013 (LP 390) | Preston | | |
| 35. | Oakland City Council Ordinance, September 17, 2013 (OAK00000032) | Simmons | | |
| 36. | Deanna Santana email to Lawanna Preston re: SEIU grievance, September 18, 2013 (LP 407-408) | Santana | | |
| 37. | Lawanna Preston email to Barbara Parker, Doryanna Moreno re: SEIU grievance, September 19, 2013 (LP 409) | Preston | | |
| 38. | NO EXHIBIT | | | |
| 39. | NO EXHIBIT | | | |
| 40. | Donna Hom email to Deanna Santana, Arturo Sanchez re: SEIU grievance, September 29, 2013 (OAK00010211) | Santana | | |
| 41. | Lawanna Preston email to Barbara Parker, Deanna Santana re: SEIU grievance, September 29, 2013 (LP 434) | Preston | | |
| 42. | Katano Kasaine email to Dwight McElroy re: SEIU grievance, October 1, 2013 (McElroy deposition exhibit 21) | McElroy or Kasaine | | |
| 43. | City/SEIU Local 1021 TPT Negotiations 2013 Tentative Agreement, October 2, 2013 (Keffer deposition exhibit 13) | Keffer or Preston | | |

| No. | Description | Sponsoring Witness | Stipulations/ Objections | Date Admitted |
|---|---|---|---|---|
| 44. | Notice of Termination of Lawanna Preston, October 3, 2013 (OAK00000894-895) | Santana | | |
| 45. | Deanna Santana email to Lawanna Preston re: termination, October 3, 2013 (LP 440-441) | Santana | | |
| 46. | Lawanna D. Preston resume, October 2013 (LP 450-451) | Preston | | |
| 47. | Barbara Parker email to Joe Keffer, Deanna Santana, etc. re: SEIU grievance, October 14, 2013 (Keffer deposition exhibit 11) | Keffer | | |
| 48. | NO EXHIBIT | | | |

Dated: August 26, 2015

SIEGEL & YEE

By: */s/Dan Siegel*
     Dan Siegel

Attorneys for Plaintiff
Daryelle LaWanna Preston