```
DAN SIEGEL, SBN 56400
SONYA Z. MEHTA, SBN 294411
SIEGEL & YEE
499 14th Street, Suite 300
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
DARYELLE LAWANNA PRESTON
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| DARYELLE LAWANNA PRESTON, | Case No. 3:14-CV-02022 NC |
|---|---|
| Plaintiff, | **PLAINTIFF'S UPDATED WITNESS LIST** |
| vs. | |
| CITY OF OAKLAND; DEANNA SANTANA, in her individual capacity; and DOES 1 through 10, inclusive, | Pretrial Conference: August 19, 2015<br>Time:<br>Judge: Hon. Nathanael Cousins |
| Defendants. | Trial Date: September 14, 2015 |

The following is plaintiff's updated witness list:

| NO | WITNESS | TESTIMONY | TIME |
|---|---|---|---|
| 1. | Winnie Anderson | Local 55 tentative agreements, and SEIU grievance. | Direct: 20 mins.<br>Cross: |

---

*Preston v. City of Oakland, et al.*, No. 3:14-CV-02022 NC
 Plaintiff's Witness List - 1

| | | | |
|---|---|---|---|
| 2. | Fred Blackwell | Rainbow Teen Center, discussion at City Council, union relationship with Santana and Preston. | Direct: 20 mins. Cross: |
| 3. | Desley Brooks | Rainbow Teen Center, SEIU grievance, City Council meetings. | Direct: 45 mins. Cross: |
| 4. | Barry Donelan | Preston's work with police union. | Direct: 15 mins. Cross: |
| 5. | TC Everett | Oakland policy on access to employee emails, computer reliability, termination. | Direct: 15 mins. Cross: |
| 6. | Lamont Ewell | Preston's performance, emotional distress, Santana's performance. | Direct: 20 mins. Cross: |
| 7. | Chuck Garcia | Preston's work with Firefighters Union. | Direct: 15 mins. Cross: |
| 8. | Katano Kasaine | SEIU grievance, aftermath of termination. | Direct: 30 mins. Cross: |
| 9. | Joe Keffer | SEIU grievance. | Direct: 20 mins. Cross: |
| 10. | Sonia Lara | Preston's job performance, SEIU grievance. | Direct: 15 mins. Cross: |
| 11. | Dwight McElroy | SEIU grievance. | Direct: 15 mins. Cross: |
| 12. | Otis McGee | Reasons for Preston's termination, investigation of Preston, Preston telephone call to Santana. | Direct: 30 mins. Cross: |

| | | | |
|---|---|---|---|
| 13. | Barbara Parker | Reasons for Preston's termination, SEIU grievance, Local 55 tentative agreement, Rainbow Teen Center. | Direct: 30mins. Cross: |
| 14. | Lawanna Preston | Plaintiff. | Direct: 1 hour Cross: |
| 15. | Jean Quan | Reasons for Preston's termination. | Direct: 15 mins. Cross: |
| 16. | Teresa Reed | Local 55 tentative agreement. | Direct: 20 mins. Cross: |
| 17. | Dan Robertson | Preston's work with Firefighters Union. | Direct: 15 mins. Cross: |
| 18. | Deanna Santana | Retaliation against Preston. | Direct: 1 hour. Cross: |
| 19. | Sandre Swanson | Reasons for Preston's termination, Preston's performance. | Direct: 20 mins. Cross: |
| 20. | Cheryl Thompson | Emotional distress. | Direct: 10 mins. Cross: |

Dated: August 26, 2015

SIEGEL & YEE

By: /s/ Sonya Z. Mehta
    Sonya Z. Mehta

Attorneys for Plaintiff
Daryelle LaWanna Preston

*Preston v. City of Oakland, et al.*, No. 3:14-CV-02022 NC
Plaintiff's Witness List - 3