LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 88666)
Email: glafayette@lkclaw.com
SUSAN T. KUMAGAI (State Bar No. 127667)
Email: skumagai@lkclaw.com
AFRICA E. DAVIDSON (State Bar No. 225680)
Email: adavidson@lkclaw.com
101 Mission Street, Suite 600
San Francisco, California 94105
Telephone: (415) 357-4600
Facsimile: (415) 357-4605

*Attorneys for Defendants*
CITY OF OAKLAND and DEANNA SANTANA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DARYELLE LAWANNA PRESTON,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND; DEANNA SANTANA, in her individual capacity; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:14-cv-02022 NC<br><br>Complaint Filed: 3/7/2014<br><br>**DEFENDANT'S AMENDED TRIAL WITNESS LIST**<br><br>Final Pretrial Conference Date:<br>August 19, 2015<br>Time: 11:00 a.m.<br>Courtroom: D (San Francisco)<br>Magistrate Judge: Nathanael M. Cousins |

Defendants City of Oakland (the "City") and Deanna Santana ("Santana"), in accordance with the Court's Order Setting Further Pretrial Dates dated August 20, 2015, submit the following Amended Trial Witness List in connection with the above captioned matter.

///

///

///

1

DEFENDANT'S AMENDED TRIAL WITNESS LIST (Case No. 3:14-cv-02022 NC)

| No. | Witness | Subject of Testimony | Time Estimate for Direct Examination | Time Estimate for Cross Examination |
|---|---|---|---|---|
| 1 | Winnie Anderson | Plaintiff's alleged protected acts; union negotiations and agreements; plaintiff's work with unions | 30 minutes | 15 minutes |
| 2 | Fred Blackwell | Plaintiff's alleged protected acts; the Rainbow Teen Center Report and City Council meeting on March 6, 2012 | 10 minutes | 10 minutes |
| 3 | Barry Donelan | Plaintiff's alleged protected acts; plaintiff's job performance; union negotiations; plaintiff's work with unions | 5 minutes | 5 minutes |
| 4 | Trinette Gist-Skinner | Plaintiff's alleged protected acts; facts regarding negotiations with Local 55 and tentative agreements | 20 minutes | 10 minutes |
| 5 | Andrea Gourdine | Legitimate business reasons for termination; conduct during investigations | 10 minutes | 10 minutes |
| 6 | Donna Hom | Union negotiations; Local 55 tentative agreements | 10 minutes | 5 minutes |
| 7 | Scott Johnson | Plaintiff's job performance | 10 minutes | 10 minutes |
| 8 | Howard Jordan | Plaintiff's alleged protected acts; plaintiff's work with unions | 10 minutes | 5 minutes |
| 9 | Katano Kasaine | Plaintiff's alleged protected acts; SEIU negotiations and grievance | 40 minutes | 20 minutes |

| No. | Witness | Subject of Testimony | Time Estimate for Direct Examination | Time Estimate for Cross Examination |
|---|---|---|---|---|
| 10 | Sonia Lara | Plaintiff's alleged protected acts; union negotiations, agreements and grievance; plaintiff's work with unions; investigations | 30 minutes | 15 minutes |
| 11 | Dwight McElroy | Union negotiations; SEIU grievance; plaintiff's work with unions | 5 minutes | 5 minutes |
| 12 | Alexandra Orologas | Legitimate business reasons for termination; process for agenda to City Council; plaintiff's dissemination of confidential information; plaintiff's conduct relating to City Council meetings | 10 minutes | 10 minutes |
| 13 | Barbara Parker | Rainbow Teen Center Report; SEIU grievance; Local 55 tentative agreements | 5 minutes | 20 minutes |
| 14 | Lawanna Preston | Alleged protected acts; job description; job performance; legitimate business reasons for termination | 1 hour | 1 hour |
| 15 | Jean Quan | Legitimate business reasons for termination; causation | 10 minutes | 5 minutes |
| 16 | Teresa DeLoach Reed | Local 55 negotiations and tentative agreements | 10 minutes | 10 minutes |
| 17 | Dan Robertson | Plaintiff's alleged protected acts; plaintiff's job performance; union negotiations | 5 minutes | 5 minutes |
| 18 | Arturo Sanchez | Plaintiff's termination | 5 minutes | 5 minutes |

| No. | Witness | Subject of Testimony | Time Estimate for Direct Examination | Time Estimate for Cross Examination |
|---|---|---|---|---|
| 19 | Deanna Santana | Legitimate business reasons for termination; plaintiff's alleged protected acts; dissemination of confidential information; causation | 1 hour | ½ hour |
| 20 | Kip Walsh | Drafting and signing of Rainbow Teen Center Report | 10 minutes | 5 minutes |

Respectfully Submitted,

DATED:  August 26, 2015                LAFAYETTE & KUMAGAI LLP


/s/ Gary T. Lafayette
GARY T. LAFAYETTE
Attorneys for Defendants
CITY OF OAKLAND and DEANNA SANTANA

DEFENDANT'S AMENDED TRIAL WITNESS LIST (Case No. 3:14-cv-02022 NC)