BARBARA J. PARKER, City Attorney (SBN 069722)
OTIS McGEE, JR., Chief Asst. City Attorney (SBN 071885)
MARIA BEE, Supervising Attorney (SBN 167716)
JENNIFER N. LOGUE, Deputy City Attorney (SBN 241910)
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3589
Fax: (510) 238-6500
29892:1647767

LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 0088666)
Email: glafayette@lkclaw.com
SUSAN T. KUMAGAI (SBN 127667)
Email: skumagai@lkclaw.com
AFRICA E. DAVIDSON (State Bar No. 225680)
Email: adavidson@lkclaw.com
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:    (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendants
CITY OF OAKLAND and DEANNA SANTANA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYELLE LAWANNA PRESTON<br><br>   Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND; DEANNA SANTANA, in her individual capacity; and DOES 1-10, inclusive<br><br>   Defendants. | Case No. C14-02022 NC<br><br>**DEFENDANTS' [PROPOSED] VERDICT FORM AS TO DEANNA SANTANA**<br><br>Courtroom: D<br>Judge: Magistrate Nathaniel Cousins<br>Trial Date: September 14, 2015<br><br>Action Filed: March 17, 2014 |

   Plaintiff Daryelle Lawana Preston ("Plaintiff") and Defendants CITY OF OAKLAND and DEANNA SANTANA ("Defendants"), hereby submit the following proposed special verdict forms in connection with the above captioned matter.

We answer the questions submitted to us as follows:

1. Did Plaintiff engage in free speech under the First Amendment?

    _____ Yes   _____ No

    If your answer to question 1 is yes, then answer question 2.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. When Plaintiff engaged in her right to free speech, was she acting as a private citizen and not as part of her official duties?

    _____ Yes   _____ No

    If your answer to question 2 is yes, then answer question 3.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3. Was Plaintiff's protected speech on a matter of public concern?

    _____ Yes   _____ No

    If your answer to question 3 is yes, then answer question 4.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4. Was Plaintiff's protected speech a substantial factor for her discharge?

    _____ Yes   _____ No

    If your answer to question 4 is yes, then answer question 5.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

5. Would the City of Oakland have terminated Plaintiff absent her engaging in her right to free speech?

    _____ Yes   _____ No

    If your answer to question 5 is no, then answer question 6.  If you answered yes, stop here, answer no further questions, and have the presiding juror sign and date this form.

6. Would the City of Oakland have terminated Plaintiff for information it discovered after October 3, 2013?

    _____ Yes   _____ No

DEFENDANTS' [PROPOSED] VERDICT FORM AS TO DEANNA SANTANA          1
Case No. C14-02022 NC

If you answer to question 6 is yes, then answer question 7. If you answered no, skip to question 8.

7. On what date did the City of Oakland discover information that would have justified Plaintiff's termination after October 3, 2013?  _____

8. What are Plaintiff's damages?
   a. Emotional distress damages        $_____
                        TOTAL:   $_____