UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYELLE LAWANNA PRESTON,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF OAKLAND, et al.,<br><br>    Defendants. | Case No. 14-cv-02022-NC<br><br>**ORDER RE: VERDICT FORM AND DENYING REQUEST FOR BIFURCATED TRIAL** |

The Court requested a proposed verdict form, Dkt. No. 118, and the parties responded with four verdict forms. The parties must confer further to see if they can agree on a single verdict form. By September 10 at noon, they must file an agreed upon verdict form, or at least each side's single proposed verdict form.

Furthermore, the defense proposed jury instruction suggests that the trial will be bifurcated for punitive damages. Plaintiff's instructions do not appear to request bifurcation. The request for bifurcation is DENIED for lack of good cause shown.

**IT IS SO ORDERED.**

Dated: September 8, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 14-cv-02022-NC