UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYELLE LAWANNA PRESTON,<br>　　　　Plaintiff,<br>　　v.<br>CITY OF OAKLAND, et al.,<br>　　　　Defendants. | Case No.14-cv-02022-NC<br><br>**JURY QUESTIONNAIRE** |

The Court has considered the parties' stipulated jury questionnaire, and modifies the jury questionnaire as follows. The questionnaire is attached, and will not include any identifying information about the case. Any objections may be made by **September 10 at 12:00 p.m.**

The jury will be called on September 11, 2015 at 8:30 a.m. Each party must have at least one attorney or other authorized individual available in the San Francisco courthouse clerks' office at 10:00 a.m. to photocopy and pick up the completed questionnaires. The parties must make at least three copies of the questionnaires, one for each party, and one for the Court. The original completed questionnaires will remain with the San Francisco courthouse. The parties must deliver a copy of the completed questionnaires to Judge Nathanael Cousins' chambers in **San Jose** by **4:00 p.m.** on Friday, September 11. The parties must certify at the completion of trial that they have destroyed or returned the questionnaires.

Case No. 14-cv-02022 NC

1  The parties and the Court will review the questionnaires prior to calling the jury on
2 Monday, September 14.  The Court will provide the parties an opportunity to stipulate to
3 and discuss striking jurors for cause on Monday, September 14.  However, the Court will
4 not strike any jurors prior to that date.

**IT IS SO ORDERED.**

Dated:  September 8, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

**PRINT ALL ANSWERS**                                                                 **Juror #**_____

**Juror Questionnaire: Civil Trial**
**United States District Court, Northern District of California, San Francisco**

**FULL NAME** _____   **DATE OF BIRTH**: _____

1. What city do you live in? _____   How long? _____
2. List cities where you have lived in the past 10 years: _____
   _____
3. What is your highest level of education? _____
4. List all degrees (with major), certificates, and licenses: _____
   _____
5. What is your occupation? _____
6. Your current employer: _____   How long? _____
   If retired or unemployed, list your last job and date: _____
7. Has your job involved the following responsibilities:
   (a) Supervising others: ❑ Yes   ❑ No        (b) Evaluating others: ❑ Yes ❑ No
   (c) Hiring or firing others: ❑ Yes    ❑ No
8. Do other adults live in your household?    ❑ Yes    ❑ No
   **If yes**, what are their occupations? _____
9. If you have children or step-children, please list (including children who do not live with you):

|   | Sex | Age | Occupation | Employer |
|---|-----|-----|------------|----------|
| 1 |     |     |            |          |
| 2 |     |     |            |          |
| 3 |     |     |            |          |
| 4 |     |     |            |          |

10. What is your marital status?
    ❑ Married  ❑ Single, Never Married  ❑ Divorced  ❑ Separated  ❑ Widowed
11. What are/were the occupations of your parents?
    _____
    _____

continue on next page

12. Have you or someone close to you ever had training or been employed in any of the following fields? (Check all that apply.)

    a. Audits or compliance investigations ❑ Yes, self ❑ Yes, someone else

    b. Human resources / personnel management ❑ Yes, self ❑ Yes, someone else

    c. Law, any legal field ❑ Yes, self ❑ Yes, someone else

    d. Mediation or dispute resolution ❑ Yes, self ❑ Yes, someone else

    e. Law enforcement ❑ Yes, self ❑ Yes, someone else

    f. Actuarial work ❑ Yes, self ❑ Yes, someone else

    g. Courts ❑ Yes, self ❑ Yes, someone else

    h. Legislative branch ❑ Yes, self ❑ Yes, someone else

    **If yes to any of the above**, please explain: _____

    _____

13. What social, civic, professional, trade, or other organizations are you affiliated with? Please note if you have held any offices in the organization.

    _____

14. Have you, or has a family member, ever served in the military? (Check all that apply.)
    ❑ Yes, I have   ❑ Yes, a family member has   ❑ No
    **If yes:** Which branch? _____ Dates served: _____ Rank: _____

15. Have you ever had any prior jury service?   ❑ Yes, criminal   ❑ Yes, civil   ❑ No

16. If yes, where did you serve on a jury? _____

17. If yes (to #14), how many of those cases reached a verdict? _____

18. If yes (to #14), were you the foreman? _____

19. Have you or anyone close to you ever <u>sued anyone</u>, or <u>been sued by anyone</u>?
    ❑ Yes, sued someone   ❑ Yes, been sued   ❑ No
    **If yes**, explain: _____

20. Have you or someone close to you ever been involved in an incident of retaliation in the workplace?
    ❑ Yes   ❑ No   **If yes**, explain, including if it was resolved satisfactorily: _____

2

21. Have you or someone close to you ever been a member of and/or held a position with a union?
    ❑ Yes   ❑ No   **If yes**, explain: _____

22. Have you or someone close to you ever been employed by the City of Oakland?
    ❑ Yes   ❑ No   **If yes**, explain: _____

23. Do you have any experience with the following:

    a. Labor negotiations                    ❑ Yes   ❑ No
    b. Union negotiations                    ❑ Yes   ❑ No

    **If yes to any,** please explain: _____

24. What is your primary source of news? _____
25. Describe your hobbies: _____

26. Identify any magazines that you subscribe to: _____

27. Describe any ethical, religious, or other beliefs that may prevent you from serving as a juror:
    _____

28. Describe any disabilities that would require accommodation for you to participate in the jury:
    _____

29. Are you taking any medication or drugs which will prevent you from hearing and remembering testimony or seeing evidence?
    ❑ Yes   ❑ No   **If yes**, explain: _____

30. This trial will take place from 9 a.m. to 4 p.m. Monday through Friday, for up to 10 days of trial, plus an unknown length of jury deliberation. Do you have a hardship that would prevent you from serving on this jury until September 25? (A hardship is considered based upon medical need, severe financial hardship, care of young children or dependent adults, travel to court of more than 75 miles, pre-paid travel, and/or an inability to understand and read English.)
    ❑ Yes   ❑ No   **If yes**, explain: _____

3

31. Is there anything else that the Court and the parties should know about you that could affect your ability to be a fair and impartial juror in this case?
    ❑ Yes   ❑ No   **If yes**, explain: _____

    _____

    _____

    _____

    _____

    _____

Because you must decide this case based only on the evidence received in the case and the Court's instructions as to the law that applies, you must not be exposed to any other information about the case or to the issues it involves during the course of your jury duty. Thus, until you are dismissed from the jury, or the end of the case, you may not communicate with anyone in any way about the merits of the case or anything to do with it. This includes discussing the case in person, in writing, by phone or electronic means, via e-mail, text messaging, or any Internet chat room, blog, website or other feature.

**Additionally, you may not conduct any outside research of your own, including searching for information about the case, parties, or attorneys on the internet.**

*I declare under the penalty of perjury that all the foregoing is true and correct, and I acknowledge that I have read and will abide by the Court's instructions above.*

_____            _____
         SIGNATURE                                DATE

4