UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARYELLE LAWANNA PRESTON,

    Plaintiff,

    v.

CITY OF OAKLAND, et al.,

    Defendants.

Case No. 14-cv-02022-NC

**ORDER FOR JURY REFRESHMENTS**

IT IS HEREBY ORDERED that the United States District Court shall furnish daily morning refreshments and pastries for the eight (8) members of the jury in the above-entitled matter beginning **September 15, 2015**, **at 7:30 a.m.**, for the duration of the trial, and during jury deliberations, at the expense of the United States. The trial will be held in Courtroom D, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

IT IS SO ORDERED.

Dated: September 10, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 14-cv-02022 NC
ORDER FOR REFRESHMENTS