UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYELLE LAWANNA PRESTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF OAKLAND, DEANNA SANTANA,<br><br>　　　　Defendants. | Case No. 14-cv-02022 NC<br><br>**VERDICT FORM** |

Case No.14-cv-02022 NC

*The jury must unanimously agree on the answer for each of the following questions; please put an "X" next to the jury's unanimous answer for each question:*

**Claim 1: First Amendment**

1. **Did Preston prove by a preponderance of the evidence that she spoke on a matter of public concern?**

    Yes _____   No _____

    *If you answered "Yes" to question 1, then answer question 2.*

    *If you answered "No" to question 1, please skip to question 9.*

2. **Did Preston prove by a preponderance of the evidence that when Preston spoke on a matter of public concern, she was acting as a private citizen (and not as a public employee)?**

    Yes _____   No _____

    *If you answered "Yes" to question 2, then answer question 3.*

    *If you answered "No" to question 2, please skip to question 9.*

3. **Did Preston prove by a preponderance of the evidence that her protected speech was a substantial or motivating factor in her termination?**

    Yes _____   No _____

    *If you answered "Yes" to question 3, then answer question 4.*

    *If you answered "No" to question 3, please skip to question 9.*

4. **Did Santana prove by a preponderance of the evidence that she had adequate justification for treating Preston differently from other members of the general public?**

    Yes _____   No _____

    *If you answered "Yes" to question 4, then answer question 5.*

    *If you answered "No" to question 4, please skip to question 9.*

5. **Did Santana prove by a preponderance of the evidence that she would have terminated Preston even absent Preston's protected speech?**

   Yes _____   No _____

   *If you answered "Yes" to question 5, please skip to question 9.*

   *If you answered "No" to question 5, then answer question 6.*

6. **Did Preston prove by a preponderance of the evidence that Santana's conduct was malicious, oppressive, or in reckless disregard of Preston's rights?**

   Yes _____   No _____

   *If you answered "Yes" to question 6, then answer question 7.*

   *If you answered "No" to question 6, please skip to question 8.*

7. **What amount, if any, do you award to Preston as punitive damages against Santana?**

   $_____

8. **What are Preston's damages against Santana?**

   a. Past economic loss               $_____
   b. Future economic loss             $_____
   c. Emotional distress damages       $_____
   d. Punitive damages *(same as #7)*  $_____
                          **TOTAL:**   $_____

**Claim 2: California Labor Code**

9. **Did Preston prove by a preponderance of the evidence that she disclosed and/or refused to participate in an act that she reasonably believed violated a state or federal law?**

    Yes _____   No _____

    *If you answered "Yes" to question 9, then answer question 10.*

    *If you answered "No" to question 9, please skip to bottom, answer no further questions, and have the presiding juror sign and date this form.*

10. **Did Preston prove by a preponderance of the evidence that her disclosure and/or refusal to participate in an act that she reasonably believed violated a state or federal law was a substantial motivating reason for her termination?**

    Yes _____   No _____

    *If you answered "Yes" to question 10, then answer question 11.*

    *If you answered "No" to question 10, please skip to bottom, answer no further questions, and have the presiding juror sign and date this form.*

11. **Did the City of Oakland prove by a preponderance of the evidence that it would have discharged Preston, for legitimate, independent reasons, absent her disclosure and/or refusal to participate in an act she reasonably believed violated state or federal law?**

    Yes _____   No _____

    *If you answered "Yes" to question 11, please skip to bottom, answer no further questions, and have the presiding juror sign and date this form.*

    *If you answered "No" to question 11, then answer question 12.*

**12. What are Preston's damages against the City of Oakland?**

    a.  Past economic loss                        $_____

    b.  Future economic loss                      $_____

    c.  Emotional distress damages            $_____

                          TOTAL:    $_____

\* \* \*

**Signed:** _____        **Dated:** _____

        **Presiding Juror**

*After this verdict form has been signed, notify the courtroom deputy that you are ready to present your verdict in the courtroom.*