1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARYELLE LAWANNA PRESTON,

        Plaintiff,

    v.

CITY OF OAKLAND,

        Defendant.

Case No. 14-cv-02022 NC

**VERDICT FORM**

*The jury must unanimously agree on the answer for each of the following questions; please put an "X" next to the jury's unanimous answer for each question:*

**California Labor Code**

1. **Did Preston prove by a preponderance of the evidence that she disclosed and/or refused to participate in an act that she reasonably believed violated a state or federal law?**

    Yes _____  No _____

    *If you answered "Yes" to question 1, then answer question 2.*

    *If you answered "No" to question 1, please skip to bottom, answer no further questions, and have the presiding juror sign and date this form.*

2. **Did Preston prove by a preponderance of the evidence that her disclosure and/or refusal to participate in an act that she reasonably believed violated a state or federal law was a substantial motivating reason for her termination?**

    Yes _____  No _____

    *If you answered "Yes" to question 2, then answer question 3.*

    *If you answered "No" to question 2, please skip to bottom, answer no further questions, and have the presiding juror sign and date this form.*

3. **Did the City of Oakland prove by clear and convincing evidence that it would have discharged Preston, for legitimate, independent reasons, absent her disclosure and/or refusal to participate in an act she reasonably believed violated state or federal law?**

    Yes _____  No _____

    *If you answered "Yes" to question 3, please skip to bottom, answer no further questions, and have the presiding juror sign and date this form.*

    *If you answered "No" to question 3, then answer question 4.*

**4.   What are Preston's damages against the City of Oakland?**

    a.  Past lost earnings                 $_____

    b.  Future lost earnings              $_____

    c.  Future pension plan benefits     $_____

    d.  Emotional distress damages     $_____

                          TOTAL:  $_____

* * *

**Signed:** _____      **Dated:** _____

       **Presiding Juror**

*After this verdict form has been signed, notify the courtroom deputy that you are ready to present your verdict in the courtroom.*

United States District Court
Northern District of California