UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYELLE LAWANNA PRESTON,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF OAKLAND,<br><br>    Defendant. | Case No. 14-cv-02022 NC<br><br>**VERDICT FORM** |

Case No.14-cv-02022 NC

*The jury must unanimously agree on the answer for each of the following questions; please put an "X" next to the jury's unanimous answer for each question:*

**California Labor Code**

1. **Did Preston prove by a preponderance of the evidence that she disclosed and/or refused to participate in an act that she reasonably believed violated a state or federal law?**

    Yes _____   No _____

    *If you answered "Yes" to question 1, then answer question 2.*

    *If you answered "No" to question 1, please skip to bottom, answer no further questions, and have the presiding juror sign and date this form.*

2. **Did Preston prove by a preponderance of the evidence that her disclosure of information and/or refusal to participate in these activities was a contributing factor in the City of Oakland's decision to discharge Preston?**

    Yes _____   No _____

    *If you answered "Yes" to question 2, then answer question 3.*

    *If you answered "No" to question 2, please skip to bottom, answer no further questions, and have the presiding juror sign and date this form.*

3. **Did Preston prove by a preponderance of the evidence that she was harmed?**

    Yes _____   No _____

    *If you answered "Yes" to question 3, then answer question 4.*

    *If you answered "No" to question 3, please skip to bottom, answer no further questions, and have the presiding juror sign and date this form.*

*Continued on page 3*

4. **Did Preston prove by a preponderance of the evidence that Santana's conduct, acting on behalf of the City of Oakland, was a substantial factor in causing Preston's harm?**

   Yes _____   No _____

   *If you answered "Yes" to question 4, then answer question 5.*

   *If you answered "No" to question 4, please skip to bottom, answer no further questions, and have the presiding juror sign and date this form.*

5. **Did the City of Oakland prove by clear and convincing evidence that it would have discharged Preston, for legitimate, independent reasons, absent her disclosure and/or refusal to participate in an act she reasonably believed violated state or federal law?**

   Yes _____   No _____

   *If you answered "Yes" to question 5, please skip to bottom, answer no further questions, and have the presiding juror sign and date this form.*

   *If you answered "No" to question 5, then answer question 6.*

6. **What are Preston's damages against the City of Oakland?**

   a. Past lost earnings            $_____
   b. Future lost earnings          $_____
   c. Future pension plan benefits  $_____
   d. Emotional distress damages    $_____
                          TOTAL:    $_____

**Signed:** _____       **Dated:** _____
   **Presiding Juror**

*After this verdict form has been signed, notify the courtroom deputy that you are ready to present your verdict in the courtroom.*

Case No. 14-cv-02022 NC                    3