UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYELLE LAWANNA PRESTON,<br>Plaintiff,<br>v.<br>CITY OF OAKLAND,<br>Defendant. | Case No. 14-cv-02022 NC<br><br>**VERDICT FORM** |

Case No.14-cv-02022 NC

*The jury must unanimously agree on the answer for each of the following questions; please put an "X" next to the jury's unanimous answer for each question:*

**California Labor Code**

1. Did Preston prove by a preponderance of the evidence that she disclosed and/or refused to participate in an act that she reasonably believed violated a state or federal law?

    Yes __X__   No _____

    *If you answered "Yes" to question 1, then answer question 2.*

    *If you answered "No" to question 1, please skip to bottom, answer no further questions, and have the presiding juror sign and date this form.*

2. Did Preston prove by a preponderance of the evidence that her disclosure of information and/or refusal to participate in these activities was a contributing factor in the City of Oakland's decision to discharge Preston?

    Yes __X__   No _____

    *If you answered "Yes" to question 2, then answer question 3.*

    *If you answered "No" to question 2, please skip to bottom, answer no further questions, and have the presiding juror sign and date this form.*

3. Did Preston prove by a preponderance of the evidence that she was harmed?

    Yes __X__   No _____

    *If you answered "Yes" to question 3, then answer question 4.*

    *If you answered "No" to question 3, please skip to bottom, answer no further questions, and have the presiding juror sign and date this form.*

Continued on page 3

4. Did Preston prove by a preponderance of the evidence that Santana's conduct, acting on behalf of the City of Oakland, was a substantial factor in causing Preston's harm?

Yes __X__   No ____

*If you answered "Yes" to question 4, then answer question 5.*

*If you answered "No" to question 4, please skip to bottom, answer no further questions, and have the presiding juror sign and date this form.*

5. Did the City of Oakland prove by clear and convincing evidence that it would have discharged Preston, for legitimate, independent reasons, absent her disclosure and/or refusal to participate in an act she reasonably believed violated state or federal law?

Yes ____   No __X__

*If you answered "Yes" to question 5, please skip to bottom, answer no further questions, and have the presiding juror sign and date this form.*

*If you answered "No" to question 5, then answer question 6.*

6. What are Preston's damages against the City of Oakland?

   a. Past lost earnings           $ 92,050
   b. Future lost earnings         $ 82,000
   c. Future pension plan benefits $ 409,829
   d. Emotional distress damages   $ 29,423
                         TOTAL:    $ 613,302

Signed: _[signature]_   Dated: 23 Sept 2015
        Presiding Juror

*After this verdict form has been signed, notify the courtroom deputy that you are ready to present your verdict in the courtroom.*

Case No. 14-cv-02022 NC                3