UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARYELLE LAWANNA PRESTON,

Plaintiff,

v.

CITY OF OAKLAND,

Defendant.

Case No. 14-cv-02022 NC

**VERDICT FORM**

*The jury must unanimously agree on the answer for each of the following questions; please put an "X" next to the jury's unanimous answer for each question:*

**California Labor Code**

1. **Did Preston prove by a preponderance of the evidence that she disclosed and/or refused to participate in an act that she reasonably believed violated a state or federal law?**

    Yes __X__    No _____

    *If you answered "Yes" to question 1, then answer question 2.*

    *If you answered "No" to question 1, please skip to bottom, answer no further questions, and have the presiding juror sign and date this form.*

2. **Did Preston prove by a preponderance of the evidence that her disclosure of information and/or refusal to participate in these activities was a contributing factor in the City of Oakland's decision to discharge Preston?**

    Yes __X__    No _____

    *If you answered "Yes" to question 2, then answer question 3.*

    *If you answered "No" to question 2, please skip to bottom, answer no further questions, and have the presiding juror sign and date this form.*

3. **Did Preston prove by a preponderance of the evidence that she was harmed?**

    Yes __X__    No _____

    *If you answered "Yes" to question 3, then answer question 4.*

    *If you answered "No" to question 3, please skip to bottom, answer no further questions, and have the presiding juror sign and date this form.*

*Continued on page 3*

4. Did Preston prove by a preponderance of the evidence that Santana's conduct, acting on behalf of the City of Oakland, was a substantial factor in causing Preston's harm?

Yes __X__   No _____

*If you answered "Yes" to question 4, then answer question 5.*

*If you answered "No" to question 4, please skip to bottom, answer no further questions, and have the presiding juror sign and date this form.*

5. Did the City of Oakland prove by clear and convincing evidence that it would have discharged Preston, for legitimate, independent reasons, absent her disclosure and/or refusal to participate in an act she reasonably believed violated state or federal law?

Yes _____   No __X__

*If you answered "Yes" to question 5, please skip to bottom, answer no further questions, and have the presiding juror sign and date this form.*

*If you answered "No" to question 5, then answer question 6.*

6. What are Preston's damages against the City of Oakland?

    a. Past lost earnings            $ 92,050
    b. Future lost earnings          $ 82,000
    c. Future pension plan benefits  $ 409,829
    d. Emotional distress damages    $ 29,423
                           TOTAL:    $ 613,302

Signed: /s/ *[signature]*   Dated: 23 Sept 2015
Presiding Juror

*After this verdict form has been signed, notify the courtroom deputy that you are ready to present your verdict in the courtroom.*

Case No. 14-cv-02022 NC                3