# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MAGISTRATE JUDGE NATHANAEL COUSINS

Case No.  **3:12-cv-02022 NC**

CASE NAME:  **Daryelle Preston v. City of Oakland, et al**

<u>NOTE FROM THE JURY</u>

Note No. _____1_____

Date_____9/15/15_____

Time_____10:40_____

1.  The Jury has reached a unanimous verdict (  )

or

2.  The Jury has the following question:

1.  Is Mrs Santana aware of any executive or managerial Staff having input into the writing of their own job evaluation

_____
Foreperson of the Jury

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MAGISTRATE JUDGE NATHANAEL COUSINS

Case No.   **3:12-cv-02022 NC**

CASE NAME:  **Daryelle Preston v. City of Oakland, et al**

<u>NOTE FROM THE JURY</u>

Note No. _____ 2

Date _____ 9-15-15

Time _____ 12:09 pm

1.  The Jury has reached a unanimous verdict ( )

or

2.  The Jury has the following question:

Usually a contract has a scope of work. You provided a draft report + not a final report. Why just a draft? ~~A~~. Did you get paid for the draft report.?

_____
Foreperson of the Jury

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MAGISTRATE JUDGE NATHANAEL COUSINS

Case No.  **3:12-cv-02022 NC**

CASE NAME:  **Daryelle Preston v. City of Oakland, et al**

### NOTE FROM THE JURY

Note No. ___3___

Date_____9.15.15_____

Time_____12:10 PM_____

1.  The Jury has reached a unanimous verdict ( )

or

2.  The Jury has the following question:

Do you recall if the person Ms.
Santana was speaking to was advised
that she was on speaker phone and if that there
were others in the room?

_____
Foreperson of the Jury

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MAGISTRATE JUDGE NATHANAEL COUSINS

Case No.  **3:12-cv-02022 NC**

CASE NAME:  **Daryelle Preston v. City of Oakland, et al**

### NOTE FROM THE JURY

Note No. __4__

Date __9 - 15 - 15__

Time __2:15 pm.__

1.  The Jury has reached a unanimous verdict ( )

or

2.  The Jury has the following question:

At the City of Oakland. how are construction contracts / purchase orders typically issued? Do Council members have the authority to issue them in their Districts?

_____
Foreperson of the Jury

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MAGISTRATE JUDGE NATHANAEL COUSINS

Case No.   **3:12-cv-02022 NC**

CASE NAME:  **Daryelle Preston v. City of Oakland, et al**

### NOTE FROM THE JURY

Note No. __5__

Date___9-15-15___

Time___2:22pm___

1.  The Jury has reached a unanimous verdict ( )

or

2.  The Jury has the following question:

Did Mrs Santana ever say that there were other
reasons to not pay Pulte then the three listed in the
email?
was Mrs Santana waiting for contracts to be signed first?

_____
Foreperson of the Jury

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MAGISTRATE JUDGE NATHANAEL COUSINS

Case No.  **3:12-cv-02022 NC**

CASE NAME:  **Daryelle Preston v. City of Oakland, et al**

### NOTE FROM THE JURY

Note No. _____6_____

Date___15 Sept 2015_____

Time_____2:21_____

1.  The Jury has reached a unanimous verdict ( )

or

2.  The Jury has the following question:

*Did you send or receive emails
to/from other city employees
about city business using non-official
email accounts?
If so, with who?
Why did you use non-official
email?*

_____
Foreperson of the Jury

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MAGISTRATE JUDGE NATHANAEL COUSINS

Case No.  **3:12-cv-02022 NC**

CASE NAME:  **Daryelle Preston v. City of Oakland, et al**

### NOTE FROM THE JURY

Note No. _____ 7

Date _____ 9-15-15 _____

Time _____ 4:10 pm _____

1.  The Jury has reached a unanimous verdict ( )

or

2.  The Jury has the following question:

Local 55 mou side letter extended the
paramedic Support Program by 30 days.
The program has a 3% premium pay.
Did the paramedic's in the program receive
3% premium pay for the additional 30 days?
Was there a budget adjustment made since

_____
Foreperson of the Jury

The side letter increased the cost?

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

MAGISTRATE JUDGE NATHANAEL COUSINS

Case No.___**3:12-cv-02022 NC**___


CASE NAME:  **Daryelle Preston v. City of Oakland, et al**


### NOTE FROM THE JURY

Note No. _____8_____

Date___16 Sept 2015_____

Time___10_____


1.  The Jury has reached a unanimous verdict ( )

or

2.  The Jury has the following question:

Would you continue your meetings with
Mr. Donellan during times when
the city was negotiating with
the Police Officers Association?
(or the union, if that's different
from the POA)


_____
Foreperson of the Jury

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MAGISTRATE JUDGE NATHANAEL COUSINS

Case No.  **3:12-cv-02022 NC**

CASE NAME:  **Daryelle Preston v. City of Oakland, et al**

### NOTE FROM THE JURY

Note No. _9_

Date_16 Sept 2015_

Time_11:15_

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

Was the PSP ended, or continued?

If it was ended — and if you know —
what is your best estimate of
how much the extensions cost the City?

_____
Foreperson of the Jury

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MAGISTRATE JUDGE NATHANAEL COUSINS

Case No.   **3:12-cv-02022 NC**

CASE NAME:  **Daryelle Preston v. City of Oakland, et al**

### NOTE FROM THE JURY

Note No. ___ 10 ___

Date_____ 9.16.15 _____

Time_____ 1:47 _____

1.  The Jury has reached a unanimous verdict ( )

or

2.  The Jury has the following question:

Did Ms. Preston know that her position as
D.E.R was temporary and that there was
a Nation wide search going on to possibly
replace her?

_____
Foreperson of the Jury

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MAGISTRATE JUDGE NATHANAEL COUSINS

Case No.__ **3:12-cv-02022 NC**__

CASE NAME:  **Daryelle Preston v. City of Oakland, et al**

### NOTE FROM THE JURY

Note No. __11__

Date____9/16/15_____

Time____1:47_____

1.  The Jury has reached a unanimous verdict ( )

or

2.  The Jury has the following question:

is it your belief that Mrs Preston was let go because she
completed the job she was hired to do, or she was fired?

_____
Foreperson of the Jury

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

MAGISTRATE JUDGE NATHANAEL COUSINS

Case No.  **3:12-cv-02022 NC**

CASE NAME:  **Daryelle Preston v. City of Oakland, et al**

## NOTE FROM THE JURY

Note No.  _12_

Date  _9/17/15_

Time  _10:18_

1.  The Jury has reached a unanimous verdict ( )

or

2.  The Jury has the following question:

The day Mrs Preston called Santana. You were in a meeting with her.

Did Mrs Preston call Mrs Santana on Santana's cell phone or desk phone.

_____
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MAGISTRATE JUDGE NATHANAEL COUSINS

Case No.  **3:12-cv-02022 NC**

CASE NAME:  **Daryelle Preston v. City of Oakland, et al**

<u>NOTE FROM THE JURY</u>

Note No. _13_

Date_____9/17/15_____

Time_____10:20_____

1.  The Jury has reached a unanimous verdict ( )

or

2.  The Jury has the following question:

Did you hear Mrs Santana say over the phone with Mrs Preston, that She (Santana) was in a meeting and on speaker phone?

_____
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MAGISTRATE JUDGE NATHANAEL COUSINS

Case No.  **3:12-cv-02022 NC**

CASE NAME:  **Daryelle Preston v. City of Oakland, et al**

NOTE FROM THE JURY

Note No. ___14___

Date___9-17-15___

Time___1:54 pm___

1.  The Jury has reached a unanimous verdict ( )

or

2.  The Jury has the following question:

Is there reciprocity between
Cal Pers pension system and The
city/county of San Francisco pension
System - and if so was that calculation
performed assuming Ms. Preston re~~directed~~
deposited
her funds.

_____
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MAGISTRATE JUDGE NATHANAEL COUSINS

Case No.   **3:12-cv-02022 NC**

CASE NAME:  **Daryelle Preston v. City of Oakland, et al**

NOTE FROM THE JURY

Note No.  15

Date  9/17/15

Time  1:55 pm

1.  The Jury has reached a unanimous verdict ( )

or

2.  The Jury has the following question:

Did you include the difference in costs regarding transportation. IE: Gas, Bridge fare, parking...

_____
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MAGISTRATE JUDGE NATHANAEL COUSINS

Case No.  **3:12-cv-02022 NC**

CASE NAME:  **Daryelle Preston v. City of Oakland, et al**

<u>NOTE FROM THE JURY</u>

Note No. 16

Date 9-18-15

Time 9:19 Am

1.  The Jury has reached a unanimous verdict (  )

or

2.  The Jury has the following question:

1. How where you informed that you were an "At-will" employee?
   - employment contract
   - offer letter
   - any other written document
   - personal action form

_____
Foreperson of the Jury

2. Does progressive discipline apply to Dept Heads or just to Managers at The City of Oakland?

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MAGISTRATE JUDGE NATHANAEL COUSINS

Case No.  **3:12-cv-02022 NC**

CASE NAME:  **Daryelle Preston v. City of Oakland, et al**

NOTE FROM THE JURY

Note No. ___17___

Date___9/18/15___

Time___9:23___

1.  The Jury has reached a unanimous verdict ( )

or

2.  The Jury has the following question: 5

3 different, unrelated questions:

1. Did Mrs Preston have any input into the writing of her evaluation of 2012.

2. Did Mrs Preston apply for the same position that she was hired to fill on an interum basis?

3. Did Mrs Preston call to Santana's ~~cell~~ cell or desk phone? And, did Mrs Santana inform Mrs Preston that her call was on speaker phone

Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MAGISTRATE JUDGE NATHANAEL COUSINS

Case No. **3:12-cv-02022 NC**

CASE NAME: **Daryelle Preston v. City of Oakland, et al**

NOTE FROM THE JURY

Note No. 18

Date 18 Sept

Time 9:20

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

When you say that Barbara Parker
added language to the RTC report
about referring Councilwoman Brooks
for possible prosecution, was that the
bracketed language that has been shown
to the jury, or some other language?

_____
Foreperson of the Jury



United States District Court
Northern District of California
**Judge Nathanael Cousins**
Courtroom D, 15th Floor

3:14-cv-02022-NC
Daryelle Lawanna Preston v. City Of Oakland, et al.

Note No. ~~#~~ 19

Date: 18 Sept 2015

Time: 11:33

Is it correct that a Step 3
grievance is a Type of grievance,
and not a stage of how
a grievance is handled?
For example, could a ~~Step 2~~
Step 1 grievance mature into
a step 2 grievance, or a
step 2 grievance become a
step 3 grievance?

1



*United States District Court*
*Northern District of California*
## Judge Nathanael Cousins
Courtroom D, 15th Floor

3:14-cv-02022-NC
Daryelle Lawanna Preston v. City Of Oakland, et al.

Note No.    ~~20~~    20

Date:    18 Sept 2015

Time:    11:33

When ~~a~~ ᵃ grievance is filed,
how does it show what step
grievance it is? How does
the Union indicate this to the
City?

1



United States District Court
Northern District of California
**Judge Nathanael Cousins**
Courtroom D, 15th Floor

3:14-cv-02022-NC
Daryelle Lawanna Preston v. City Of Oakland, et al.

Note No.   21

Date:   9-18-15

Time:   12:02

working/functional

Why does the City of
Oakland not provide computer
equipment ~~student~~ to their
employee and require them
to purchase computer
equipment to do their jobs?

1



*United States District Court*
*Northern District of California*
**Judge Nathanael Cousins**
Courtroom D, 15th Floor

3:14-cv-02022-NC
Daryelle Lawanna Preston v. City Of Oakland, et al.

Note No.   22

Date:

Time:

Is it ~~comp~~ city policy to allow ~~computers~~ unsecured portable hard-drives and flash-drives in and out of secured facilities?

what type of security is in place to keep this portable data secure and untampered?

1



*United States District Court*
*Northern District of California*
## Judge Nathanael Cousins
Courtroom D, 15th Floor

---

3:14-cv-02022-NC
Daryelle Lawanna Preston v. City Of Oakland, et al.

Note No. 23

Date: 9/18/15

Time: 2:25

How did you resolve the situation regarding the 20 union reps in your office.

What were the actions you told them you would take?

1



*United States District Court*
*Northern District of California*
## Judge Nathanael Cousins
Courtroom D, 15th Floor

---

3:14-cv-02022-NC
Daryelle Lawanna Preston v. City Of Oakland, et al.

Note No. 24

Date: 9-18-75

Time: 3:24 pm

II #4 – Does this amount assume
that Ms. Preston would be receiving
an annual pension *(from CalPERS)* while working at
San Francisco?

1



*United States District Court*
*Northern District of California*
## Judge Nathanael Cousins
Courtroom D, 15th Floor

3:14-cv-02022-NC
Daryelle Lawanna Preston v. City Of Oakland, et al.

Note No.    25

Date:   9/21/15

Time:   10:55

Are you now the "Employee Relations Director".

Did you apply for this position?

1



*United States District Court*
*Northern District of California*
## Judge Nathanael Cousins
Courtroom D, 15th Floor

---

3:14-cv-02022-NC
Daryelle Lawanna Preston v. City Of Oakland, et al.

Note No. 26

Date: 9/21

Time: 11.38

At the time of the 10/2 cell phone call
from Ms. Preston ... who of everyone was in
your office during the speaker phone conversation.
What was said by you and Ms. Preston?

~~what did the City~~

~~what did~~

1

## UNITED STATES DISTRICT COURT
## NORTHEN DISTRICT of CALIFORNIA

Case Number:   3:14-cv-02022-NC

Case Name:   Daryelle Lawanna Preston v. City Of Oakland, et al.

### NOTE FROM THE JURY

Note number:   _28_

Date:   _9/23/2015_

Time:   _~~022223~~   2:12_

1. The Jury has reached a unanimous verdict ☐

Or

2. The Jury has the following question:

If we were to award damages, do we have to pick one of the expert witnesses calculations? Or can we reduce the numbers.

_____
Presiding Juror

UNITED STATES DISTRICT COURT
NORTHEN DISTRICT of CALIFORNIA

Case Number:  3:14-cv-02022-NC

Case Name:   Daryelle Lawanna Preston v. City Of Oakland, et al.

## NOTE FROM THE JURY

Note number:  29

Date:  23  Sept  2015

Time:  3:12 pm

1. The Jury has reached a unanimous verdict ☒

Or

2. The Jury has the following question:

_____
Presiding Juror