UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYELLE LAWANNA PRESTON,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF OAKLAND, DEANNA SANTANA,<br><br>    Defendants. | Case No. 14-cv-02022 NC<br><br>**JUDGMENT** |

In accordance with Court's September 18, 2015, order granting defendant Deanna Santana's motion for judgment as a matter of law as to Preston's First Amendment claim, judgment is entered in favor of defendant Deanna Santana and against plaintiff with respect to that claim. In accordance with the jury's September 23, 2015, jury verdict, judgment is entered in favor of plaintiff and against defendant City of Oakland in the amount of $613,302.00 with respect to the California Labor Code claim. The clerk is ordered to terminate case No.14-cv-02022 NC.

**IT IS SO ORDERED.**

Dated: September 30, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 14-cv-02022 NC