# UNITED STATES DISTRICT COURT

for the

_____ District of _____

)
)
v.                            )    Case No.:
)
)

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____ against _____,
*Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ _____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | _____ |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | _____ |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| TOTAL | $ _____ |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☐    Electronic service            ☐    First class mail, postage prepaid

☐    Other: _____

s/ Attorney: _____

Name of Attorney: _____

For: _____                                Date: _____
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____  By: _____  _____
*Clerk of Court*                     *Deputy Clerk*                    *Date*

# UNITED STATES DISTRICT COURT

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | **TOTAL** | |

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

| | UNITED STATES DISTRICT COURT | | |
|---|---|---|---|
| AO44 (Rev. 11/07) | FOR THE NORTHERN DISTRICT OF CALIFORNIA | | |

INVOICE NO: 20150188

**MAKE CHECKS PAYABLE TO:**

Sonya Mehta  
Siegel & Yee  
499 14th Street  
Suite 300  
Oakland, CA 94612  

Phone: (510) 839-1200  
FAX: (510) 444-6698  

sonyamehta@siegelyee.com

Lydia R. Zinn, RPR, CSR  
Official Court Reporter  
US District Court  
450 Golden Gate Ave. #16-6768  
San Francisco, CA 94102  

Phone: (415) 531-6587  
FAX (415) 522-3149  
Tax ID: 26-0652507  
Lydia_Zinn@cand.uscourts.gov

☐ CRIMINAL   ☒ CIVIL   DATE ORDERED: 10-30-2015   DATE DELIVERED: 10-30-2015

Case Style: C. 14-02022 NC, LaWanna Preston v City of Oakland, et al.
Trial testimony of witnesses only from Vols. 1 through 6. Total of 903 pages. One-half of pages are reflected on this invoice, and the other half are being reflected on a separate invoice that you will receive from court reporter Rhonda Aquilina. Thank you very much.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | 451 | 0.90 | 405.90 | | 0.60 | | 405.90 |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | | | | | | | | | |

Misc. Desc.   MISC. CHARGES:

TOTAL: 405.90  
LESS DISCOUNT FOR LATE DELIVERY:  
TAX (If Applicable):  
LESS AMOUNT OF DEPOSIT:  
TOTAL REFUND:  
TOTAL DUE: $405.90

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: *Lydia R. Zinn*   DATE: 10-30-2015

*(All previous editions of this form are cancelled and should be destroyed)*

*Thank you.*

Rhonda L. Aquilina, CSR #9956
3821 Alemany Blvd.
San Francisco, CA 94132
rhondaaquilina@aol.com
(415) 264-0580

# Invoice

| Date | Invoice # |
|---|---|
| 10/30/2015 | 2-2666 |

| Bill To |
|---|
| Siegel & Yee<br>City Square<br>499 - 14th Street - Suite 220<br>Oakland, California 94612 |

| Emailed To |
|---|
| Sonya Mehta<br>Attorney at Law<br>(510)839-1200 |

| CASE NO. | ORDERED | DELIVERED |
|---|---|---|
| C-14-2022NC | 10/30/2015 | 10/30/2015 |

| Date of Proce... | Item | Case Name/Service | Pages | Rate | Total |
|---|---|---|---|---|---|
| 9/14/2015 | copy | Preston -v- City of Oakland - VOL. 1, pgs.173-222 | 25 | 0.90 | 22.50 |
| 9/15/2015 | copy | Preston -v- City of Oakland - VOL. 2, pgs.242-466 | 113 | 0.90 | 101.70 |
| 9/16/2015 | copy | Preston -v- City of Oakland - VOL. 3, pgs.486-682 | 98 | 0.90 | 88.20 |
| 9/17/2015 | copy | Preston -v- City of Oakland - VOL. 4, pgs.733-932 | 100 | 0.90 | 90.00 |
| 9/18/2015 | copy | Preston -v- City of Oakland - VOL. 5, pgs.943-1040/1069-1149 | 90 | 0.90 | 81.00 |
| 9/21/2015 | copy | Preston -v- City of Oakland - VOL. 6, pgs.1085-1136 | 26 | 0.90 | 23.40 |

I certify that the fee charged/page format conform to regulations of the U.S. Judicial Conference.

Full price may be charged only if the transcript is delivered within the required time frame. If an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

**Total** $406.80

**Payments/Credits** $0.00

**Balance Due** $406.80